IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | : | Case No. 25-90191 (ARP) |
| Debtors.[1] | : | (Joint Administration Requested) |

---

### NOTICE OF DESIGNATION AS COMPLEX BANKRUPTCY CASE

On July 14, 2025, the debtors in possession in the above-captioned cases (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "***Court***"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex cases because:

    __X__    The total liabilities of the Debtors exceed $10 million.

    __X__    There are more than 50 parties-in-interest in these cases.

    _____    Claims against the Debtors are publicly traded.

    _____    Other

Accordingly, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as may be just and proper.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

| | |
|---|---|
| Dated: July 14, 2025<br>Houston, Texas | Respectfully submitted,<br><br>*/s/ Timothy A. ("Tad") Davidson II*<br>**HUNTON ANDREWS KURTH LLP**<br>Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)<br>Ashley L. Harper (Texas Bar No. 24065272)<br>Philip M. Guffy (Texas Bar No. 24113705)<br>600 Travis Street, Suite 4200<br>Houston, TX 77002<br>Telephone:  (713) 220-4200<br>Email: taddavidson@hunton.com<br>         ashleyharper@hunton.com<br>         pguffy@hunton.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>Jeffrey E. Bjork (*pro hac vice* pending)<br>Helena G. Tseregounis (*pro hac vice* pending)<br>Nicholas J. Messana (California Bar No. 332355)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>E-mail:  jeff.bjork@lw.com<br>         helena.tseregounis@lw.com<br>         nicholas.messana@lw.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>Ray C. Schrock (NY Bar No. 4860631)<br>Andrew Sorkin (NY Bar No. 4597944)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>E-mail:  ray.schrock@lw.com<br>         andrew.sorkin@lw.com<br><br>*Proposed Attorneys for the Debtors and Debtors in Possession* |

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
