IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
:
In re: : Chapter 11
:
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
:
Debtors.[1] : (Joint Administration Requested)
:
------------------------------------------------------------ x

**EMERGENCY *EX PARTE* APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING
ADMINISTRATION LLC AS CLAIMS, NOTICING, AND SOLICITATION AGENT**

The above-captioned debtors in possession (collectively, the "***Debtors***") respectfully state as follows in support of this application (this "***Application***"):

**Relief Requested**

1.  The Debtors seek entry of an order, substantially in the form attached hereto (the "***Order***") authorizing the Debtors to employ Kroll Restructuring Administration ("***Kroll***") as claims, noticing, and solicitation agent (in such capacity, the "***Claims and Noticing Agent***") in accordance with the terms and conditions set forth in the engagement letter dated June 13, 2025 (the "***Engagement Letter***") attached as **Exhibit A**. The Application is supported by the *Declaration of Benjamin J. Steele in Support of Debtors' Emergency* Ex Parte *Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration*, attached as **Exhibit B** (the "***Declaration***").

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

2. Emergency consideration of this Application is requested to effectuate the Debtors' transition into bankruptcy and to immediately begin providing effective notice of pleadings and orders to interested parties.

## Jurisdiction and Venue

3. The United States Bankruptcy Court for the Southern District of Texas (the "*Court*") has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

5. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Request to Employ Kroll

6. The Debtors request approval to employ Kroll to serve as Claims and Noticing Agent in their chapter 11 cases to provide the services outlined in the Engagement Letter. The Debtors believe that Kroll's employment is in the best interest of the estates.

7. Kroll's rates are competitive and reasonable. Kroll has the expertise required in a complex chapter 11 case.

8. The Debtors request that this Court authorize Kroll's employment.

## Compensation

9. The Debtors request that Kroll's fees and expenses be paid as an administrative expense in the ordinary course of the Debtors' businesses without further application or order of the Court. Should a dispute develop, the matter will be brought to the Court for resolution. Kroll agrees to maintain records of all services showing dates, categories of services, fees charged, and expenses incurred.

10. Kroll will provide a monthly invoice to the Debtors, the Debtors' counsel, the Office of the United States Trustee for the Southern District of Texas (the "*U.S. Trustee*"), counsel

for any official committee, and any party in interest who specifically requests service of the monthly invoices.

11. Prior to the Petition Date, the Debtors provided Kroll an advance in the amount of $50,000. Kroll will apply these funds in accordance with the Engagement Letter.

### Indemnification

12. The Debtors have agreed to indemnify Kroll as set forth in the Engagement Letter. Notwithstanding anything to the contrary, Kroll will not be indemnified for liability arising out of gross negligence, willful misconduct, and certain other matters identified in the proposed Order.

### Disinterestedness

13. Kroll has reviewed its database to determine whether it has any relationships with the Debtors' creditors and parties in interest. Except as disclosed in the Declaration, Kroll represents that it neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed. To the best of the Debtors' knowledge, Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code. Kroll agrees that it will supplement its disclosure to the Court if any facts or circumstances are discovered that would require such additional disclosure.

**WHEREFORE**, the Debtors request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated: July 14, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (*pro hac vice* pending)
Helena G. Tseregounis (*pro hac vice* pending)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
E-mail: jeff.bjork@lw.com
        helena.tseregounis@lw.com
        nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
E-mail: ray.schrock@lw.com
        andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

5

**<u>Certificate of Service</u>**

      This Application is being filed *ex parte*.  Service will only occur by notice on the Court's CM/ECF system.

                                                <u>*/s/ Timothy A. ("Tad") Davidson II*</u>
                                                Timothy A. ("Tad") Davidson II