**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
RUNITONETIME LLC,                                          :    Case No. 25-90191 (ARP)
                                                           :
            Debtor.                                        :    Tax I.D. No. 83-3358619
                                                           :
---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
RUNITONETIME TEXAS LLC,                                    :    Case No. 25-90190 (ARP)
                                                           :
            Debtor.                                        :    Tax I.D. No. 39-3167995
                                                           :
---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
RUNITONETIME HOLDCO, INC.,                                 :    Case No. 25-90192 (ARP)
                                                           :
            Debtor.                                        :    Tax I.D. No. 33-2604154
                                                           :
---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
MAVERICK COLORADO LLC,                                     :    Case No. 25-90193 (ARP)
                                                           :
            Debtor.                                        :    Tax I.D. No. 83-3187651
                                                           :
---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
MAVERICK Z CASINOS LLC,                                    :    Case No. 25-90194 (ARP)
                                                           :
            Debtor.                                        :    Tax I.D. No. 83-3169224
                                                           :
---------------------------------------------------------- x

```
------------------------------------------------------- x
                                           :
In re:                                     :   Chapter 11
                                           :
COLORADO MG 1031 LLC,                      :   Case No. 25-90195 (ARP)
                                           :
           Debtor.                         :   Tax I.D. No. N/A
                                           :
------------------------------------------------------- x
                                           :
In re:                                     :   Chapter 11
                                           :
MAVERICK WASHINGTON LLC,                   :   Case No. 25-90196 (ARP)
                                           :
           Debtor.                         :   Tax I.D. No. 83-3016436
                                           :
------------------------------------------------------- x
                                           :
In re:                                     :   Chapter 11
                                           :
MAVERICK GOLD LLC,                         :   Case No. 25-90197 (ARP)
                                           :
           Debtor.                         :   Tax I.D. No. 83-0985409
                                           :
------------------------------------------------------- x
                                           :
In re:                                     :   Chapter 11
                                           :
NEVADA GOLD & CASINOS, INC.,               :   Case No. 25-90198 (ARP)
                                           :
           Debtor.                         :   Tax I.D. No. 88-0142032
                                           :
------------------------------------------------------- x
                                           :
In re:                                     :   Chapter 11
                                           :
NG WASHINGTON III, LLC,                    :   Case No. 25-90199 (ARP)
                                           :
           Debtor.                         :   Tax I.D. No. 45-2343811
                                           :
------------------------------------------------------- x
```

```
------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
NG WASHINGTON, LLC,                           :   Case No. 25-90200 (ARP)
                                              :
              Debtor.                         :   Tax I.D. No. 26-4298788
                                              :
------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
NG WASHINGTON II HOLDINGS, LLC,               :   Case No. 25-90201 (ARP)
                                              :
              Debtor.                         :   Tax I.D. No. 27-2667916
                                              :
------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
NG WASHINGTON II, LLC,                        :   Case No. 25-90202 (ARP)
                                              :
              Debtor.                         :   Tax I.D. No. 27-2282337
                                              :
------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
MAVERICK WIZARDS LLC,                         :   Case No. 25-90203 (ARP)
                                              :
              Debtor.                         :   Tax I.D. No. 84-2542856
                                              :
------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
15743 AMBAUM LLC,                             :   Case No. 25-90204 (ARP)
                                              :
              Debtor.                         :   Tax I.D. No. 27-0758995
                                              :
------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
MAVERICK ROMAN LLC,                                :   Case No. 25-90205 (ARP)
                                                   :
          Debtor.                                  :   Tax I.D. No. 83-3032272
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
THE ROYAL CLUB LIMITED LIABILITY                   :   Case No. 25-90206 (ARP)
COMPANY,                                           :
                                                   :   Tax I.D. No. 91-2022535
          Debtor.                                  :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
SKYWAY CENTER LLC,                                 :   Case No. 25-90207 (ARP)
                                                   :
          Debtor.                                  :   Tax I.D. No. 84-4680124
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
MAVERICK INDIANOLA LLC,                            :   Case No. 25-90208 (ARP)
                                                   :
          Debtor.                                  :   Tax I.D. No. N/A
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
MAVERICK ALL STAR LLC,                             :   Case No. 25-90209 (ARP)
                                                   :
          Debtor.                                  :   Tax I.D. No. 84-4103098
                                                   :
-------------------------------------------------- x
```

```
---------------------------------------------------------- x
                                            :
In re:                                      :   Chapter 11
                                            :
MYERS LLC,                                  :   Case No. 25-90210 (ARP)
                                            :
            Debtor.                         :   Tax I.D. No. 93-2004498
                                            :
---------------------------------------------------------- x
                                            :
In re:                                      :   Chapter 11
                                            :
MAVERICK EVERGREEN LLC,                     :   Case No. 25-90211 (ARP)
                                            :
            Debtor.                         :   Tax I.D. No. 88-3756541
                                            :
---------------------------------------------------------- x
                                            :
In re:                                      :   Chapter 11
                                            :
MAVERICK ACQUISITIONS CANADA ULC,           :   Case No. 25-90212 (ARP)
                                            :
            Debtor.                         :   Tax I.D. No. 98-1718671
                                            :
---------------------------------------------------------- x
                                            :
In re:                                      :   Chapter 11
                                            :
WASHINGTON GAMING, INC.,                    :   Case No. 25-90213 (ARP)
                                            :
            Debtor.                         :   Tax I.D. No. 27-0005860
                                            :
---------------------------------------------------------- x
                                            :
In re:                                      :   Chapter 11
                                            :
14040 GAMING, LLC,                          :   Case No. 25-90215 (ARP)
                                            :
            Debtor.                         :   Tax I.D. No. 80-0789091
                                            :
---------------------------------------------------------- x
```

5

```
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
RIVERSIDE CASINO, INC.,                                     :   Case No. 25-90234 (ARP)
                                                            :
            Debtor.                                         :   Tax I.D. No. 68-0508209
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
GAMING CONSULTANTS, INC.,                                   :   Case No. 25-90231 (ARP)
                                                            :
            Debtor.                                         :   Tax I.D. No. 91-1978523
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
GAMING MANAGEMENT, INC.,                                    :   Case No. 25-90232 (ARP)
                                                            :
            Debtor.                                         :   Tax I.D. No. 84-1688364
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
PUGET SOUND GAMING, LLC,                                    :   Case No. 25-90224 (ARP)
                                                            :
            Debtor.                                         :   Tax I.D. No. 27-3306701
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
EPSTEIN GAMING LLC,                                         :   Case No. 25-90225 (ARP)
                                                            :
            Debtor.                                         :   Tax I.D. No. 91-1926419
                                                            :
----------------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
LA CENTER GAMING, LLC,                                  :   Case No. 25-90255 (ARP)
                                                        :
                Debtor.                                 :   Tax I.D. No. 30-0843028
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
PETE'S FLYING ACES, INC.,                               :   Case No. 25-90222 (ARP)
                                                        :
                Debtor.                                 :   Tax I.D. No. 91-2137136
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
TACOMA CASINO, L.L.C.,                                  :   Case No. 25-90236 (ARP)
                                                        :
                Debtor.                                 :   Tax I.D. No. 91-1933585
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK AMERICAN LLC,                                  :   Case No. 25-90257 (ARP)
                                                        :
                Debtor.                                 :   Tax I.D. No. 83-3056514
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
GREAT AMERICAN GAMING                                   :   Case No. 25-90250 (ARP)
CORPORATION,                                            :
                                                        :   Tax I.D. No. 98-0219105
                Debtor.                                 :
------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
EVERGREEN ENTERTAINMENT                            :   Case No. 25-90228 (ARP)
CORPORATION,                                       :
                                                   :   Tax I.D. No. 91-1494511
                        Debtor.                    :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GRAND CENTRAL PROPERTIES EVERETT                   :   Case No. 25-90239 (ARP)
LLC,                                               :
                                                   :   Tax I.D. No. 82-0539310
                        Debtor.                    :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
PAIR O'DICE INVESTMENTS LLC,                       :   Case No. 25-90219 (ARP)
                                                   :
                        Debtor.                    :   Tax I.D. No. 75-2998125
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GRAND CENTRAL PROPERTIES TUKWILA                   :   Case No. 25-90244 (ARP)
LLC,                                               :
                                                   :   Tax I.D. No. 91-2131516
                        Debtor.                    :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GRAND CENTRAL PROPERTIES TACOMA                    :   Case No. 25-90242 (ARP)
LLC,                                               :
                                                   :   Tax I.D. No. 47-0860942
                        Debtor.                    :
-------------------------------------------------- x
```

8

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
GRAND CENTRAL CASINO, INC.,                             :    Case No. 25-90237 (ARP)
                                                        :
                Debtor.                                 :    Tax I.D. No. 20-1185770
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MAVERICK CARIBBEAN LLC,                                 :    Case No. 25-90254 (ARP)
                                                        :
                Debtor.                                 :    Tax I.D. No. 83-3112229
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MAVERICK TUKWILA LLC,                                   :    Case No. 25-90246 (ARP)
                                                        :
                Debtor.                                 :    Tax I.D. No. 84-2585842
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MAVERICK YAKIMA LLC,                                    :    Case No. 25-90217 (ARP)
                                                        :
                Debtor.                                 :    Tax I.D. No. 84-2611372
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MAVERICK KIRKLAND II LLC,                               :    Case No. 25-90226 (ARP)
                                                        :
                Debtor.                                 :    Tax I.D. No. 84-2568874
                                                        :
------------------------------------------------------- x
```

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MAVERICK KIRKLAND LLC,                                   :   Case No. 25-90230 (ARP)
                                                         :
                    Debtor.                              :   Tax I.D. No. 84-2563815
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MAVERICK LAKEWOOD LLC,                                   :   Case No. 25-90233 (ARP)
                                                         :
                    Debtor.                              :   Tax I.D. No. 84-2595886
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MAVERICK NV LLC,                                         :   Case No. 25-90238 (ARP)
                                                         :
                    Debtor.                              :   Tax I.D. No. 82-1309315
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MAVERICK ELKO LLC,                                       :   Case No. 25-90221 (ARP)
                                                         :
                    Debtor.                              :   Tax I.D. No. 83-3205482
                                                         :
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MAVERICK WENDOVER LLC,                                   :   Case No. 25-90249 (ARP)
                                                         :
                    Debtor.                              :   Tax I.D. No. 82-1841921
                                                         :
-------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CCI LEASING, LLC,                                  :   Case No. 25-90216 (ARP)
                                                   :
                Debtor.                            :   Tax I.D. No. 84-1412112
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
WENDOVER TRANSPORTATION, LLC,                      :   Case No. 25-90248 (ARP)
                                                   :
                Debtor.                            :   Tax I.D. No. 83-0422308
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
UTAH TRAILWAYS CHARTER BUS                         :   Case No. 25-90240 (ARP)
COMPANY, LLC,                                      :
                                                   :   Tax I.D. No. 45-3705893
                Debtor.                            :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CASINO CARAVANS, INC.,                             :   Case No. 25-90214 (ARP)
                                                   :
                Debtor.                            :   Tax I.D. No. 87-0429310
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
MAVERICK DESIGN LLC,                               :   Case No. 25-90256 (ARP)
                                                   :
                Debtor.                            :   Tax I.D. No. 84-4038091
                                                   :
-------------------------------------------------- x
```

-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
E.GADS, LLC,                                        :    Case No. 25-90220 (ARP)
                                                   :
                    Debtor.                         :    Tax I.D. No. 88-0386811
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
MAVERICK POKER OPERATOR LLC,                        :    Case No. 25-90241 (ARP)
                                                   :
                    Debtor.                         :    Tax I.D. No. 99-1183603
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
COLORADO RESORTS OPERATOR LLC,                      :    Case No. 25-90218 (ARP)
                                                   :
                    Debtor.                         :    Tax I.D. No. 83-3073197
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
GRAND Z CASINO OPERATOR LLC,                        :    Case No. 25-90247 (ARP)
                                                   :
                    Debtor.                         :    Tax I.D. No. 83-3151280
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
JOHNNY Z CASINO OPERATOR LLC,                       :    Case No. 25-90253 (ARP)
                                                   :
                    Debtor.                         :    Tax I.D. No. 83-3094880
                                                   :
-------------------------------------------------- x

```
----------------------------------------------------------  x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
Z CASINO BLACK HAWK OPERATOR LLC,                      :   Case No. 25-90251 (ARP)
                                                       :
              Debtor.                                  :   Tax I.D. No. 83-3129123
                                                       :
----------------------------------------------------------  x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
ELKO RESORTS OPERATOR, LLC,                            :   Case No. 25-90223 (ARP)
                                                       :
              Debtor.                                  :   Tax I.D. No. 83-2386721
                                                       :
----------------------------------------------------------  x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
GOLD COUNTRY OPERATOR, LLC,                            :   Case No. 25-90235 (ARP)
                                                       :
              Debtor.                                  :   Tax I.D. No. 83-2395657
                                                       :
----------------------------------------------------------  x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HIGH DESERT OPERATOR LLC,                              :   Case No. 25-90252 (ARP)
                                                       :
              Debtor.                                  :   Tax I.D. No. 85-2788033
                                                       :
----------------------------------------------------------  x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RED LION OPERATOR, LLC,                                :   Case No. 25-90229 (ARP)
                                                       :
              Debtor.                                  :   Tax I.D. No. 83-2409419
                                                       :
----------------------------------------------------------  x
```

```
------------------------------------------------------------ x
                                              :
In re:                                        :   Chapter 11
                                              :
WENDOVER RESORTS OPERATOR, LLC,               :   Case No. 25-90245 (ARP)
                                              :
                    Debtor.                   :   Tax I.D. No. 82-1184532
                                              :
------------------------------------------------------------ x
                                              :
In re:                                        :   Chapter 11
                                              :
RED GARTER OPERATOR, LLC,                     :   Case No. 25-90227 (ARP)
                                              :
                    Debtor.                   :   Tax I.D. No. 82-1154028
                                              :
------------------------------------------------------------ x
                                              :
In re:                                        :   Chapter 11
                                              :
WENDOVER NUGGET OPERATOR, LLC,                :   Case No. 25-90243 (ARP)
                                              :
                    Debtor.                   :   Tax I.D. No. 82-1140830
                                              :
------------------------------------------------------------ x
```

## <u>EMERGENCY</u> MOTION OF DEBTORS FOR ENTRY OF AN ORDER<br>(I) AUTHORIZING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND<br><u>(II) GRANTING RELATED RELIEF</u>

<div style="border:1px solid black">

**Emergency relief has been requested.  Relief is requested not later than 1:00 p.m. (prevailing Central Time) on July 15, 2025.**

**If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph.  Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**A hearing will be conducted on this matter on July 15, 2025, at 1:00 p.m. (prevailing Central Time) in Courtroom 400, 4th floor, 515 Rusk Street, Houston, Texas 77002.  Participation at the hearing will only be permitted by an audio and video connection.**

**Audio communication will be by use of the Court's dial-in facility.  You may access the facility at (832) 917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Perez's conference room number is 282694.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Perez's homepage.  The meeting code is "JudgePerez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Perez's homepage.  Select the case name, complete the required fields and click "Submit" to complete your appearance.**

</div>

The above-captioned debtors in possession (collectively, the "***Debtors***") respectfully state the following in support of this emergency motion (this "***Motion***"):

## RELIEF REQUESTED

1.      By this Motion, the Debtors request entry of an order, substantially in the form attached hereto (the "***Proposed Order***"), directing the joint administration of their above-captioned chapter 11 cases for procedural purposes only and granting related relief.  The Debtors request that one file and one docket be maintained for all of the jointly administered cases under the case RunItOneTime LLC, *et al.*, Case No. 25-90191 (ARP) and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
RUNITONETIME LLC, *et al.*,                             :   Case No. 25-90191 (ARP)
                                                        :
              Debtors.[1]                               :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

[1]    A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/.  The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

2.      The Debtors further request that this Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***").

3.      The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors, other than RunItOneTime LLC, to reflect the joint administration of the chapter 11 cases:

An order has been entered in this case consolidating this case with the case of RunItOneTime LLC, Case No. 25-90191 (ARP) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 25-90191 (ARP) should be consulted for all matters affecting this case.

## JURISDICTION AND VENUE

4.     The United States Bankruptcy Court for the Southern District of Texas (the "***Court***") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b), and the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

5.     The statutory and legal predicates for the relief requested herein are sections 105(a) and 342(c) of the Bankruptcy Code, rules 1005, 1015 and 2002 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "***Bankruptcy Local Rules***"), and the Procedures for Complex Cases in the Southern District of Texas.

## BACKGROUND

6.     On the date hereof (the "***Petition Date***"), the Debtors each commenced with the Court a voluntary case (the "***Chapter 11 Cases***") under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee has been appointed in the Chapter 11 Cases.

7.     The Debtors are a privately held gaming and entertainment company focused on acquiring undervalued gaming assets and implementing operational changes to improve profitability. The Debtors own and operate a portfolio of casinos, card rooms, hotels, and other gaming- and hospitality-related assets across Washington State, Nevada, and Colorado, including 17 card rooms in Washington State and several casinos and hotels in Nevada and Colorado,

reflecting a total of approximately 2,500 slot machines, 320 table games, 1,200 hotel rooms, and 30 restaurants. The Debtors' operating businesses also include the EGads! fabrication and installation business, a gaming and hospitality industry leader in the design, fabrication, assembly and installation of casino interiors, custom signage, lighting, and architectural treatments, and the Utah Trailways charter company, which facilitates customer gaming excursions from Salt Lake City, Utah, to the Debtors' operating properties in Wendover, Nevada.

8.     The factual background regarding the Debtors, including their business, their capital structure, and the events leading to the commencement of the Chapter 11 Cases is set forth in the *Declaration of Jeff Seery in Support of Chapter 11 Petitions and First Day Relief* (the "***First Day Declaration***"), filed contemporaneously herewith and incorporated herein by reference.[1]

## BASIS FOR RELIEF

9.     Bankruptcy Rule 1015(b) provides that "if . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order joint administration of the estates." *See* Fed. R. Bankr. P. 1015(b). The Debtors are "affiliates" as such term is defined in section 101(2) of the Bankruptcy Code. Bankruptcy Local Rule 1015-1 provides additional authority for the Court to order joint administration of the chapter 11 cases. *See* BLR 1015-1 (stating the procedure for filing motions and proposed orders for joint administration). The Debtors have filed this motion in compliance with the Bankruptcy Local Rules.

10.     Joint administration will ease the administrative burden on the Court and all parties in interest by, among other things, eliminating the need for duplicative pleadings, notices, and orders in each of the respective dockets and saving the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents. Further, joint

---

[1]     Capitalized terms used but not defined herein have the meanings given to them in the First Day Declaration.

administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases.

11.     The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.  In addition, all creditors will benefit from the reduction in costs that will result from joint administration.

12.     The use of the simplified, consolidated caption proposed herein, without reference to their respective tax identification numbers and other detail specified by section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n), will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.   Further, such case-specific information will be listed in the petitions for each Debtor, which are publicly available to parties in interest or will be provided by the Debtors upon request; and this information will be included in key notices to parties in interest, such as the notices required under Bankruptcy Rules 2002(a)(1), 2002(a)(7), and 2002(b), as made applicable to the chapter 11 cases.  Therefore, the Debtors submit that the policies behind the requirements of Bankruptcy Code section 342(c) and Bankruptcy Rules 1005, 1015, and 2002(n) have been satisfied.

**EMERGENCY CONSIDERATION**

13.     The Debtors respectfully request emergency consideration of this Motion pursuant to Bankruptcy Local Rule 9013-1 and Bankruptcy Rule 6003, which authorize the Court to grant relief within the first 21 days after the commencement of a chapter 11 case to the extent that relief is necessary to avoid immediate and irreparable harm.  As described in detail above and in the First Day Declaration, immediate and irreparable harm would result if the relief requested herein is not

granted.  Accordingly, the Debtors submit that the requirements of Bankruptcy Rule 6003 are satisfied.

## NOTICE

14.     Notice of the Motion will be given to:  (a) the Office of the United States Trustee for the Southern District of Texas; (b) counsel to the Ad Hoc Group and Backstop Parties; (c) counsel to the Prepetition Agent; (d) the creditors listed on the Debtors' consolidated list of 30 creditors holding the largest unsecured claims; (e) the Gaming Regulators; (f) the United States Attorney for the Southern District of Texas; (g) the Internal Revenue Service; (h) the state attorneys general for states in which the Debtors conduct business; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, under the circumstances, no other or further notice is required.

15.     A copy of this Motion is available on (a) the Court's website, at www.txs.uscourts.gov, and (b) the website maintained by the Debtors' proposed Claims and Noticing Agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/RunItOneTime/.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:  July 14, 2025
        Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (*pro hac vice* pending)
Helena G. Tseregounis (*pro hac vice* pending)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
E-mail:  jeff.bjork@lw.com
       helena.tseregounis@lw.com
       nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
E-mail:  ray.schrock@lw.com
       andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and*
*Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II