United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

In re:  :  Chapter 11

RUNITONETIME LLC,  :  Case No. 25-90191 (ARP)

    Debtor.  :  Tax I.D. No. 83-3358619

---

In re:  :  Chapter 11

RUNITONETIME TEXAS LLC,  :  Case No. 25-90190 (ARP)

    Debtor.  :  Tax I.D. No. 39-3167995

---

In re:  :  Chapter 11

RUNITONETIME HOLDCO, INC.,  :  Case No. 25-90192 (ARP)

    Debtor.  :  Tax I.D. No. 33-2604154

---

In re:  :  Chapter 11

MAVERICK COLORADO LLC,  :  Case No. 25-90193 (ARP)

    Debtor.  :  Tax I.D. No. 83-3187651

---

In re:  :  Chapter 11

MAVERICK Z CASINOS LLC,  :  Case No. 25-90194 (ARP)

    Debtor.  :  Tax I.D. No. 83-3169224

---

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
COLORADO MG 1031 LLC,                                   :   Case No. 25-90195 (ARP)
                                                        :
            Debtor.                                     :   Tax I.D. No. N/A
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK WASHINGTON LLC,                                :   Case No. 25-90196 (ARP)
                                                        :
            Debtor.                                     :   Tax I.D. No. 83-3016436
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK GOLD LLC,                                      :   Case No. 25-90197 (ARP)
                                                        :
            Debtor.                                     :   Tax I.D. No. 83-0985409
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
NEVADA GOLD & CASINOS, INC.,                            :   Case No. 25-90198 (ARP)
                                                        :
            Debtor.                                     :   Tax I.D. No. 88-0142032
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
NG WASHINGTON III, LLC,                                 :   Case No. 25-90199 (ARP)
                                                        :
            Debtor.                                     :   Tax I.D. No. 45-2343811
                                                        :
------------------------------------------------------  x
```

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NG WASHINGTON, LLC, | : | Case No. 25-90200 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 26-4298788 |
| | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NG WASHINGTON II HOLDINGS, LLC, | : | Case No. 25-90201 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 27-2667916 |
| | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NG WASHINGTON II, LLC, | : | Case No. 25-90202 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 27-2282337 |
| | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK WIZARDS LLC, | : | Case No. 25-90203 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 84-2542856 |
| | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 15743 AMBAUM LLC, | : | Case No. 25-90204 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 27-0758995 |
| | : | |

3

```
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
MAVERICK ROMAN LLC,                               :  Case No. 25-90205 (ARP)
                                                  :
          Debtor.                                 :  Tax I.D. No. 83-3032272
                                                  :
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
THE ROYAL CLUB LIMITED LIABILITY                  :  Case No. 25-90206 (ARP)
COMPANY,                                          :
                                                  :  Tax I.D. No. 91-2022535
          Debtor.                                 :
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
SKYWAY CENTER LLC,                                :  Case No. 25-90207 (ARP)
                                                  :
          Debtor.                                 :  Tax I.D. No. 84-4680124
                                                  :
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
MAVERICK INDIANOLA LLC,                           :  Case No. 25-90208 (ARP)
                                                  :
          Debtor.                                 :  Tax I.D. No. N/A
                                                  :
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
MAVERICK ALL STAR LLC,                            :  Case No. 25-90209 (ARP)
                                                  :
          Debtor.                                 :  Tax I.D. No. 84-4103098
                                                  :
------------------------------------------------- x
```

| | | |
|---|---|---|
| ------------------------------------------------------------ x : | | |
| In re: | : | Chapter 11 |
| | : | |
| MYERS LLC, | : | Case No. 25-90210 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 93-2004498 |
| | : | |
| ------------------------------------------------------------ x : | | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK EVERGREEN LLC, | : | Case No. 25-90211 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 88-3756541 |
| | : | |
| ------------------------------------------------------------ x : | | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK ACQUISITIONS CANADA ULC, | : | Case No. 25-90212 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 98-1718671 |
| | : | |
| ------------------------------------------------------------ x : | | |
| In re: | : | Chapter 11 |
| | : | |
| WASHINGTON GAMING, INC., | : | Case No. 25-90213 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 27-0005860 |
| | : | |
| ------------------------------------------------------------ x : | | |
| In re: | : | Chapter 11 |
| | : | |
| 14040 GAMING, LLC, | : | Case No. 25-90215 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 80-0789091 |
| | : | |
| ------------------------------------------------------------ x | | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RIVERSIDE CASINO, INC., | : | Case No. 25-90234 (ARP) |
| Debtor. | : | Tax I.D. No. 68-0508209 |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GAMING CONSULTANTS, INC., | : | Case No. 25-90231 (ARP) |
| Debtor. | : | Tax I.D. No. 91-1978523 |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GAMING MANAGEMENT, INC., | : | Case No. 25-90232 (ARP) |
| Debtor. | : | Tax I.D. No. 84-1688364 |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PUGET SOUND GAMING, LLC, | : | Case No. 25-90224 (ARP) |
| Debtor. | : | Tax I.D. No. 27-3306701 |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EPSTEIN GAMING LLC, | : | Case No. 25-90225 (ARP) |
| Debtor. | : | Tax I.D. No. 91-1926419 |

6

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LA CENTER GAMING, LLC, | : | Case No. 25-90255 (ARP) |
|  | : |  |
| Debtor. | : | Tax I.D. No. 30-0843028 |
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| PETE'S FLYING ACES, INC., | : | Case No. 25-90222 (ARP) |
|  | : |  |
| Debtor. | : | Tax I.D. No. 91-2137136 |
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| TACOMA CASINO, L.L.C., | : | Case No. 25-90236 (ARP) |
|  | : |  |
| Debtor. | : | Tax I.D. No. 91-1933585 |
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| MAVERICK AMERICAN LLC, | : | Case No. 25-90257 (ARP) |
|  | : |  |
| Debtor. | : | Tax I.D. No. 83-3056514 |
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| GREAT AMERICAN GAMING CORPORATION, | : | Case No. 25-90250 (ARP) |
|  | : | Tax I.D. No. 98-0219105 |
| Debtor. | : |  |

7

| | | |
|---|---|---|
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| EVERGREEN ENTERTAINMENT CORPORATION, | : : : | Case No. 25-90228 (ARP) |
| | : | Tax I.D. No. 91-1494511 |
| Debtor. | : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GRAND CENTRAL PROPERTIES EVERETT LLC, | : : : | Case No. 25-90239 (ARP) |
| | : | Tax I.D. No. 82-0539310 |
| Debtor. | : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| PAIR O'DICE INVESTMENTS LLC, | : : | Case No. 25-90219 (ARP) |
| Debtor. | : : | Tax I.D. No. 75-2998125 |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GRAND CENTRAL PROPERTIES TUKWILA LLC, | : : : | Case No. 25-90244 (ARP) |
| | : | Tax I.D. No. 91-2131516 |
| Debtor. | : | |
| ------------------------------------------------------------ | x : | |
| In re: | : : | Chapter 11 |
| GRAND CENTRAL PROPERTIES TACOMA LLC, | : : : | Case No. 25-90242 (ARP) |
| | : | Tax I.D. No. 47-0860942 |
| Debtor. | : | |
| ------------------------------------------------------------ | x | |

8

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| GRAND CENTRAL CASINO, INC., | : | Case No. 25-90237 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 20-1185770 |
| | : | |
| ------------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK CARIBBEAN LLC, | : | Case No. 25-90254 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 83-3112229 |
| | : | |
| ------------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK TUKWILA LLC, | : | Case No. 25-90246 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 84-2585842 |
| | : | |
| ------------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK YAKIMA LLC, | : | Case No. 25-90217 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 84-2611372 |
| | : | |
| ------------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| MAVERICK KIRKLAND II LLC, | : | Case No. 25-90226 (ARP) |
| | : | |
| Debtor. | : | Tax I.D. No. 84-2568874 |
| | : | |
| ------------------------------------------------------------ x | | |

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK KIRKLAND LLC,                                  :   Case No. 25-90230 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 84-2563815
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK LAKEWOOD LLC,                                  :   Case No. 25-90233 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 84-2595886
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK NV LLC,                                        :   Case No. 25-90238 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 82-1309315
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK ELKO LLC,                                      :   Case No. 25-90221 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 83-3205482
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK WENDOVER LLC,                                  :   Case No. 25-90249 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 82-1841921
                                                        :
------------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CCI LEASING, LLC,                                       :    Case No. 25-90216 (ARP)
                                                        :
         Debtor.                                        :    Tax I.D. No. 84-1412112
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
WENDOVER TRANSPORTATION, LLC,                           :    Case No. 25-90248 (ARP)
                                                        :
         Debtor.                                        :    Tax I.D. No. 83-0422308
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
UTAH TRAILWAYS CHARTER BUS                              :    Case No. 25-90240 (ARP)
COMPANY, LLC,                                           :
                                                        :    Tax I.D. No. 45-3705893
         Debtor.                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CASINO CARAVANS, INC.,                                  :    Case No. 25-90214 (ARP)
                                                        :
         Debtor.                                        :    Tax I.D. No. 87-0429310
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MAVERICK DESIGN LLC,                                    :    Case No. 25-90256 (ARP)
                                                        :
         Debtor.                                        :    Tax I.D. No. 84-4038091
                                                        :
------------------------------------------------------- x
```

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
E.GADS, LLC,                                            :   Case No. 25-90220 (ARP)
                                                        :
        Debtor.                                         :   Tax I.D. No. 88-0386811
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MAVERICK POKER OPERATOR LLC,                            :   Case No. 25-90241 (ARP)
                                                        :
        Debtor.                                         :   Tax I.D. No. 99-1183603
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
COLORADO RESORTS OPERATOR LLC,                          :   Case No. 25-90218 (ARP)
                                                        :
        Debtor.                                         :   Tax I.D. No. 83-3073197
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
GRAND Z CASINO OPERATOR LLC,                            :   Case No. 25-90247 (ARP)
                                                        :
        Debtor.                                         :   Tax I.D. No. 83-3151280
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
JOHNNY Z CASINO OPERATOR LLC,                           :   Case No. 25-90253 (ARP)
                                                        :
        Debtor.                                         :   Tax I.D. No. 83-3094880
                                                        :
------------------------------------------------------  x
```

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
Z CASINO BLACK HAWK OPERATOR LLC,                      :   Case No. 25-90251 (ARP)
                                                       :
         Debtor.                                       :   Tax I.D. No. 83-3129123
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
ELKO RESORTS OPERATOR, LLC,                            :   Case No. 25-90223 (ARP)
                                                       :
         Debtor.                                       :   Tax I.D. No. 83-2386721
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
GOLD COUNTRY OPERATOR, LLC,                            :   Case No. 25-90235 (ARP)
                                                       :
         Debtor.                                       :   Tax I.D. No. 83-2395657
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
HIGH DESERT OPERATOR LLC,                              :   Case No. 25-90252 (ARP)
                                                       :
         Debtor.                                       :   Tax I.D. No. 85-2788033
                                                       :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RED LION OPERATOR, LLC,                                :   Case No. 25-90229 (ARP)
                                                       :
         Debtor.                                       :   Tax I.D. No. 83-2409419
                                                       :
------------------------------------------------------ x
```

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
WENDOVER RESORTS OPERATOR, LLC,                         :   Case No. 25-90245 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 82-1184532
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
RED GARTER OPERATOR, LLC,                               :   Case No. 25-90227 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 82-1154028
                                                        :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
WENDOVER NUGGET OPERATOR, LLC,                          :   Case No. 25-90243 (ARP)
                                                        :
         Debtor.                                        :   Tax I.D. No. 82-1140830
                                                        :
------------------------------------------------------  x
```

**ORDER (I) AUTHORIZING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**
[Relates To Docket No. 14]

Upon the emergency motion (the "***Motion***")[1] of the Debtors for entry of an order (this "***Order***") (i) directing the joint administration of the chapter 11 cases for procedural purposes only; and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-90191 (ARP). All of the jointly administered cases are assigned to Judge Perez.

2. Additionally, the following checked items are ordered:

   a.   ☒   One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b.   ☒   Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c.   ☒   Other: See below.

3. The caption of the jointly administered cases should read as follows:

15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RUNITONETIME LLC, et al.,                              :   Case No. 25-90191 (ARP)
                                                       :
                Debtors.¹                              :   (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

¹ A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

      4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

      5.      All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of RunItOneTime LLC, *et al.*, Case No. 25-90191 (ARP).

      6.      The following docket entry shall be made in the Chapter 11 Cases of the Debtors, other than RunItOneTime LLC:

> An order has been entered in this case consolidating this case with the case of RunItOneTime LLC, Case No. 25-90191 (ARP) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 25-90191 (ARP) should be consulted for all matters affecting this case.

      7.      The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for the chapter 11 cases.

      8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice thereof, and the requirements of the Bankruptcy Rules and Bankruptcy Local Rules are satisfied by such notice.

10. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

11. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 14, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge