United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | : | Case No. 25-90191 (ARP) |
| Debtors.[1] | : | (Joint Administration Requested) |

---

## ORDER GRANTING COMPLEX CASE TREATMENT
**(Docket No. 2)**

These jointly administered cases were filed on July 14, 2025. A Notice of Designation as Complex Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this order, that party may file an appropriate motion within 14 days after service of this order.

3. The Bankruptcy Local Rules apply to these cases, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply.

   b. Local District Court Civil Rule 83.1 applies.

   c. Appendix A to the Local Rules of the District Court applies.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

      d.      If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

Signed: July 14, 2025

                                                                                                            Alfredo R Pérez
                                                                                                    United States Bankruptcy Judge