**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | ) | Case No. 25-90191 (ARP) |
| Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE UNDER FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)**

The undersigned, on behalf of an ad hoc group of term lenders (the "Ad Hoc Group"), requests that all notices given or required to be given, and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

John F. Higgins
M. Shane Johnson
Megan Young-John
James A. Keefe
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

Ryan Preston Dahl (pending *pro hac vice* admission)
Daniel Gwen (pending *pro hac vice* admission)
Margaret Alden (pending *pro hac vice* admission)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: ryan.dahl@ropesgray.com
daniel.gwen@ropesgray.com
margaret.alden@ropesgray.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of the Ad Hoc Group's substantive or procedural rights, including without limitation, the Ad Hoc Group's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions,

defenses, setoffs, or recoupments to which the Ad Hoc Group is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Intentionally Blank*]

Respectfully submitted this 15th day of July, 2025.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jkeefe@porterhedges.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (pending *pro hac vice* admission)
Daniel Gwen (pending *pro hac vice* admission)
Margaret Alden (pending *pro hac vice* admission)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: ryan.dahl@ropesgray.com
daniel.gwen@ropesgray.com
margaret.alden@ropesgray.com

***Counsel to the Ad Hoc Group of Term Lenders***

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 15, 2025.

/s/ *John F. Higgins*
John F. Higgins