**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

--------------------------------------------------------- x
                  :

In re:                      :    Chapter 11
                  :

RUNITONETIME LLC, *et al.*,    :    Case No. 25-90191 (ARP)
                  :

           Debtors.[1]    :    (Jointly Administered)
                  :
--------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Joshua Karotkin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Overnight Service List attached hereto as **Exhibit A**:

- Notice of Designation as Complex Bankruptcy Case [Docket No. 2]

- Emergency Motion of Debtors for an Order (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits and (B) Continue Such Benefits and Other Employee-Related Programs; (II) Modifying the Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief [Docket No. 3] (the "***Wages Motion***")

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 4] (the "***Tax Motion***")

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Insurance Program Obligations, and (B) Maintain the Insurance Policies Postpetition; and (II) Granting Related Relief [Docket No. 5] (the "***Insurance Motion***")

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/RunItOneTime. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

- Proposed Order (I) Authorizing the Debtors to (A) Pay Prepetition Insurance Program Obligations, and (B) Maintain the Insurance Policies Postpetition; and (II) Granting Related Relief [Docket No. 6] (the "***Proposed Insurance Order***")

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing Debtors to (A) Honor Their Prepetition Obligations to Customers, and (B) Continue Their Customer Programs; and (II) Granting Related Relief [Docket No. 7] (the "***Customer Programs Motion***")

- Emergency Motion of Debtors for Entry of an Order (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices; (II) Approving the Debtors' Proposed Form of Adequate Assurance; (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment; and (IV) Granting Related Relief [Docket No. 8] (the "***Utilities Motion***")

- Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) 503(b)(9) Claimants, (C) Lien Claimants, and (D) PACA/PASA Claimants; (II) Confirming Administrative Expense Priority; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief [Docket No. 9] (the "***Critical Vendors Motion***")

- Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, and (C) Continue Intercompany Transactions; and (II) Granting Related Relief [Docket No. 10] (the "***Cash Management Motion***")

- Emergency Motion of Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and 2015.3 Reports; and (II) Granting Related Relief [Docket No. 11]

- Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 12]

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (III) Approving the Form and Manner of Notice of Commencement; and (IV) Granting Related Relief [Docket No. 13]

- Emergency Motion of Debtors for Entry of an Order (I) Authorizing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 14]

- Order (I) Authorizing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 15]

- Order Granting Complex Case Treatment [Docket No. 16]

- Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing and Solicitation Agent [Docket No. 17]

- Declaration of Jeff Seery in Support of Chapter 11 Petitions and First Day Relief [Docket No. 18]

- Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing and Use of Cash Collateral and (II) Granting Related Relief [Docket No. 19] (the "***Cash Collateral Motion***")

- Declaration of Michael Sellinger, in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 20] (the "***Declaration of Michael Sellinger***")

- Debtors' Witness and Exhibit List [Docket No. 21] (the "***Witness and Exhibit List***")

- Notice of Emergency Virtual Hearing on First Day Motions [Docket No. 22] (the "***First Day Hearing Motion***")

- Agenda of Debtors for Matters Set for Hearing on July 15, 2025 at 1:00 p.m. (CT) [Docket No. 23] (the "***Agenda Hearing***")

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Wages Motion, Tax Motion, Insurance Motion, Proposed Insurance Order, Customer Programs Motion, Utilities Motion, Critical Vendors Motion, Cash Management Motion, Cash Collateral Motion, Declaration of Michael Sellinger, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served via overnight mail on the Banks Overnight Service List attached hereto as **Exhibit B**.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Insurance Motion, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served via overnight mail on the Insurance Overnight Service List attached hereto as **Exhibit C**.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Tax Motion, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served via overnight mail on the Overnight Taxing Authorities Service List attached hereto as **Exhibit D**.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Utilities Motion, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served by the method set forth on the Utilities Overnight Service List attached hereto as **Exhibit E**.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Cash Collateral Motion, Declaration of Michael Sellinger, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served via overnight mail on the Unsecured Creditors Committee Overnight Service List attached hereto as **Exhibit F**.

On July 14, 2025, at my direction and under my supervision, employees of Kroll caused the Wages Motion, Witness and Exhibit List, First Day Hearing Motion, and Agenda Hearing to be served via overnight mail on the Wages Overnight Service List attached hereto as **Exhibit G**.

Dated: July 15, 2025

*/s/ Joshua Karotkin*
Joshua Karotkin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 15, 2025, by Joshua Karotkin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 90016

**Exhibit A**

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | AG Park Place LLC - Series 1 | Attn: Brian Sherer<br>245 Park Avenue<br>New York NY 10167 | bshearer@angelogordon.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Aristocrat Technologies Inc | Attn: Setsuko Kennedy<br>10220 Aristocrat Way<br>Las Vegas NV 89135 | Amy.Holt@aristocrat.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Aristocrat Technologies Inc | Attn: Setsuko Kennedy<br>PO Box 849540<br>Los Angeles CA 90084 | Amy.Holt@aristocrat.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Canon Financial Services, Inc | Attn: General Counsel<br>14904 Collections Center Drive<br>Chicago IL 60693-0149 | atsivilashvili@cfs.canon.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Central | Attn: General Counsel<br>141 Nevada St.<br>Central City CO 80247 | ada@cityofcentral.co | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Central | Attn: General Counsel<br>PO Box 249<br>Central City CO 80427 | ada@cityofcentral.co | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Mountlake Terrace | Attn: General Counsel<br>23204 58th Ave W<br>Mountlake Terrace WA 98043 | businesslicense@mltwa.gov | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Mountlake Terrace | Attn: General Counsel<br>PO Box 3694<br>Seattle WA 98124 | businesslicense@mltwa.gov | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Shoreline | Attn: General Counsel<br>17500 Midvale Avenue N<br>Shoreline, WA 98133-4905<br>Shoreline WA 98133-4905 | mking@shorelinewa.gov | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | City of Shoreline | Attn: General Counsel<br>PO Box 84226<br>Seattle WA 98124 | mking@shorelinewa.gov | Overnight Mail and Email |
| COLORADO GAMING REGULATOR | COLORADO DIVISION OF GAMING | ATTN: JOHN MADRUGA<br>1707 COLE BLVD<br>SUITE 300<br>LAKEWOOD CO 80401 | dor_gamingweb@state.co.us | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Davon Evans DBA Cleanco Bins, LLC | Attn: Davon Evans<br>4547 Rainier Ave So<br>Seattle WA 98118 | cleancobins@gmail.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Everi Games Inc | Attn: General Counsel<br>7250 S Tenaya Way<br>Suite 100<br>Las Vegas NV 89113 | accounts.receivable@everi.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Everi Games Inc | Attn: General Counsel<br>PO Box 206206<br>Dallas TX 75320 | accounts.receivable@everi.com | Overnight Mail and Email |

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | Galaxy Gaming, Inc | Attn: General Counsel<br>Dept N811<br>Salt Lake City UT 81430 | info@galaxygaming.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Gibson, Dunn & Crutcher LLP | Attn: Jeanette Krise<br>333 South Grand Ave<br>Los Angeles CA 90071 | jkrise@gibsondunn.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Harris Manufacturing Inc | Attn: General Counsel<br>9143 Phillips Hwy<br>Ste 420<br>Jacksonville FL 32256-1381 | scott@HarrisMfg.com | Overnight Mail and Email |
| PROPOSED COUNSEL TO THE DEBTORS | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A., ASHLEY L. HARPER, PHILUP M. GUFFY<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTON.COM<br>ASHLEYHARPER@HUNTON.COM<br>PGUFFY@HUNTON.COM | Email |
| TOP 30 UNSECURED CREDITOR | IGT | Attn: Kyle Salasky<br>9295 Prototype Drive<br>Reno NV 89521 | Maribel.ManzanoRuiz@IGT.com<br>kyle.salasky@IGT.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Interblock USA LC | Attn: Marie Magdaleno<br>711 Pilot Road Suite A<br>Las Vegas NV 89119 | marie.magdaleno@interblockgaming.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Interblock USA LC | Attn: Marie Magdaleno<br>PO Box 511636<br>Los Angeles CA 90051-8191 | marie.magdaleno@interblockgaming.com | Overnight Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Overnight Mail |
| TOP 30 UNSECURED CREDITOR | Jefder Maintenance Services Inc | Attn: General Counsel<br>2345 Wander St<br>Chula Vista CA 91915-2415 | efren.delgado@ssijefder.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | King County Treasury | Attn: General Counsel<br>201 S Jackson St #710<br>Seattle WA 98104 | Assessor.info@kingcounty.gov | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | KONE INC | Attn: General Counsel<br>3333 Warrenville Rd<br>Ste 700<br>Lisle IL 60532 | accountsreceivable.ssc@kone.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | KONE INC | Attn: General Counsel<br>P.O Box 102425<br>Pasadena CA 91189 | accountsreceivable.ssc@kone.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Kuo Kau Paper Products Co., Ltd | Attn: Angel Otsuka<br>No. 31, Tien Shui Road<br>Taipei City 10350 Taiwan | Angel@queenplayingcard.com | Overnight Mail and Email |

**Exhibit A**
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: ANDREW SORKIN<br>555 ELEVENTH STREET, NW<br>SUITE 1000<br>WASHINGTON DC 20004-1304 | ANDREW.SORKIN@LW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: JEFF BJORK, HELENA TSEREGOUNIS,ANDREW SORKIN,<br>NICHOLAS MESSANA<br>355 SOUTH GRAND AVENUE<br>SUITE 100<br>LOS ANGELES CA 90071-1560 | JEFF.BJORK@LW.COM<br>HELENA.TSEREGOUNIS@LW.COM<br>ANDREW.SORKIN@LW.COM<br>NICHOLAS.MESSANA@LW.COM | Email |
| TOP 30 UNSECURED CREDITOR | Littler Mendelson PC | Attn: General Counsel<br>333 Bush St<br>San Francisco CA 94104 | mmccollough@littler.com | Overnight Mail and Email |
| NEVADA GAMING REGULATOR | NEVADA GAMING CONTROL BOARD | ATTN: BARRY CHILTON<br>7 STATE OF NEVADA WAY<br>LAS VEGAS NV 89119 | Bchilton@gcb.nv.gov | Overnight Mail and Email |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT | NORTON ROSE FULBRIGHT US LLP | ATTN: STEPHEN CASTRO<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | Overnight Mail and Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B RUFF<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | JAYSON.B.RUFF@USDOJ.GOV | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Paladin Technologies Inc. | Attn: Jessica Duenas<br>13000 Gregg St<br>Poway CA 92064 | jduenas@paladintechnologies.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Pierce County Assessor-Treasurer DBA Pierce County Finance | Attn: Mike Lonergan<br>950 Fawcett Avenue<br>Suite 100<br>Tacoma WA 98402 | pcbudget@co.pierce.wa.us | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Pierce County Assessor-Treasurer DBA Pierce County Finance | Attn: Mike Lonergan<br>PO Box 11621<br>Tacoma WA 98411-6621 | pcbudget@co.pierce.wa.us | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Project Evergreen WA LLC | Attn: Drew Wides<br>30 N LaSalle Street<br>Chicago IL 60602 | drew.wides@blueowl.com | Overnight Mail and Email |
| COUNSEL TO THE PROPOSED DIP LENDER | ROPES & GRAY LLP | ATTN : RYAN DAHL , DAN GWEN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RYAN.DAHL@ROPESGRAY.COM<br>DANIEL.GWEN@ROPESGRAY.COM | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | RxBenefits, Inc. | Attn: Serena Brooks<br>3700 Colonnade Parkway<br>Birmingham AL 35243 | sbrooks@rxbenefits.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sonesta RL Hotels Franchising, Inc. | Attn: Grenda Cabrera<br>400 Centre St<br>Newton MA 02458 | grenda.cabrera@sonesta.com | Overnight Mail and Email |

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | Sonesta RL Hotels Franchising, Inc. | Attn: Grenda Cabrera<br>PO Box 830447<br>Philadelphia PA 19182 | grenda.cabrera@sonesta.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Starbucks Corporation | Attn: General Counsel<br>2401 Utah Ave S<br>Ms: S-La1<br>Seattle WA 98134 | ARInvoice@starbucks.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Starbucks Corporation | Attn: General Counsel<br>PO Box 74008016<br>Chicago IL 60674 | ARInvoice@starbucks.com | Overnight Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | Overnight Mail |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov | Overnight Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE STREET SUITE 230<br>SLC UT 84114-2320 | UAG@AGUTAH.GOV | Overnight Mail and Email |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | Overnight Mail |
| TOP 30 UNSECURED CREDITOR | Sunic's Inc. DBA Sun Food Trading Co | Attn: General Counsel<br>4715 6th Ave. S<br>Seattle WA 98108 | joe@sunfoodtrading.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Swire Pacific Holdings, Inc. DBA Swire Coca-Cola, USA | Attn: General Counsel<br>12634 South 265 W<br>Draper UT 84020 | swirearsupport@swirecc.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Swire Pacific Holdings, Inc. DBA Swire Coca-Cola, USA | Attn: General Counsel<br>PO Box 3743<br>Seattle WA 98214-3734 | swirearsupport@swirecc.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sysco Denver | Attn: Gary Hogan<br>16304 E. 32nd Avenue<br>Suite 38<br>Aurora CO 80011 | gary.hogan@sysco.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sysco Denver | Attn: Gary Hogan<br>PO Box 5566<br>Denver CO 80217 | gary.hogan@sysco.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sysco Intermountain | Attn: Gary Hogan<br>9494 S. Prosperity Road<br>West Jordan UT 84081 | gary.hogan@sysco.com | Overnight Mail and Email |

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | Sysco Intermountain | Attn: Gary Hogan<br>PO BOX 190<br>West Jordan UT 84084 | gary.hogan@sysco.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sysco Seattle | Attn: Gary Hogan<br>22820 54th Avenue South<br>Kent WA 98032 | gary.hogan@sysco.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | Sysco Seattle | Attn: Gary Hogan<br>PO Box 97054<br>Kent WA 98064 | gary.hogan@sysco.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | TekLinks Inc DBA C Spire Business | Attn: Kelly Luber<br>201 Summit Pkwy<br>Birmingham AL 35209-4731 | kjsmith@cspire.com<br>Kluber@cspire.com | Overnight Mail and Email |
| TOP 30 UNSECURED CREDITOR | TekLinks Inc DBA C Spire Business | Attn: Kelly Luber<br>PO Box 748168<br>Atlanta GA 30374 | kjsmith@cspire.com<br>Kluber@cspire.com | Overnight Mail and Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | Overnight Mail and Email |
| WASHINGTON STATE GAMING REGULATOR | WASHINGTON STATE GAMBLING COMMISSION | ATTN: TYSON WILSON<br>4565 7TH AVENUE SE<br>LACEY WA 98503 | Tyson. Wilson@wsgc.wa.gov | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Banks Overnight Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| NEVADA STATE BANK | ATTN GENERAL COUNSEL | 750 E WARM SPRINGS RD | | LAS VEGAS | NV | 89119 |
| US BANK NATIONAL ASSOCIATION | ATTN GENERAL COUNSEL | 4625 W NEVSO DRIVE | STES 2 & 3 | LAS VEGAS | NV | 89103 |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 1 of 1

**Exhibit C**

Exhibit C
Insurance Overnight Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| AFCO CREDIT CORPORATION | ATTN: GENERAL COUNSEL | 150 NORTH FIELD DRIVE | SUITE 190? | LAKE FOREST | IL | 60045 |
| AFFILIATED FM INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 270 CENTRAL AVE | | JOHNSTON | RI | 2919 |
| AMERICAN BANKERS INSURANCE OF FLORIDA | ATTN: GENERAL COUNSEL | PO BOX 979220 | | MIAMI | FL | 33197-9220 |
| AMERICAN CASUALTY COMP OF READING | ATTN: GENERAL COUNSEL | 333 S WABASH AVE | FL 22 | CHICAGO | IL | 60604-4107 |
| ARCH SPECIALTY INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 1125 SANCTUARY PARKWAY | SUITE 200 | ALPHARETTA | GA | 30009 |
| ASPEN SPECIALTY INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 499 WASHINGTON BOULEVARD | | JERSEY CITY | NJ | 7310 |
| AXIS SURPLUS INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 10000 AVALON BOULEVARD | SUITE 200 | ALPHARETTA | GA | 30009 |
| CHUBB INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 550 MADISON AVENUE | | NEW YORK | NY | 10022 |
| COBBS ALLEN CAPITAL LLC | ATTN: GENERAL COUNSEL | 115 OFFICE PARK DRIVE | | BIRMINGHAM | AL | 35223 |
| CONTINENTAL CASUALTY COMPANY | ATTN: GENERAL COUNSEL | 130 INVERNESS PLAZA | #273 | BIRMINGHAM | AL | 35242 |
| CRUM & FORSTER SPECIALTY INS COMP | ATTN: GENERAL COUNSEL | 305 MADISON AVENUE | | MORRISTOWN | NJ | 7960 |
| ENDURANCE AMERICAN INSURANCE COMP | ATTN: GENERAL COUNSEL | 4 MANHATTANVILLE RD | FL 3 | PURCHASE | NY | 10577-2139 |
| ENDURANCE AMERICAN SPECIALTY INS | ATTN: GENERAL COUNSEL | 750 3RD AVE | FL 2 | NEW YORK | NY | 10017-2723 |
| GOTHAM INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 156 WILLIAM ST | RM 1202 | NEW YORK | NY | 10038-5322 |
| GREAT AMERICAN INSURANCE COMPANY | ATTN: GENERAL COUNSEL | PROPERTY & CASUALTY GROUP | 301 E FOURTH STREET | CINCINNATI | OH | 45202 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 99 HIGH ST | FLOOR 25 | BOSTON | MA | 02110-2378 |
| LLOYDS OF LONDON | ATTN: GENERAL COUNSEL | 280 PARK AVENUE | EAST TOWER ENTIRE 25TH FLOOR | NEW YORK | NY | 10017 |
| NATIONAL FIRE INS COMP OF HARTFORD | ATTN: GENERAL COUNSEL | 333 S WABASH AVE | | CHICAGO | IL | 60604-4107 |
| NATIONAL INDEMNITY COMPANY | ATTN: GENERAL COUNSEL | 1314 DOUGLAS STREET | SUITE 1400 | Omaha | NE | 68102-1944 |
| QBE SPECIALTY | ATTN: GENERAL COUNSEL | 7333 SUNWOOD DRIVE | | RAMSEY | MN | 55303 |
| SECURITY NATIONAL INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 433 ASCENSION WAY | SUITE 600 | SALT LAKE CITY | UT | 84123 |
| TECHNOLOGY INSURANCE COMPANY, INC | ATTN: GENERAL COUNSEL | 59 MAIDEN LANE | | NEW YORK | NY | 10038 |
| THE CONTINENTAL INSURANCE COMPANY | ATTN: GENERAL COUNSEL | 130 INVERNESS PLAZA | #273 | BIRMINGHAM | AL | 35242 |
| TRAVELERS CASUALTY AND SURETY COMP | ATTN: GENERAL COUNSEL | ONE TOWER SQUARE | | HARTFORD | CT | 6183 |
| USI INSURANCE SERVICES | ATTN: GENERAL COUNSEL | 100 SUMMIT LAKE DRIVE | SUITE 400 | VALHALLA | NY | 10595 |
| VALLEY FORGE INSURANCE COMPANY | ATTN: GENERAL COUNSEL | ONE BALA PLAZA | SUITE 100 | BALA CYNWYD | PA | 19004 |
| WESTCHESTER SURPLUS LINES INS COMP | ATTN: GENERAL COUNSEL | 11575 GREAT OAKS WAY | SUITE 200 | ALPHARETTA | GA | 30022 |
| WESTERN WORLD INSURANCE GROUP | ATTN: GENERAL COUNSEL | 300 KIMBALL DRIVE | SUITE 500 | PARSIPPANY | NJ | 7054 |

**<u>Exhibit D</u>**

Exhibit D

Overnight Taxing Authorities Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| BENTON COUNTY TREASURER | ATTN GENERAL COUNSEL | 7122 W OKANOGAN PL | BLDG A | KENNEWICK | WA | 99336 |
| CITY OF CENTRAL | ATTN GENERAL COUNSEL | 141 NEVADA ST | | CENTRAL CITY | CO | 80427 |
| CITY OF ELKO | ATTN GENERAL COUNSEL | 1751 COLLEGE AVE | | ELKO | NV | 89801 |
| CITY OF KENNEWICK | ATTN GENERAL COUNSEL | 210 W 6TH AVE | | KENNEWICK | WA | 99336 |
| CITY OF KIRKLAND | ATTN GENERAL COUNSEL | 123 5TH AVE | | KIRKLAND | WA | 98033 |
| CITY OF LAKEWOOD | ATTN GENERAL COUNSEL | 6000 MAIN ST SW | | LAKEWOOD | WA | 98499 |
| CITY OF MOUNTLAKE TERRACE | ATTN GENERAL COUNSEL | 6100 219TH ST SW | | MOUNTLAKE TERRACE | WA | 98043 |
| CITY OF MOUNTLAKE TERRACE | ATTN: GENERAL COUNSEL | PO BOX 3694 | | SEATTLE | WA | 98124 |
| CITY OF PASCO | ATTN GENERAL COUNSEL | 525 N 3RD AVE | | PASCO | WA | 99301 |
| CITY OF SEATAC | ATTN GENERAL COUNSEL | 4800 S 188TH ST | | SEATAC | WA | 98188 |
| CITY OF SHORELINE | ATTN GENERAL COUNSEL | 17500 MIDVALE AVE N | | SHORELINE | WA | 98133 |
| CITY OF SHORELINE | ATTN: GENERAL COUNSEL | PO BOX 84226 | | SEATTLE | WA | 98124-5526 |
| CITY OF TUKWILA | ATTN GENERAL COUNSEL | 6200 SOUTHCENTER BLVD | | TUKWILA | WA | 98188 |
| CITY OF WEST WENDOVER | ATTN GENERAL COUNSEL | 1111 N GENE L JONES WAY | | WEST WENDOVER | NV | 89883 |
| CITY OF WEST WENDOVER | ATTN: GENERAL COUNSEL | PO BOX 2825 | | WEST WENDOVER | NV | 89883 |
| CITY OF YAKIMA | ATTN GENERAL COUNSEL | 129 N 2ND ST | | YAKIMA | WA | 98901 |
| CITY OF YAKIMA | ATTN: GENERAL COUNSEL | PO BOX 22720 | | YAKIMA | WA | 98907-2720 |
| COLORADO DEPARTMENT OF REVENUE | ATTN GENERAL COUNSEL | 1375 SHERMAN ST | | DENVER | CO | 80261 |
| COLORADO DEPT OF GAMING | ATTN GENERAL COUNSEL | 1707 COLE BLVD | STE 300 | LAKEWOOD | CO | 80401 |
| ELKO COUNTY TREASURER | ATTN GENERAL COUNSEL | 571 IDAHO ST | | ELKO | NV | 89801 |
| FRANKLIN COUNTY TREASURER | ATTN GENERAL COUNSEL | 1016 N 4TH AVE | | PASCO | WA | 99301 |
| FRANKLIN COUNTY TREASURER | ATTN: GENERAL COUNSEL | PO BOX 1011 | | PASCO | WA | 99301-1011 |
| GILPIN COUNTY TREASURER | ATTN GENERAL COUNSEL | 203 EUREKA ST | | CENTRAL CITY | CO | 80427 |
| ILLINOIS DEPARTMENT OF REVENUE | ATTN GENERAL COUNSEL | 101 W JEFFERSON | | SPRINGFIELD | IL | 62702 |
| ILLINOIS DEPARTMENT OF REVENUE | ATTN: GENERAL COUNSEL | PO BOX 19001 | | SPRINGFIELD | IL | 62794 |
| INTERNAL REVENUE SERVICE | ATTN GENERAL COUNSEL | 1973 RULON WHITE BLVD | | OGDEN | UT | 84404 |
| INTERNAL REVENUE SERVICE | ATTN: GENERAL COUNSEL | PO BOX 7346 | | PHILADELPHIA | UT | 19101-7346 |

Exhibit D

Overnight Taxing Authorities Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|------|-----------|-----------|-----------|------|-------|-------------|
| KING COUNTY TREASURER | ATTN GENERAL COUNSEL | 201 S JACKSON ST | STE 710 | SEATTLE | WA | 98104 |
| KITSAP COUNTY AUDITOR | ATTN GENERAL COUNSEL | 614 DIVISION ST | | PORT ORCHARD | WA | 98366 |
| KITSAP COUNTY TREASURER | ATTN GENERAL COUNSEL | 614 DIVISION ST | MS-22 | PORT ORCHARD | WA | 98366 |
| NEVADA DEPARTMENT OF REVENUE | ATTN GENERAL COUNSEL | 3850 ARROWHEAD DRIVE | | CARSON CITY | NV | 89706 |
| NEVADA GAMING CONTROL BOARD | ATTN GENERAL COUNSEL | 1919 COLLEGE PARKWAY | | CARSON CITY | NV | 89706 |
| PIERCE COUNTY TREASURER | ATTN GENERAL COUNSEL | 2401 S 35TH ST | ROOM 121 | TACOMA | WA | 98409 |
| SNOHOMISH COUNTY TREASURER | ATTN GENERAL COUNSEL | 3000 ROCKEFELLER AVE | M/S 501 | EVERETT | WA | 98201 |
| TOOELE COUNTY TREASURER | ATTN GENERAL COUNSEL | 47 S MAIN ST | | TOOELE | UT | 84074 |
| WASHINGTON DEPARTMENT OF REVENUE | ATTN GENERAL COUNSEL | 2101 4TH AVE | SUITE 1400 | SEATTLE | WA | 98121 |
| WASHINGTON DEPARTMENT OF REVENUE | ATTN: GENERAL COUNSEL | PO BOX 47450 | | OLYMPIA | WA | 98504-7450 |
| YAKIMA COUNTY TREASURER | ATTN GENERAL COUNSEL | 128 N 2ND ST | ROOM 115 | YAKIMA | WA | 98901 |
| YAKIMA COUNTY TREASURER | ATTN: GENERAL COUNSEL | PO BOX 22530 | | YAKIMA | WA | 98907 |

**Exhibit E**

Exhibit E
Utilities Overnight Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ALDERWOOD WATER & WASTEWATER DISTRICT | PO BOX 34679 | | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| ALDERWOOD WATER & WASTEWATER DISTRICT | 3626 156TH ST SW | | LYNNWOOD | WA | 98087 | | | OVERNIGHT MAIL |
| BASIN DISPOSAL INC | P.O. BOX 3850 | | PASCO | WA | 99302-3850 | | BDICS@BASINDISPOSAL.COM | OVERNIGHT MAIL AND EMAIL |
| BASIN DISPOSAL INC | 2021 N COMMERCIAL AVE | | PASCO | WA | 99301 | | | OVERNIGHT MAIL |
| BENTON PUD | 2721 W. 10TH AVE | P.O. BOX 6270 | KENNEWICK | WA | 98336-0270 | | | OVERNIGHT MAIL |
| BLACK HAWK CENTRAL CITY SANITATION DISTRICT | 135 CLEAR CREEK ST | PO BOX 362 | BLACK HAWK | CO | 80422 | | LYNN@BHCCSD.COM | OVERNIGHT MAIL AND EMAIL |
| BROADVIEW NETWORKS INC | PO BOX 9001013 | | LOUISVILLE | KY | 40290 | | | OVERNIGHT MAIL |
| BROADVIEW NETWORKS INC | 800 WESTCHESTER AVENUE | | RYE BROOK | NY | 10573 | | | OVERNIGHT MAIL |
| CASCADE NATURAL GAS CORPORATION | 8113 W. GRANDRIDGE BLVD | | KENNEWICK | WA | 99336 | | | OVERNIGHT MAIL |
| CENTRACOM INTERACTIVE | PO BOX 7 | | FAIRVIEW | UT | 84629 | | | OVERNIGHT MAIL |
| CENTRACOM INTERACTIVE | 35 SOUTH STATE | | FAIRVIEW | UT | 84629 | | | OVERNIGHT MAIL |
| CENTURYLINK | BUSINESS SERVICES | | PHOENIX | AZ | 85072 | | | OVERNIGHT MAIL |
| CENTURYLINK | 100 CENTURYLINK DRIVE | | MONROE | LA | 71201 | | | OVERNIGHT MAIL |
| CHARTER COMMUNICATIONS DBA SPECTRUM BUSINESS | P.O. BOX 7173 | | PASADENA | CA | 91109-7173 | | | OVERNIGHT MAIL |
| CHARTER COMMUNICATIONS DBA SPECTRUM BUSINESS | 400 WASHINGTON BLVD. | | STAMFORD | CT | 06902 | | | OVERNIGHT MAIL |
| CITY OF BLACK HAWK | PO BOX 68 | | BLACK HAWK | CO | 80422-0068 | | LHALL@CITYOFBLACKHAWK.ORG | OVERNIGHT MAIL AND EMAIL |
| CITY OF BLACK HAWK | 201 SELAK ST | | BLACK HAWK | CO | 80422 | | | OVERNIGHT MAIL |
| CITY OF CENTRAL | PO BOX 249 | | CENTRAL CITY | CO | 80427 | | | OVERNIGHT MAIL |
| CITY OF CENTRAL | 141 NEVADA ST. | | CENTRAL CITY | CO | 80427 | | | OVERNIGHT MAIL |
| CITY OF ELKO | 1751 COLLEGE AVE | | ELKO | NV | 89801 | | | OVERNIGHT MAIL |
| CITY OF KENNEWICK | 210 W SIXTH AVE | | KENNEWICK | WA | 99336 | | | OVERNIGHT MAIL |
| CITY OF KENT - UTILITY BILLING | P.O. BOX 84665 | | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| CITY OF KENT - UTILITY BILLING | 400 W GOWE ST | SUITE 122 | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| CITY OF KIRKLAND - UTILITY BILLING | PO BOX 3865 | | KIRKLAND | WA | 98124 | | | OVERNIGHT MAIL |
| CITY OF KIRKLAND - UTILITY BILLING | 123 5TH AVE | | KIRKLAND | WA | 98033 | | | OVERNIGHT MAIL |
| CITY OF MOUNTLAKE TERRACE | PO BOX 3694 | | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| CITY OF MOUNTLAKE TERRACE | 23204 58TH AVENUE W | | MOUNTLAKE TERRACE | WA | 98043 | | | OVERNIGHT MAIL |
| CITY OF PASCO | 525 N 3RD AVE. | | PASCO | WA | 99301 | | | OVERNIGHT MAIL |
| CITY OF RENTON UTILITY DIVISION | P.O. BOX 9119 | | RENTON | WA | 98057-3002 | | | OVERNIGHT MAIL |
| CITY OF RENTON UTILITY DIVISION | 1055 S. GRADY WAY | | RENTON | WA | 98057 | | | OVERNIGHT MAIL |
| CITY OF SEATTLE PUBLIC UTILITIES | P.O. BOX 35177 | | SEATTLE | WA | 98124-5177 | | | OVERNIGHT MAIL |
| CITY OF SEATTLE PUBLIC UTILITIES | 700 5TH AVENUE | SUITE 4900 | SEATTLE | WA | 98104 | | | OVERNIGHT MAIL |
| CITY OF SHORELINE | PO BOX 84226 | | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| CITY OF SHORELINE | 17500 MIDVALE AVENUE N | | SHORELINE | WA | 98133-4905 | | | OVERNIGHT MAIL |
| CITY OF TACOMA DBA TACOMA PUBLIC UTILITIES | PO BOX 11010 | | TACOMA | WA | 98411-1010 | | BUSINESSSOLUTIONS@CITYOFTACOMA.ORG | OVERNIGHT MAIL AND EMAIL |
| CITY OF TACOMA DBA TACOMA PUBLIC UTILITIES | 3628 SOUTH 35TH STREET | | TACOMA | WA | 98409 | | | OVERNIGHT MAIL |
| CITY OF TUKWILA | 6200 SOUTHCENTER BLVD | | TUKWILA | WA | 98188 | | | OVERNIGHT MAIL |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 1 of 4

Exhibit E
Utilities Overnight Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| CITY OF WENDOVER | PO BOX 430 | | WENDOVER | UT | 84083 | | | OVERNIGHT MAIL |
| CITY OF WENDOVER | 920 E WENDOVER BLVD | | WENDOVER | UT | 84083 | | | OVERNIGHT MAIL |
| CITY OF WEST WENDOVER | PO BOX 2825 | | WEST WENDOVER | NV | 89883 | | | OVERNIGHT MAIL |
| CITY OF WEST WENDOVER | 1111 N. GENE L. JONES WAY | | WEST WENDOVER | NV | 89883 | | | OVERNIGHT MAIL |
| CITY OF YAKIMA | PO BOX 22720 | | YAKIMA | WA | 98907 | | | OVERNIGHT MAIL |
| CITY OF YAKIMA | 129 N. SECOND STREET | | YAKIMA | WA | 98901 | | | OVERNIGHT MAIL |
| COMCAST HOLDINGS CORPORATION DBA COMCAST BUSINESS COMMUNICATIONS, LLC | ONE COMCAST CENTER, 32ND FLOOR | | PHILADELPHIA | PA | 19103 | | | OVERNIGHT MAIL |
| COUNTY OF KITSAP DBA KITSAP COUNTY PUBLIC WORKS | 614 DIVISION ST (MS-27) | | PORT ORCHARD | WA | 98366-4686 | | HELP@KITSAP1.COM | OVERNIGHT MAIL AND EMAIL |
| COUNTY OF PIERCE | PO BOX 11620 | | TACOMA | WA | 98411-6620 | | | OVERNIGHT MAIL |
| COUNTY OF PIERCE | 930 TACOMA AVENUE S | | TACOMA | WA | 98402 | | | OVERNIGHT MAIL |
| DIRECTV | P.O. BOX 5006 | | CAROL STREAM | IL | 60197-5006 | | | OVERNIGHT MAIL |
| DIRECTV | 2230 E. IMPERIAL HWY | | EL SEGUNDO | CA | 90245 | | | OVERNIGHT MAIL |
| DISRUPTIVE REVENUES INC DBA DISRUPTIVE REVENUES OF TACOMA LLC DBA SMASH MY TRASH | 26828 MAPLE VALLEY | STE 284 | MAPLE VALLE | WA | 98038 | | TR.LIND@SMASHMYTRASH.COM | OVERNIGHT MAIL AND EMAIL |
| ELKO SANITATION COMPANY INC | 355 W. SILVER STREET | | ELKO | NV | 89801 | | | OVERNIGHT MAIL |
| FRANKLIN PUD | P.O. BOX 2407 | | PASCO | WA | 99302-2407 | | | OVERNIGHT MAIL |
| FRANKLIN PUD | 1411 W. CLARK ST. | | PASCO | WA | 99301 | | | OVERNIGHT MAIL |
| FRONTIER COMMUNICATIONS | P.O. BOX 740407 | | CINCINNATI | OH | 45274-0407 | | | OVERNIGHT MAIL |
| FRONTIER COMMUNICATIONS | 1919 MCKINNEY AVE | | DALLAS | TX | 75201 | | | OVERNIGHT MAIL |
| GOTO TECHNOLOGIES USA, INC. | PO BOX 412252 | | BOSTON | MA | 02241 | | JEREMY.CHARCHENKO@GOTO.COM | OVERNIGHT MAIL AND EMAIL |
| GOTO TECHNOLOGIES USA, INC. | 333 SUMMER ST | | BOSTON | MA | 02210 | | | OVERNIGHT MAIL |
| GRANITE TELECOMMUNICATIONS | P.O. BOX 830103 | | PHILADELPHIA | PA | 19182-0103 | | LAUHILL@GRANITENET.COM | OVERNIGHT MAIL AND EMAIL |
| GRANITE TELECOMMUNICATIONS | 1 HERITAGE DRIVE | | QUINCY | MA | 2171 | | | OVERNIGHT MAIL |
| GREAT PLAINS COMMUNICATIONS HOLDINGS LLC | ATTN: ERIN HOBSOON | PO BOX 2058 | OMAHA | NE | 68103 | | ACCOUNTSRECEIVABLE@GPCOM.COM | OVERNIGHT MAIL AND EMAIL |
| GREAT PLAINS COMMUNICATIONS HOLDINGS LLC | 1635 FRONT ST | | BLAIR | NE | 68008 | | | OVERNIGHT MAIL |
| HAROLD LEMAY ENTERPRISES, INC | P.O. BOX 7428 | | PASADENA | CA | 91109-7428 | | | OVERNIGHT MAIL |
| HAROLD LEMAY ENTERPRISES, INC | 4111 192ND | ST E | TACOMA | WA | 98446-2745 | | | OVERNIGHT MAIL |
| HIGHLINE WATER DISTRICT | PO BOX 34410 | | SEATTLE | WA | 98124-1410 | | CUSTOMERSERVICE@HIGHLINEWATER.ORG | OVERNIGHT MAIL AND EMAIL |
| HIGHLINE WATER DISTRICT | 23828 30TH AVE. S. | | KENT | WA | 98032 | | | OVERNIGHT MAIL |
| HYGIENE PROPANE SERVICES | PO BOX 10 | | HYGIENE | CO | 80533 | | | OVERNIGHT MAIL |
| HYGIENE PROPANE SERVICES | 8918 ROGERS ROAD | | LONGMONT | CO | 80503-8563 | | | OVERNIGHT MAIL |
| KIVA ENERGY, INC | PO BOX 737290 | | DALLAS | TX | 75373-7290 | | | OVERNIGHT MAIL |
| KIVA ENERGY, INC | 10281 SOUTH STATE STREET | | SANDY | UT | 84070 | | | OVERNIGHT MAIL |
| LAKEVIEW LIGHT & POWER | 11509 BRIDGEPORT WAY SW | | LAKEWOOD | WA | 98499 | | | OVERNIGHT MAIL |
| LAKEWOOD WATER DISTRICT | PO BOX 34051 | | SEATTLE | WA | 98124-1051 | | | OVERNIGHT MAIL |
| LAKEWOOD WATER DISTRICT | 11900 GRAVELLY LAKE DRIVE SW | | LAKEWOOD | WA | 98499 | | | OVERNIGHT MAIL |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 2 of 4

Exhibit E
Utilities Overnight Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|-----------|-----------|------|-------|-------------|---------|-------|-------------------|
| LAS VEGAS VALLEY WATER | 1001 SOUTH VALLEY VIEW BLVD | | LAS VEGAS | NV | 89153 | | | OVERNIGHT MAIL |
| MIDWAY SEWER DISTRICT | PO BOX 3487 | | KENT | WA | 98089 | | | OVERNIGHT MAIL |
| MIDWAY SEWER DISTRICT | 3030 S 240TH STREET | | KENT | WA | 98032 | | | OVERNIGHT MAIL |
| MITSUBISHI HC CAPITAL AMERICA DBA GROOVE ENTERTAINMENT TECH FINANCIAL SERVICES DBA CPA CUSTOMER PAY | P.O. BOX 1880 | | MINNEAPOLIS | MN | 55480-1880 | | SDEUSER@VENDORSERVICESGROUP.COM | OVERNIGHT MAIL AND EMAIL |
| MITSUBISHI HC CAPITAL AMERICA DBA GROOVE ENTERTAINMENT TECH FINANCIAL SERVICES DBA CPA CUSTOMER PAY | 800 CONNECTICUT AVE. | | NORWALK | CT | 6854 | | | OVERNIGHT MAIL |
| MOON SECURITY SERVICES INC | PO DRAWER B | | PASCO | WA | 99302 | | RNEAL@MOONSECURITY.COM | OVERNIGHT MAIL AND EMAIL |
| NELSON BUSINESS PARK LLC | 7030 220TH ST. SW | | MOUNTLAKE TERRACE | WA | 98043 | | | OVERNIGHT MAIL |
| NETFORTRIS ACQUISITION COMPANY | DEPT. 111017 | P.O. BOX 150498 | HARTFORD | CT | 06115-0498 | | | OVERNIGHT MAIL |
| NETFORTRIS ACQUISITION COMPANY | 100 RENFREW DR | | MARKHAM | ON | L3R 9R6 | CANADA | | OVERNIGHT MAIL |
| NORTHSHORE UTILITY DISTRICT | PO BOX 82489 | | KENMORE | WA | 98028 | | | OVERNIGHT MAIL |
| NORTHSHORE UTILITY DISTRICT | 6830 NE 185TH ST | | KENMORE | WA | 98028 | | | OVERNIGHT MAIL |
| NV ENERGY | PO BOX 30073 | | RENO | NV | 89520-3073 | | | OVERNIGHT MAIL |
| PACIFICORP DBA PACIFIC POWER/ ROCKY MOUNTAIN POWER | PO BOX 26000 | | PORTLAND | OR | 97256 | | | OVERNIGHT MAIL |
| PACIFICORP DBA PACIFIC POWER/ ROCKY MOUNTAIN POWER | 825 NE MULTNOMAH STREET | | PORTLAND | OR | 97232 | | | OVERNIGHT MAIL |
| PUGET SOUND ENERGY | PO BOX 91269 | | BELLEVUE | WA | 98009-9269 | | | OVERNIGHT MAIL |
| PUGET SOUND ENERGY | 10885 NE 4TH STREET | | BELLEVUE | WA | 98004 | | | OVERNIGHT MAIL |
| RECOLOGY KING COUNTY | PO BOX 35146 | | SEATTLE | WA | 98124 | | | OVERNIGHT MAIL |
| RECOLOGY KING COUNTY | 801 S FIDALGO STREET | SUITE 100 | SEATTLE | WA | 98108 | | | OVERNIGHT MAIL |
| REPUBLIC SERVICES INC | PO BOX 78829 | | PHOENIX | AZ | 85062-8829 | | | OVERNIGHT MAIL |
| REPUBLIC SERVICES INC | 18500 NORTH ALLIED WAY | | PHOENIX | AZ | 85054 | | | OVERNIGHT MAIL |
| SEATTLE CITY LIGHT | P.O. BOX 35178 | | SEATTLE | WA | 98124-5178 | | | OVERNIGHT MAIL |
| SEATTLE CITY LIGHT | 700 5TH AVE | | SEATTLE | WA | 98104 | | | OVERNIGHT MAIL |
| SILVERDALE WATER DISTRICT | PO BOX 3751 | | SEATTLE | WA | 98124 | | SWD@SWD16.ORG | OVERNIGHT MAIL AND EMAIL |
| SILVERDALE WATER DISTRICT | 5300 NW NEWBERRY HILL RD | | SILVERDALE | WA | 98383 | | | OVERNIGHT MAIL |
| SKYWAY WATER & SEWER DISTRICT | ATTN: MEGAN MCFADDEN | 6723 S 124TH ST | SEATTLE | WA | 98178 | | MEGANM@SKYWAYWS.ORG | OVERNIGHT MAIL AND EMAIL |
| SNOHOMISH COUNTY PUD | PO BOX 1100 | | EVERETT | WA | 98206-1100 | | | OVERNIGHT MAIL |
| SOUTHWEST GAS CORPORATION | P.O. BOX 98890 | | LAS VEGAS | NV | 89193-8890 | | | OVERNIGHT MAIL |
| SOUTHWEST GAS TRANSPORTATION | PO BOX 24531 | | OAKLAND | CA | 94623-1531 | | | OVERNIGHT MAIL |
| SYMMETRY ENERGY SOLUTIONS LLC DBA CENTERPOINT ENERGY | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | | OVERNIGHT MAIL |
| SYMMETRY ENERGY SOLUTIONS LLC DBA CENTERPOINT ENERGY | 9811 KATY FREEWAY | SUITE 1400 | HOUSTON | TX | 77024 | | | OVERNIGHT MAIL |
| TIGER NATURAL GAS INC | 1422 E 71ST SUITE J | | TULSA | OK | 74183 | | | OVERNIGHT MAIL |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 3 of 4

Exhibit E
Utilities Overnight Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|-----------|-----------|------|-------|-------------|---------|-------|-------------------|
| WALLACE PROPERTIES/MILLCREEK | 330 112TH AVE NE | #200 | BELLEVUE | WA | 98004 | | | OVERNIGHT MAIL |
| WASTE MANAGEMENT | PO BOX 541065 | | LOS ANGELES | CA | 90054 | | | OVERNIGHT MAIL |
| WASTE MANAGEMENT | 800 CAPITOL ST. | SUITE 3000 | HOUSTON | TX | 77002 | | | OVERNIGHT MAIL |
| WELLS RURAL ELECTRIC COMPANY | PO BOX 365 | | WELLS | NV | 89835 | | | OVERNIGHT MAIL |
| WELLS RURAL ELECTRIC COMPANY | 1451 HUMBOLDT AVE | | WELLS | NV | 89835 | | | OVERNIGHT MAIL |
| WOODINVILLE WATER DISTRICT | PO BOX 1390 | | WOODINVILLE | WA | 98072 | | | OVERNIGHT MAIL |
| WOODINVILLE WATER DISTRICT | 17238 NE WOODINVILLE-DUVALL ROAD | | WOODINVILLE | WA | 98072 | | | OVERNIGHT MAIL |
| XCEL ENERGY | 401 NICOLLET MALL | 8TH FLOOR | MINNEAPOLIS | MN | 55401 | | CUSTOMERSERVICE@XCELENERGY.COM | OVERNIGHT MAIL AND EMAIL |
| XCEL ENERGY | PO BOX 9477 | | MINNEAPOLIS | MN | 55484 | | INQUIRE@XCELENERGY.COM | OVERNIGHT MAIL AND EMAIL |
| YAKIMA WASTE SYSTEMS INC | P.O. BOX 7428 | | PASADENA | CA | 91109-7428 | | | OVERNIGHT MAIL |
| YAKIMA WASTE SYSTEMS INC | 2812 ½ TERRACE HEIGHTS DR | | YAKIMA | WA | 98901 | | | OVERNIGHT MAIL |
| ZIPLY FIBER | P.O. BOX 740416 | | CINCINNATI | OH | 45274-0416 | | | OVERNIGHT MAIL |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 4 of 4

**Exhibit F**

Exhibit F
Unsecured Creditors Committee Overnight Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 4240944 Manitoba Limited | Box 109 Site 30 RR2 | | | Brandon | MB | R7A 5Y3 | Canada |
| Alter Domus (US) LLC, as Collateral Agent | Attn: General Counsel | 225 W. Washington St. | 9th Floor | Chicago | IL | 60606 | |
| Amcon Distributing Company | Attn: General Counsel | 7405 Irvington Road | | Omaha | NE | 68122 | |
| Ankura Trust Company, LLC, as Collateral Agent | Attn: General Counsel | 140 Sherman Street | 4th Floor | Fairfield | CT | 06824 | |
| Ankura Trust Company, LLC, as Collateral Agent | Attn: General Counsel | 60 State Street | Suite 700 | Boston | MA | 02109 | |
| Ankura Trust Company, LLC, as Collateral Agent | Attn: General Counsel | 80 State Street | Suite 700 | Boston | MA | 02109 | |
| Bank of Nevada | Attn: General Counsel | 2700 W. Sahara Ave | | Las Vegas | NV | 89102 | |
| Brunswick Bowling Products, LLC | Attn: General Counsel | 525 W. Laketon Ave | | Muskegon | MI | 49441 | |
| Canon Financial Services, Inc. | Attn: General Counsel | 158 Gaither Drive | | Mount Laurel | NJ | 08054 | |
| Clifford Family Trust | Box 109 Site 30 RR2 | | | Brandon | MB | R7A 5Y3 | Canada |
| CT Corporation System, as Representative | Attn: SPRS | 330 N Brand Blvd | Suite 700 | Glendale | CA | 91203 | |
| Deutsche Bank AG New York Branch, as Collateral Agent | Attn: General Counsel | 1 Columbus Circle 17th Floor | Mail Stop NYC01-1710 | New York | NY | 10019-8735 | |
| Deutsche Bank AG New York Branch, as Collateral Agent | Attn: General Counsel | 60 Wall Street | | New York | NY | 10005 | |
| Everi Games Inc. | Attn: General Counsel | 206 Wild Basin Road South | Building B 4th Floor | Austin | TX | 78746 | |
| Finance Unlimited, LLC | Attn: General Counsel | 4751 Wilshire Blvd. | Ste 203 | Los Angeles | CA | 90010 | |
| Groove Financial Services Organisation | Attn: General Counsel | 7808 Creekridge Circle | Ste 250 | Edina | MN | 55439 | |
| IGT | Attn: General Counsel | 6355 South Buffalo Drive | | Las Vegas | NV | 89113 | |
| Image Finance, LLC | Attn: General Counsel | 4751 Wilshire Blvd | Suite 203 | Los Angeles | CA | 90010 | |
| IRS - CCP Lien Unit | PO Box 145595 | | | Cincinnati | OH | 45250-5595 | |
| Jacksons Food Stores, Inc. | Attn: General Counsel | 3450 E Commercial CT | | Meridian | ID | 83642 | |
| KITSAP Bank | 619 Bay Street | PO Box 9 | | Port Orchard | WA | 98366 | |
| Nevada First Bank | Attn: General Counsel | 2800 West Sahara Avenue | #1-A | Las Vegas | NV | 89102 | |
| Nevada First Bank | P.O. Box 29253 | 777 N Rainbow Blvd | Ste 100 | Los Angeles | CA | 89102-3253 | |
| Wells Fargo Bank, N.A | Attn: General Counsel | 800 Walnut Street | F0005-044 | Des Moines | IA | 50309 | |

In re: RunItOneTime LLC, et al.
Case No. 25-90191 (ARP)

Page 1 of 1

**Exhibit G**

Exhibit G

Wages Overnight Service List

Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| CN Insurance | Attn General Counsel | 5330 S 900 E | Ste 180 | Salt Lake City | NY | 84117 |
| ComPsych Corporation | Attn General Counsel | 130 East Randolph Street | Ste 700 | Chicago | IL | 60601 |
| CVS Caremark Corporation | Attn General Counsel | One CVS Drive | | Woonsocket | RI | 02895 |
| Delta Dental of Washington | Attn General Counsel | 400 Fairview Ave N | Ste 800 | Seattle | WA | 98109 |
| OPTUM BANK INC | Attn General Counsel | 12921 S Vista Station Blvd | | Draper | UT | 84020 |
| Paylocity Holding Corporation | Attn General Counsel | 1400 American Lane | | Schaumburg | IL | 60173 |
| PrudentRx LLC | Attn General Counsel | 7901 4th Street North | Ste 300 | St. Petersburg | FL | 33702 |
| RxBenefits Inc | Attn General Counsel | 3700 Colonnade Parkway | Ste 600 | Birmingham | AL | 35243 |
| Symetra Life Insurance Company | Attn General Counsel | 777 108th Ave NE | Ste 1200 | Bellevue | WA | 98004 |
| Teamsters Local Union Nos 117 | Attn General Counsel | 14675 Interurban Ave. S | Ste #307 | Tukwila | WA | 98168 |
| Teamsters Local Union Nos 38 | Attn General Counsel | 2601 Everett Ave | | Everett | WA | 98201 |
| Teamsters Local Union Nos 760 | Attn General Counsel | 1211 West Lincoln | | Yakima | WA | 98902 |
| Teamsters Local Union Nos 839 | Attn General Counsel | 1103 W Sylvester St | | Pasco | WA | 99301 |
| Teladoc Health Inc | Attn General Counsel | 155 East 44th Street | Ste 1700 | New York | NY | 10017 |
| UMR Inc | Attn General Counsel | 11 Scott Street | | Wausau | WI | 54403 |
| USI Insurance Services LLC | Attn General Counsel | 100 Summit Lake Drive | Ste 400 | Valhalla | NY | 10595 |
| Voya | Attn General Counsel | 200 Park Avenue | | New York | NY | 10166 |
| VSP Vision Care Inc | Attn General Counsel | 3333 Quality Drive | | Rancho Cordova | CA | 95670 |