United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------ x
                                                       :
In re:                                                 : Chapter 11
                                                       :
RUNITONETIME LLC, et al.,                              : Case No. 25-90191 (ARP)
                                                       :
         Debtors.¹                                     : (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

### ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES AND FEES
### [RELATES TO DOCKET NO. 4]

Upon the emergency motion (the "**Motion**")[2] of the Debtors for an order (this "**Order**") (a) authorizing, but not directing, the Debtors to pay certain prepetition Taxes and Fees owing to the Taxing and Regulatory Authorities and (b) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Debtors are authorized, but not directed, to (a) remit and pay (or use tax credits to offset) to the Taxing and Regulatory Authorities (regardless of a Taxing or Regulatory Authority's inclusion on **Exhibit A** hereto) all amounts owed on account of the Taxes and Fees for the period prior to the Petition Date, and (b) remit and pay (or use tax credits to offset) to the Taxing and Regulatory Authorities all amounts owed on account of the Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis, in each case, solely to the extent that such Taxes and Fees become payable in accordance with applicable law.

2. The Debtors are authorized, but not directed, to add or remove any Taxing and Regulatory Authorities listed on **Exhibit A** attached hereto, to the extent that the Debtors subsequently identify any additional governmental or quasi-governmental entities to which the Debtors owe Taxes and Fees. To the extent that the Debtors have overpaid any Taxes and Fees, the Debtors are authorized to seek a refund or credit.

3. Nothing in this Order authorizes the Debtors to accelerate payments for any Taxes and Fees not otherwise due.

4. Nothing in this Order shall be construed as authorizing the Debtors to pay any amounts on account of Past-Due Taxes.

5. Prior to making a payment to any of the Taxing and Regulatory Authorities, the Debtors are authorized, but not directed to settle some or all of the Taxes and Fees for less than their face amount with the consent of the Required DIP Lenders (as defined in the DIP Term

Sheet)³ without further notice or hearing. Such relief will be without prejudice to the Debtors' rights to contest the amounts of any Taxes and Fees on any grounds they deem appropriate or the Debtors' ability to request further relief related to the Taxes and Fees in the future.

6.      The Debtors' banks and financial institutions are authorized to receive, process, honor, and pay all checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts before the Petition Date for the Taxes and Fees that have not been honored and paid as of the Petition Date (or to reissue checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts, as may be necessary), and are authorized to rely on the Debtors' directions or representations as to which checks, drafts, transfers, or other forms of payment drawn or issued on the Debtors' bank accounts are subject to this Order; *provided* that sufficient funds are on deposit in the applicable bank accounts to cover such payments, and any such banks and financial institutions shall not have any liability to any party for relying on such directions or representations by the Debtors as provided in this Order.

7.      The Debtors shall maintain a matrix/schedule of payments made pursuant to this Order, including the following information: (a) the names of the payee; (b) the date and amount of the payment; (c) the category or type of payment, as further described and classified in the Motion; and (d) the Debtor or Debtors that made the payment. On the last business day of each month and ending upon entry of an order confirming a plan or dismissing or converting the Chapter 11 Cases, the Debtors shall provide a copy of such matrix/schedule to the U.S. Trustee, counsel to the Ad Hoc Group and Backstop Parties, and any statutory committee appointed in the Chapter 11 Cases covering all payments made pursuant to this Order during the prior month.

---

³ The DIP Term Sheet is attached as <u>Exhibit 1</u> to the Interim Order of the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing and Use of Collateral and (II) Granting Related Relief*, filed contemporaneously herewith.

8. Nothing in the Motion or this Order, or any payment made pursuant to this Order, is intended to be or shall be deemed as (a) an implication or admission as to the amount of, basis for, or validity of any claim against the Debtors; (b) a waiver or limitation of the Debtors' or any other party in interest's right to dispute the amount of, basis for, or validity of any claim; (c) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law; (d) a waiver of the obligation of any party in interest to file a proof of claim; (e) a promise or requirement to pay any particular claim; (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law; (g) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (h) an admission that any lien satisfied pursuant to the Motion is valid (and all rights to contest the extent, validity, or perfection or seek avoidance of all such liens are expressly reserved); or (i) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code. Any payment made pursuant to this Order is not intended to be and should not be construed as an admission to the validity of any claim or waiver of the Debtors' or any other party in interest's rights to dispute such claim subsequently.

9. Nothing in this Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

10. Nothing in this Order, nor as a result of any payment made pursuant to this Order, shall be deemed or construed as a waiver of the right of Debtors, or shall impair the ability of Debtors, to contest the validity and amount of any payment made pursuant to this Order.

11. Nothing in this Order shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

12. Nothing in the Motion or this Order waives or modifies the requirements of the Transaction Support Agreement, including, without limitation, the consent and consultation rights contained therein.

13. The requirements set forth in Bankruptcy Rule 6004(a), to the extent applicable, are hereby waived.

14. Notice of the Motion is adequate under Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules.

15. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

16. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief set forth in this Order is necessary to avoid immediate and irreparable harm.

17. The Debtors are further authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

18. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 15, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

# Exhibit A

## Taxing and Regulatory Authorities List

| Taxing Authority | Tax Type | Address |
|---|---|---|
| City of Kennewick | Gaming Tax | 210 W Sixth Ave, Kennewick, WA-99336-0108 |
| City of Mountlake Terrace | Gaming Tax | PO BOX 3694, Seattle, WA, 98124 |
| City of Pasco | Gaming Tax | 525 N 3rd Ave., P.O. Box 293, Pasco, WA, 99301-0293 |
| Snohomish County Treasurer | Gaming Tax | 3000 Rockefeller Ave, M/S501, Everett, WA, 98201-4056 |
| City of SeaTac | Gaming Tax | 4800 S. 188th Street, SeaTac, WA, 98188 |
| City of Tukwila | Gaming Tax | 6200 Southcenter Blvd, Tukwila, WA, 98188 |
| City of Lakewood | Gaming Tax | 6000 Main Street SW, ATTN: Finance, Lakewood, WA, 98499 |
| City of Yakima | Gaming Tax | P.O. Box 22720, Yakima, WA, 98907-2720 |
| City of Kirkland | Gaming Tax | 123 Fifth Avenue, Kirkland, WA, 98033 |
| City of Shoreline | Gaming Tax | PO Box 84226, Seattle, WA, 98124-5526 |
| Kitsap County Auditor | Gaming Tax | 614 Division St, MS-32, Port Orchard, WA, 98366 |
| Colorado Department of Gaming | Gaming Tax | 1707 Cole Blvd #300, Lakewood, CO, 80401 |
| Nevada Gaming Control Board | Gaming Tax | 555 Washington Ave Suite 2600, Las Vegas, 89101 |
| City of Central | Sales and Use Tax | PO Box 249, Central City, CO, 80427 |
| City of West Wendover | Gaming Tax | PO BOX 2825, West Wendover, NV, 89883 |
| City of Elko | Gaming Tax | 571 Idaho St. Suite 101, Elko, NV, 89801 |
| Benton County | Gaming Tax | Tax Processing Center, 5600 W Canal Dr. Ste. A, Kennewick, WA, 99336-2327 |
| Snohomish County | Property Tax | 3000 Rockefeller Ave, M/S501, Everett, WA, 98201-4056 |
| Franklin County | Property Tax | P.O. Box 1011, Pasco, WA, 99301-1011 |

| Taxing Authority | Tax Type | Address |
|---|---|---|
| King County | Property Tax | 201 S Jackson St #710, Seattle, WA, 98104 |
| Pierce County | Property Tax | PO Box 11620, Tacoma, WA, 98411-6620 |
| Yakima County | Property Tax | PO BOX 22530, Yakima, WA, 98907 |
| Kitsap County | Property Tax | 614 Division St, MS-32, Port Orchard, WA, 98366 |
| Tooele County Treasurer | Property Tax | 47 South Main Street, Tooele, UT, 84074 |
| Elko County | Property Tax | 571 Idaho St. Suite 101, Elko, NV, 89801 |
| Gilpin County | Property Tax | 203 Eureka Street, PO Box 429, Central City, CO, 80427 |
| Internal Revenue Service | Income Tax | P.O. Box 7346 Philadelphia, PA 19101-7346 |
| Department of Revenue Nevada | Sales and Use Tax | 1550 College Parkway Suite 115, Carson City, Nevada 89706 |
| Department of Revenue Washington | Sales and Use Tax | PO Box 9034, Olympia, WA, 98507-9034 |
| Department of Revenue Colorado | Sales and Use Tax | 275 S Main St, Longmont, CO 80501 |
| Department of Revenue Illinois | Sales and Use Tax | 9511 Harrison St, Des Plaines, IL 60016 |