IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
RUNITONETIME LLC, *et al.*,                                  :   Case No. 25-90191 (ARP)
                                                             :
        Debtors.[1]                                          :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**ORDER (I) AUTHORIZING THE DEBTORS
TO FILE A CONSOLIDATED CREDITOR MATRIX
AND LIST OF THE 30 LARGEST UNSECURED CREDITORS;
(II) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PERSONALLY
IDENTIFIABLE INFORMATION; (III) APPROVING THE FORM AND MANNER
OF NOTICE OF COMMENCEMENT; AND (IV) GRANTING RELATED RELIEF**
[Relates to Docket No. 13 ]

Upon the emergency motion (the "***Motion***")[2] of the Debtors for entry of an order (this "***Order***") (i) authorizing, but not directing, the Debtors to file a consolidated creditor matrix and list of the 30 largest unsecured creditors; (ii) authorizing the Debtors to redact certain personally identifiable information; (iii) approving the form and manner of notice of commencement; and (iv) granting related, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the

---

[1]  A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/.  The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2]  Capitalized terms used but not defined herein have the meanings given to them in the Motion.

Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Debtors are authorized, but not directed, to file a single consolidated Creditor Matrix for all of the Chapter 11 Cases.

2. The Debtors are authorized, but not directed, to file a single consolidated Top 30 List for all of the Chapter 11 Cases.

3. The Debtors are authorized, but not directed, to redact all personally identifiable information of individuals or any other natural person on the Top 30 List, Creditor Matrix, Schedules and Statements, or other documents filed with the Court. Upon a request to the Debtors (email being sufficient) or to the Court that is reasonably related to the Chapter 11 Cases, the Debtors shall provide an unredacted version of any filings redacted pursuant to this Order to the Court, the U.S. Trustee, counsel to any official committee appointed in the Chapter 11 Cases, and any party in interest; *provided*, that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtors shall inform the Court and the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order. The rights of all parties in the Chapter 11 Cases to object to the relief set forth in this paragraph, for any reason, including that the Debtors have not satisfied their burden under section 107(c) of the Bankruptcy Code, are hereby preserved.

4. In the event a party in interest is required by the Bankruptcy Rules to serve the entire Creditor Matrix, such party may request that the Debtors direct the Noticing and Claims Agent to provide service to any creditor whose information is redacted on the Creditor Matrix, and the Debtors shall promptly give such direction. In any such case, the actual, out-of-pocket mailing costs incurred by the Noticing and Claims Agent in connection with such service shall be paid in full by the party in interest requesting such service. Any additional service fees or other costs charged by the Noticing and Claims Agent for such service shall be paid 50% by the Debtors, subject to adjustments on motion by either party. For the avoidance of doubt, any service fees or costs charged by the Noticing and Claims Agent for service under this paragraph shall be at the same rates charged to the Debtors under the terms of the engagement for the Noticing and Claims Agent.

5. The Debtors, through the Noticing and Claims Agent, are authorized to serve the Notice of Commencement, substantially in the form attached hereto as <u>Exhibit 1</u>, on all parties listed on the Creditor Matrix. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of the Chapter 11 Cases; and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

6. Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be effective and enforceable immediately upon entry hereof.

8. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Signed: July 15, 2025

                                                  Alfredo R Pérez
                                                  United States Bankruptcy Judge

# **EXHIBIT 1**

Notice of Commencement

Debtor: RunItOneTime LLC                                            Case Number: 25-90191

| Information to identify the case: | |
|---|---|
| Debtor: RunItOneTime LLC | EIN: 83-3358619 |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number: 25-90191 | Date case filed for chapter 11: July 14, 2025 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                              10/20

**For the debtors listed below, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

**To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov, or by accessing the website maintained by Kroll Restructuring Administration LLC, available at https://cases.ra.kroll.com/DGA, free of charge).**

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' full name | See Chart Below |
|---|---|
| 2. All other names used in the last 8 years | See Chart Below (if applicable) |

**Jointly Administered Cases**

| Debtor | Other Names Used in Last 8 Years | Case No. | EIN |
|---|---|---|---|
| RunItOneTime LLC | Maverick Gaming LLC | 25-90191 | 83-3358619 |
| RunItOneTime Texas LLC | n/a | 25-90190 | 39-3167995 |
| RunItOneTime Holdco, Inc. | Maverick Gaming Holdco, Inc. | 25-90192 | 33-2604154 |
| Maverick Colorado LLC | n/a | 25-90193 | 83-3187651 |
| Maverick Z Casinos LLC | n/a | 25-90194 | 83-3169224 |
| Colorado MG 1031 LLC | n/a | 25-90195 | n/a |
| Maverick Washington LLC | n/a | 25-90196 | 83-3016436 |
| Maverick Gold LLC | Maverick Casinos LLC | 25-90197 | 83-0985409 |
| Nevada Gold & Casinos, Inc. | n/a | 25-90198 | 88-0142032 |
| NG Washington III, LLC | Dragon Tiger Casino; Red Dragon Casino; Ace's Poker | 25-90199 | 45-2343811 |
| NG Washington, LLC | Crazy Moose Casino; Coyote Bob's Casino; Coyote Bob's Roadhouse Casino; Crazy Moose Casino Mountlake Terrace; Crazy Moose Casino Mt. Lake Terrace; Crazy Moose Casino Pasco; Washington Gold | 25-90200 | 26-4298788 |

**Debtor:** RunItOneTime LLC                                                                                          **Case Number:** 25-90191

| | | | |
|---|---|---|---|
| NG Washington II Holdings, LLC | n/a | 25-90201 | 27-2667916 |
| NG Washington II, LLC | Silver Dollar Casino SeaTac; Club Hollywood Casino; Silver Dollar Casino Renton; Royal Casino; and Silver Dollar Casino Millcreek; Silver Dollar Restaurant (SIC) and Casino; Hollywood Casino; Silver Dollar Casino; Silver Dollar Casino & Restaurant Seatac; Washington Gold | 25-90202 | 27-2282337 |
| Maverick Wizards LLC | n/a | 25-90203 | 84-2542856 |
| 15743 Ambaum LLC | n/a | 25-90204 | 27-0758995 |
| Maverick Roman LLC | n/a | 25-90205 | 83-3032272 |
| The Royal Club Limited Liability Company | Roman Casino; The Roman Casino; The Roman Club; The Roman Club Casino | 25-90206 | 91-2022535 |
| Skywater Center LLC | n/a | 25-90207 | 84-4680124 |
| Maverick Indianola LLC | n/a | 25-90208 | n/a |
| Maverick All Star LLC | n/a | 25-90209 | 84-4103098 |
| Myers LLC | All Star Lanes & Casino; All Star Casino; All Star Lanes | 25-90210 | 93-2004498 |
| Maverick Evergreen LLC | n/a | 25-90211 | 88-3756541 |
| Maverick Acquisitions Canada ULC | Evergreen Gaming Corporation | 25-90212 | 98-1718671 |
| Washington Gaming, Inc. | n/a | 25-90213 | 27-0005860 |
| 14040 Gaming, LLC | n/a | 25-90215 | 80-0789091 |
| Riverside Casino, Inc. | Riverside Casino | 25-90234 | 68-0508209 |
| Gaming Consultants, Inc. | n/a | 25-90231 | 91-1978523 |
| Gaming Management, Inc. | n/a | 25-90232 | 84-1688364 |
| Puget Sound Gaming, LLC | n/a | 25-90224 | 27-3306701 |
| Epstein Gaming LLC | Goldie's Casino | 25-90225 | 91-1926419 |
| LA Center Gaming, LLC | n/a | 25-90255 | 30-0843028 |
| Pete's Flying Aces, Inc. | Palace Casino | 25-90222 | 91-2137136 |
| Tacoma Casino, L.L.C. | Chip's Casino | 25-90236 | 91-1933585 |
| Maverick American LLC | n/a | 25-90257 | 83-3056514 |
| Great American Gaming Corporation | n/a | 25-90250 | 98-0219105 |
| Evergreen Entertainment Corporation | Great American Casino | 25-90228 | 91-1494511 |
| Grand Central Properties Everett LLC | n/a | 25-90239 | 82-0539310 |
| Pair O'Dice Investments LLC | Great American Casino Everett | 25-90219 | 75-2998125 |
| Grand Central Properties Tukwila LLC | n/a | 25-90244 | 91-2131516 |
| Grand Central Properties Tacoma LLC | n/a | 25-90242 | 47-0860942 |
| Grand Central Casino, Inc. | Ace's Poker, Great American Casino Lakewood | 25-90237 | 20-1185770 |
| Maverick Caribbean LLC | n/a | 25-90254 | 83-3112229 |
| Maverick Tukwila LLC | Macau Casino | 25-90246 | 84-2585842 |
| Maverick Yakima LLC | Casino Caribbean | 25-90217 | 84-2611372 |
| Maverick Kirkland II LLC | Casino Caribbean | 25-90226 | 84-2568874 |
| Maverick Kirkland LLC | Caribbean Cardroom | 25-90230 | 84-2563815 |
| Maverick Lakewood LLC | Macau Casino | 25-90233 | 84-2595886 |
| Maverick NV LLC | Maverick Gaming LLC; 888Gaming LLC | 25-90238 | 82-1309315 |

**Debtor: RunItOneTime LLC**                                                                 Case Number:  25-90191

| | | | |
|---|---|---|---|
| Maverick Elko LLC | n/a | 25-90221 | 83-3205482 |
| Maverick Wendover LLC | Wendover Gaming LLC | 25-90249 | 82-1841921 |
| CCI Leasing, LLC | n/a | 25-90216 | 84-1412112 |
| Wendover Transportation, LLC | n/a | 25-90248 | 83-0422308 |
| Utah Trail Ways Charter Bus Company, LLC | n/a | 25-90240 | 45-3705893 |
| Casino Caravans, Inc. | n/a | 25-90214 | 87-0429310 |
| Maverick Design LLC | Maverick Louisiana LLC | 25-90256 | 84-4038091 |
| E. Gads, LLC | n/a | 25-90220 | 88-0386811 |
| Maverick Poker Operator LLC | n/a | 25-90241 | 99-1183603 |
| Colorado Resorts Operator LLC | n/a | 25-90218 | 83-3073197 |
| Grand Z Casino Operator LLC | Grand Z Casino Hotel | 25-90247 | 83-3151280 |
| Johnny Z Casino Operator LLC | Dragon Tiger Casino; Johnny Z's Casino | 25-90253 | 83-3094880 |
| Z Casino Black Hawk Operator LLC | Z Casino | 25-90251 | 83-3129123 |
| Elko Resorts Operator, LLC | n/a | 25-90223 | 83-2386721 |
| Gold Country Operator, LLC | Gold Country Inn & Casino | 25-90235 | 83-2395657 |
| High Desert Operator LLC | High Desert Inn | 25-90252 | 85-2788033 |
| Red Lion Operator, LLC | Maverick Casino Hotel - Elko; Red Lion Casino & Hotel | 25-90229 | 83-2409419 |
| Wendover Resorts Operator, LLC | n/a | 25-90245 | 82-1184532 |
| Red Garter Operator, LLC | Red Garter Hotel & Casino | 25-90227 | 82-1154028 |
| Wendover Nugget Operator, LLC | Wendover Nugget Hotel & Casino | 25-90243 | 82-1140830 |

3. **Address for all Debtors:**

   12530 NE 144th Street, Kirkland, Washington 98304

Debtor: RunItOneTime LLC                                                              Case Number:  25-90191

| 4. Debtors' attorneys | Debtors' Claims and Noticing Agent<br>If you have questions about this notice, please contact: |
|---|---|
| **HUNTON ANDREWS KURTH LLP**<br>Timothy A. ("Tad") Davidson II<br>Ashley L. Harper<br>Philip M. Guffy<br>600 Travis Street, Suite 4200<br>Houston, TX 77002<br>Telephone:  (713) 220-4200<br>Email:  taddavidson@hunton.com<br>            ashleyharper@hunton.com<br>            pguffy@hunton.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>Jeffrey E. Bjork<br>Helena G. Tseregounis<br>Nicholas J. Messana<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>Email:  jeff.bjork@lw.com<br>            helena.tseregounis@lw.com<br>            nicholas.messana@lw.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>Ray C. Schrock<br>Andrew Sorkin<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>E-mail: ray.schrock@lw.com<br>           andrew.sorkin@lw.com | **Kroll Restructuring Administration LLC**<br>Case Website: https://restructuring.ra.kroll.com/RunItOneTime/<br>Email:           runitonetimeinfo@ra.kroll.com<br>Telephone:    (877) 814-0967 (U.S. / Canada, toll-free)<br>                     (646) 440-4367 (International, toll)<br><br>**First Class Mail, Hand Delivery or Overnight Courier:**<br>RunItOneTime LLC Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 |

| 5. Bankruptcy clerk's office | | |
|---|---|---|
| Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov., or by accessing the website maintained by Kroll Restructuring Administration LLC, available at https://restructuring.ra.kroll.com/RunItOneTime/, free of charge. | Clerk of the U.S. Bankruptcy Court<br>for the Southern District of Texas<br>Bob Casey United States Courthouse<br>515 Rusk Street<br>Houston, TX 77002 | Hours open   Monday – Friday 8:00 AM – 5:00 PM<br><br>Contact phone (713) 250-5500 |

| 6. Meeting of creditors | | |
|---|---|---|
| The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend but are not required to do so. | **August 21, 2025 at 10:00 a.m. (prevailing Central Time)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: Telephone Conference Call**<br><br>**Dial-in: (866) 707-5468**<br>**Participant Code: 6166997#** |

Debtor: RunItOneTime LLC                                                                    Case Number:  25-90191

| | | |
|---|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:** will | **Not yet set. If a deadline is set, the court send you another notice.** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: | |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:  Not applicable** | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |