IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | x | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| RUNITONETIME LLC, *et al.*, | : | Case No. 25-90191 (ARP) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | x | |

---

**ORDER (I) EXTENDING THE TIME TO FILE SCHEDULES
OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, STATEMENTS OF FINANCIAL
AFFAIRS, AND 2015.3 REPORTS; AND (II) GRANTING RELATED RELIEF**
[Relates to Motion at Docket No. 11]

Upon the emergency motion (the "***Motion***")[2] of the Debtors for entry of an order (this "***Order***") (i) extending the deadline for the Debtors to file (a) the Schedules and Statements and (b) 2015.3 Reports through and including September 11, 2025, without prejudice to the Debtors' ability to request additional extensions for cause shown under the procedure described herein; and (ii) granting related relief, all as more fully set forth in the Motion and the First Day Declaration; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion; and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The time within which the Debtors must file the Schedules and Statements and 2015.3 Reports is extended through and including September 11, 2025, without prejudice to the Debtors' ability to request additional extensions from the Court for cause shown or, alternatively, to obtain further extensions upon entering into a stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

2. Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

3. The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 15, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge