IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| RUNITONETIME LLC, *et al.*,[1] ) | Case No. 25-90191 (ARP) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |

THE UNITED STATES TRUSTEE'S
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R. PEREZ,
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Creditor Name and Address |
|---|
| **Project Evergreen WA LLC**<br>30 North LaSalle Street, Suite 4140<br>Chicago, Illinois 60602<br>773-389-6502<br>andrew.morris@blueowl.com |
| **Paladin Technologies Inc.**<br>Attention: Marc Carvajal<br>1350 Burrard Street, Suite 1350<br>Vancouver, BC V6B 4P6<br>800-783-0968<br>mcarvajal@paladintechnologies.com |

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

| |
|---|
| **CleanCo Bins LLC**<br>Attention: Davon Evans<br>4547 Rainier Ave So. suite 508<br>Seattle, WA. 98118<br>206-734-6794<br>cleancobins@gmail.com |
| **Swire Pacific Holdings, Inc. d/b/a Swire Coca-Cola, USA**<br>Attention: Credit Risk Management<br>12634 South 265 West<br>Draper, UT 84020<br>813-285-0280<br>creditriskmanagement@ccbss.com |
| **Aristocrat Technologies, Inc.**<br>Attention: Christy Cahall, Esq<br>10220 Aristocrat Way<br>Las Vegas, NV 89135<br>Christy.cahall@aristocrat.com |

[Space Intentionally Blank]

| | |
|---|---|
| Dated: July 25, 2025 | KEVIN M. EPSTEIN<br>UNITED STATES TRUSTEE<br>REGION 7<br><br>By: */s/ Jayson B. Ruff*<br>Jayson B. Ruff<br>Trial Attorney<br>Michigan Bar No. P69893<br>Office of the United States Trustee<br>515 Rusk Avenue, Suite 3516<br>Houston, TX 77002<br>(713) 718-4662<br>Jayson.b.ruff@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 25th day of July 2025.

/s/Jayson B. Ruff
Jayson B. Ruff