IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------------------------------- x
:
In re: : Chapter 11
:
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
:
Debtors.[1] : (Jointly Administered)
:
--------------------------------------------------------- x

**NOTICE OF HEARING TO BE HELD ON
AUGUST 12, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

A hearing will be held on **August 12, 2025 at 9:00 a.m. (prevailing Central Time)** (the "***Hearing***") before the Honorable Alfredo R. Perez, United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002, to consider the *Debtors' Emergency Motion for Entry of Orders (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Certain or All of the Debtors' Assets, and (III) Granting Related Relief* [Docket No. 93] (the "***Motion***").

If you object to the relief requested in the Motion or believe that emergency consideration is not warranted, you must appear at the Hearing or file a written response prior to the Hearing. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

You may attend the Hearing either in person or by audio/video communication. Audio communication will be by use of the Court's dial-in-facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694.

Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

All documents filed in the Chapter 11 Cases, including the Motion, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims, balloting, and noticing agent, Kroll Restructuring Administration LLC, in connection with the Chapter 11 Cases: https://restructuring.ra.kroll.com/RunItOneTime/. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  August 4, 2025  
    Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email:  taddavidson@hunton.com
   ashleyharper@hunton.com
   pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email:  jeff.bjork@lw.com
   helena.tseregounis@lw.com
   nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  ray.schrock@lw.com
   andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

2

**CERTIFICATE OF SERVICE**

    I certify that on August 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                          /s/ *Timothy A. ("Tad") Davidson II*
                                          Timothy A. ("Tad") Davidson II