**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x
                                 :

In re:                            :     Chapter 11

                                 :

RUNITONETIME LLC, *et al.*,        :     Case No. 25-90191 (ARP)

                                 :

            Debtors.[1]         :     (Jointly Administered)

                                 :

---------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING
<u>EMERGENCY</u> MOTION OF DEBTORS FOR ENTRY OF INTERIM
AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO
PAY CERTAIN PREPETITION CLAIMS OF (A) CRITICAL VENDORS,
(B) 503(B)(9) CLAIMANTS, (C) LIEN CLAIMANTS, AND (D) PACA/PASA
CLAIMANTS; (II) CONFIRMING ADMINISTRATIVE EXPENSE PRIORITY;
(III) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS
<u>RELATED CHECKS AND TRANSFERS; AND (IV) GRANTING RELATED RELIEF</u>
[Relates to Docket Nos. 9, 54]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas

(the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1.       On July 14, 2025, the above-captioned debtors in possession (collectively,

the "***Debtors***") filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders*

*(I) Authorizing Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) 503(b)(9)*

*Claimants, (C) Lien Claimants, and (D) PACA/PASA Claimants; (II) Confirming Administrative*

*Expense Priority; (III) Authorizing Financial Institutions to Honor and Process Related Checks*

*and Transfers; and (IV) Granting Related Relief* [Docket No. 9] (the "***Motion***").

---

[1]     A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime.  The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

2.      On July 15, 2025, the Court entered an interim order [Docket No. 54] (the "***Interim Order***") approving the Motion on an interim basis.  As set forth in the Interim Order, the deadline to file objections to entry of a final order on the Motion (the "***Final Order***") was August 4, 2025, at 4:00 p.m. (prevailing Central Time) (the "***Objection Deadline***"), which deadline was extended solely as to the Official Committee of Unsecured Creditors (the "***Committee***").

3.      The Objection Deadline passed, and in accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that counsel has reviewed the Court's docket and no objections or other responses to the Motion have been filed on the Court's docket, and the Debtors are unaware of any other objection to the Motion.

4.      In advance of the Objection Deadline, the Debtors' counsel received informal comments from the Committee.  The Debtors attach hereto the (a) proposed Final Order and (b) redline reflecting changes from the Interim Order.  The revisions reflected in the attached redline resolve all comments.

5.      Accordingly, the Debtors respectfully request that the Court enter the proposed Final Order attached hereto.

Dated:  August 5, 2025
        Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
        ashleyharper@hunton.com
        pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Email:  jeff.bjork@lw.com
        helena.tseregounis@lw.com
        nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  ray.schrock@lw.com
        andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and
Debtors in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 5, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
