**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RUNITONETIME LLC, et al.,                              :   Case No. 25-90191 (ARP)
                                                       :
         Debtors.¹                                     :   (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

**AGENDA OF DEBTORS FOR MATTERS
SET FOR HEARING ON AUGUST 6, 2025**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **August 6, 2025, at 1:00 p.m. (prevailing Central Time)**.

**A. Motions**

1. ***DIP Financing/Cash Collateral Motion***. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing and Use of cash Collateral and (II) Granting Related Relief [Docket No. 19]

    **Status**:  This matter is going forward on a second interim basis. A proposed form of order was filed at Docket No. 107, which has been signed off on by the DIP Lenders, the Committee, and the U.S. Trustee. The Debtors are requesting a final hearing be scheduled on August 15, 2025 at 9:00 a.m. (prevailing Central Time).

2. ***Vendors Motion***. Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) 503(b)(9) Claimants, (C) Lien Claimants, and (D) PACA/PASA Claimants; (II) Confirming Administrative Expense Priority; (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (IV) Granting Related Relief [Docket No. 9]

    **Status:**  The final order on this motion was entered at Docket No. 108.

3. ***Cash Management Motion***. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System,

---

¹ A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

    (B) Maintain Existing Business Forms and Intercompany Arrangements, and (C) Continue Intercompany Transactions; and (II) Granting Related Relief [Docket No. 10]

    **Status:**  The Debtors are requesting that this motion be adjourned to August 15, 2025 at 9:00 a.m. (prevailing Central Time).

**B. Related Documents**

1. ***First Day Declaration***. Declaration of Jeff Seery in Support of Chapter 11 Petitions and First Day Relief [Docket No. 18]

2. ***DIP Declaration***. Declaration of Michael Sellinger in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 20]

3. ***Debtors' Witness and Exhibit List*** [Docket No. 102]

4. ***Supplemental DIP Declaration***. Declaration of Jeff Seery in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 102-6]

5. ***Proposed Second Interim DIP Order***. Second Interim Order (I) Authorizing Postpetition Financing and Use of cash Collateral and (II) Granting Related Relief [Docket No. 107]

    [*Remainder of this page intentionally left blank.*]

Dated: August 6, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -
**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       helena.tseregounis@lw.com
       nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
       andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

    I certify that on August 6, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                      */s/ Timothy A. ("Tad") Davidson II*
                                      Timothy A. ("Tad") Davidson II