# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Wednesday, August 6, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Owner LLC, and certain of their affiliates |
| Connor | Casas | Kirkland & Ellis | Owner LLC, and certain of their affiliates |
| Ryan | Dahl | Ropes & Gray LLP | Ad Hoc Group of Term Lenders |
| Tad | Davidson II | Hunton Andrews Kurth LLP | Co-Counsel to Debtors |
| Philip | Guffy | Hunton Andrews Kurth LLP | Co-Counsel to Debtors |
| Daniel | Gwen | Ropes & Gray LLP | Ad Hoc Group of Term Lenders |
| John | Higgins | Porter Hedges LLP | Ad Hoc Group of Term Lenders |
| M. Shane | Johnson | Porter Hedges LLP | Ad Hoc Group of Term Lenders |
| Sage | Knapp | Jones Walker LLP | Aristocrat Technoligies, Inc. |
| Lorenzo | Marinuzzi | Morrison & Foerster LLP | Official Committee of Unsecured Creditors |
| Nicholas | Messana | Latham & Watkins LLP | Debtors |
| Amy | Quartarolo | Latham & Watkins LLP | Debtors |
| Jayson | Ruff | US DOJ | US Trustee |
| Steven | Serajeddeni | Kirkland & Ellis | Owner LLC, and certain of their affiliates |
| Re'Necia | Sherald | Haynes and Boone, LLP | Owner LLC, and certain of their affiliates |