# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
 :
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
 :
         Debtors.[1] : (Jointly Administered)
 :
------------------------------------------------------------ x

## MASTER SERVICE LIST

Pursuant to the Procedures for Complex Cases in the Southern District of Texas and the *Order Granting Complex Case Treatment* [Docket No. 16], the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") file the Master Service List attached hereto as of August 7, 2025.

[*Remainder of page intentionally left blank.*]

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

Dated:  August 7, 2025          Respectfully submitted,
         Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
E-mail: jeff.bjork@lw.com
       helena.tseregounis@lw.com
       nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
E-mail: ray.schrock@lw.com
       andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

In re: RunItOneTime LLC, *et al.*
Master Service List
Case No. 25-90191

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERESTED PARTY | 360TRAINING.COM | ATTN: AUSTIN VICTOR | 6504 BRIDGE POINT PARKWAY | SUITE 100 | AUSTIN | TX | 78730 | | 847-212-1926 | | AUSTIN.VICTOR@360TRAINING.COM |
| TOP 30 UNSECURED CREDITOR | AG PARK PLACE LLC - SERIES 1 | ATTN: BRIAN SHERER | 245 PARK AVENUE | | NEW YORK | NY | 10167 | | 212-692-2000 | 212-883-4141 | BSHEARER@ANGELOGORDON.COM |
| TOP 30 UNSECURED CREDITOR | ARISTOCRAT TECHNOLOGIES INC | ATTN: SETSUKO KENNEDY | 10220 ARISTOCRAT WAY | | LAS VEGAS | NV | 89135 | | 702-270-1000 | 702-270-1001 | AMY.HOLT@ARISTOCRAT.COM |
| TOP 30 UNSECURED CREDITOR | ARISTOCRAT TECHNOLOGIES INC | ATTN: SETSUKO KENNEDY | PO BOX 849540 | | LOS ANGELES | CA | 90084 | | 702-270-1000 | 702-270-1001 | AMY.HOLT@ARISTOCRAT.COM |
| TOP 30 UNSECURED CREDITOR | CANON FINANCIAL SERVICES, INC | ATTN: GENERAL COUNSEL | 14904 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693-0149 | | 800-220-0330 | 856-813-5122 | ATSIVILASHVILI@CFS.CANON.COM |
| TOP 30 UNSECURED CREDITOR | CITY OF CENTRAL | ATTN: GENERAL COUNSEL | 141 NEVADA ST. | | CENTRAL CITY | CO | 80247 | | 303-582-5251 | 303-582-3424 | ADA@CITYOFCENTRAL.CO |
| TOP 30 UNSECURED CREDITOR | CITY OF CENTRAL | ATTN: GENERAL COUNSEL | PO BOX 249 | | CENTRAL CITY | CO | 80427 | | 303-582-5251 | 303-582-3424 | ADA@CITYOFCENTRAL.CO |
| TOP 30 UNSECURED CREDITOR | CITY OF MOUNTLAKE TERRACE | ATTN: GENERAL COUNSEL | 23204 58TH AVE W | | MOUNTLAKE TERRACE | WA | 98043 | | 425-776-1161 | 425-775-0420 | BUSINESSLICENSE@MLTWA.GOV |
| TOP 30 UNSECURED CREDITOR | CITY OF MOUNTLAKE TERRACE | ATTN: GENERAL COUNSEL | PO BOX 3694 | | SEATTLE | WA | 98124 | | 425-776-1161 | 425-775-0420 | BUSINESSLICENSE@MLTWA.GOV |
| TOP 30 UNSECURED CREDITOR | CITY OF SHORELINE | ATTN: GENERAL COUNSEL | 17500 MIDVALE AVENUE N | | SHORELINE | WA | 98133-4905 | | 206-801-2230 | 206-546-7868 | MKING@SHORELINEWA.GOV |
| TOP 30 UNSECURED CREDITOR | CITY OF SHORELINE | ATTN: GENERAL COUNSEL | PO BOX 84226 | | SEATTLE | WA | 98124 | | 206-801-2230 | 206-546-7868 | MKING@SHORELINEWA.GOV |
| COLORADO GAMING REGULATOR | COLORADO DIVISION OF GAMING | ATTN: JOHN MADRUGA | 1707 COLE BLVD | SUITE 300 | LAKEWOOD | CO | 80401 | | 303-205-1342 | | DOR_GAMINGWEB@STATE.CO.US |
| TOP 30 UNSECURED CREDITOR | DAVON EVANS DBA CLEANCO BINS, LLC | ATTN: DAVON EVANS | 4547 RAINIER AVE SO | | SEATTLE | WA | 98118 | | 206-698-2467 | | CLEANCOBINS@GMAIL.COM |
| TOP 30 UNSECURED CREDITOR | EVERI GAMES INC | ATTN: GENERAL COUNSEL | 7250 S TENAYA WAY | SUITE 100 | LAS VEGAS | NV | 89113 | | 702-855-3000 | | ACCOUNTS.RECEIVABLE@EVERI.COM |
| TOP 30 UNSECURED CREDITOR | EVERI GAMES INC | ATTN: GENERAL COUNSEL | PO BOX 206306 | | DALLAS | TX | 75320 | | 702-855-3000 | | ACCOUNTS.RECEIVABLE@EVERI.COM |
| TOP 30 UNSECURED CREDITOR | GALAXY GAMING, INC | ATTN: GENERAL COUNSEL | DEPT N811 | | SALT LAKE CITY | UT | 81430 | | 702-939-3254 | | INFO@GALAXYGAMING.COM |
| TOP 30 UNSECURED CREDITOR | GIBSON, DUNN & CRUTCHER LLP | ATTN: JEANETTE KRISE | 333 SOUTH GRAND AVE | | LOS ANGELES | CA | 90071 | | 213-229-7000 | 213-229-7520 | JKRISE@GIBSONDUNN.COM |
| TOP 30 UNSECURED CREDITOR | HARRIS MANUFACTURING INC | ATTN: GENERAL COUNSEL | 9143 PHILLIPS HWY | STE 420 | JACKSONVILLE | FL | 32256-1381 | | | | SCOTT@HARRISMFG.COM |
| COUNSEL TO PROJECT EVERGREEN WA LLC, PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR, KELLI S. NORFLEET, RE'NECIA SHERALD | 1221 MCKINNEY STREET | | HOUSTON | TX | 77010 | | 713-547-2000 | | CHARLES.BECKHAM@HAYNESBOONE.COM KELLI.NORFLEET@HAYNESBOONE.COM RENECIA.SHERALD@HAYNESBOONE.COM |
| PROPOSED COUNSEL TO THE DEBTORS | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER, PHILIP M. GUFFY | 600 TRAVIS STREET | SUITE 4200 | HOUSTON | TX | 77002 | | 713-220-4200 | | TADDAVIDSON@HUNTON.COM ASHLEYHARPER@HUNTON.COM PGUFFY@HUNTON.COM |
| TOP 30 UNSECURED CREDITOR | IGT | ATTN: KYLE SALASKY | 9295 PROTOTYPE DRIVE | | RENO | NV | 89521 | | 866-777-8448 | 31 0-20 258 9701 | MARIBEL.MANZANORUIZ@IGT.COM KYLE.SALASKY@IGT.COM |
| TOP 30 UNSECURED CREDITOR | INTERBLOCK USA LC | ATTN: MARIE MAGDALENO | 711 PILOT ROAD SUITE A | | LAS VEGAS | NV | 89119 | | 702-260-1384 | | MARIE.MAGDALENO@INTERBLOCKGAMING.COM |
| TOP 30 UNSECURED CREDITOR | INTERBLOCK USA LC | ATTN: MARIE MAGDALENO | PO BOX 511636 | | LOS ANGELES | CA | 90051-8191 | | 702-260-1384 | | MARIE.MAGDALENO@INTERBLOCKGAMING.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST. | | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 30 UNSECURED CREDITOR | JEFDER MAINTENANCE SERVICES INC | ATTN: GENERAL COUNSEL | 2345 WANDER ST | | CHULA VISTA | CA | 91915-2415 | | | | EFREN.DELGADO@SSIJEFDER.COM |
| COUNSEL TO ARISTOCRAT TECHNOLOGIES, INC. | JONES WALKER LLP | ATTN: JOSEPH E. BAIN, SAGE L. KNAPP | 811 MAIN STREET | SUITE 2900 | HOUSTON | TX | 77002 | | 713-437-1877 | 713-437-1810 | JBAIN@JONESWALKER.COM SKNAPP@JONESWALKER.COM |
| TOP 30 UNSECURED CREDITOR | KING COUNTY TREASURY | ATTN: GENERAL COUNSEL | 201 S JACKSON ST #710 | | SEATTLE | WA | 98104 | | 206-296-4290 | 206-296-7345 | ASSESSOR.INFO@KINGCOUNTY.GOV |

In re: RunItOneTime LLC, *et al.*
Master Service List
Case No. 25-90191

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO PROJECT EVERGREEN WA LLC , PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: CONNOR K CASAS | 333 WEST WOLF POINT PLAZA | | CHICAGO | IL | 60654 | | 312-862-2000 | | CONNOR.CASAS@KIRKLAND.COM |
| COUNSEL TO PROJECT EVERGREEN WA LLC , PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: STEVEN N. SERAJEDDINI | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-446-4800 | | STEVEN.SERAJEDDINI@KIRKLAND.COM |
| TOP 30 UNSECURED CREDITOR | KONE INC | ATTN: GENERAL COUNSEL | 3333 WARRENVILLE RD | STE 700 | LISLE | IL | 60532 | | 630-577-1650 | | ACCOUNTSRECEIVABLE.SSC@KONE.COM |
| TOP 30 UNSECURED CREDITOR | KONE INC | ATTN: GENERAL COUNSEL | P.O BOX 102425 | | PASADENA | CA | 91189 | | 630-577-1650 | | ACCOUNTSRECEIVABLE.SSC@KONE.COM |
| PROPOSED CLAIMS AGENT TO CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JOSHUA KAROTKIN | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | | 212-257-5450 | 646-536-2810 | RUNITONETIMETEAM@RA.KROLL.COM |
| TOP 30 UNSECURED CREDITOR | KUO KAU PAPER PRODUCTS CO., LTD | ATTN: ANGEL OTSUKA | NO. 31, TIEN SHUI ROAD | | TAIPEI CITY | | 10350 | TAIWAN | 886-2-25595660 | 886-2-25595668 | ANGEL@QUEENPLAYINGCARD.COM |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: ANDREW SORKIN | 555 ELEVENTH STREET, NW | SUITE 1000 | WASHINGTON | DC | 20004-1304 | | 202-637-3302 | | ANDREW.SORKIN@LW.COM |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: JEFF BJORK, HELENA TSEREGOUNIS,ANDREW SORKIN,NICHOLAS MESSANA | 355 SOUTH GRAND AVENUE | SUITE 100 | LOS ANGELES | CA | 90071-1560 | | 213-485-1234 | | JEFF.BJORK@LW.COM HELENA.TSEREGOUNIS@LW.COM ANDREW.SORKIN@LW.COM NICHOLAS.MESSANA@LW.COM |
| TOP 30 UNSECURED CREDITOR | LITTLER MENDELSON PC | ATTN: GENERAL COUNSEL | 333 BUSH ST | | SAN FRANCISCO | CA | 94104 | | 415-433-1940 | | MMCCOLLOUGH@LITTLER.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MORRISON & FOERSTER LLP | ATTN: DOUG MANNAL, THERESA FOUDY, BENJAMIN BUTTERFIELD, RAFF FERRAIOLI | 250 WEST 55TH STREET | | NEW YORK | NY | 10019 | | 212-468-8000 | 212-468-7900 | DMANNAL@MOFO.COM TFOUDY@MOFO.COM BBUTTERFIELD@MOFO.COM RFERRAIOLI@MOFO.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI | 300 COLORADO STREET | SUITE 1800 | AUSTIN | TX | 78701 | | 512-617-0650 | 737-910-0730 | LMARINUZZI@MOFO.COM |
| COUNSEL TO WELLS RURAL ELECTRIC COMPANY, CITY OF WEST WENDOVER | MULLIN HOARD & BROWN, L.L.P. | ATTN: DAVID R. LANGSTON, OZEN E. ZIMMERMAN | P.O. BOX 2585 | | LUBBOCK | TX | 79408-2585 | | 806-765-7491 | 806-765-0553 | DRL@MHBA.COM OZIMMERMAN@MHBA.COM |
| NEVADA GAMING REGULATOR | NEVADA GAMING CONTROL BOARD | ATTN: BARRY CHILTON | 7 STATE OF NEVADA WAY | | LAS VEGAS | NV | 89119 | | 702-486-2000 | | BCHILTON@GCB.NV.GOV |
| COUNSEL TO ALTER DOMUS (US) LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER | 1550 LAMAR | SUITE 2000 | HOUSTON | TX | 77010 | | 713-651-5151 | 713-651-5246 | BOB.BRUNER@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT, ALTER DOMUS (US) LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: STEPHEN CASTRO | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019-6022 | | 212-318-3147, 212-318-3000 | 212-318-3400 | STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B RUFF, VIANEY GARZA | 515 RUSK STREET | STE. 3516 | HOUSTON | TX | 77002 | | 202-590-7962 | 713-718-4670 | JAYSON.B.RUFF@USDOJ.GOV VIANEY.GARZA@USDOJ.GOV |
| TOP 30 UNSECURED CREDITOR | PALADIN TECHNOLOGIES INC. | ATTN: CARL GRONE | 13000 GREGG ST | | POWAY | CA | 92064 | | 714-940-1783 | | CGRONE@PALADINTECHNOLOGIES.COM |
| TOP 30 UNSECURED CREDITOR | PIERCE COUNTY ASSESSOR-TREASURER DBA PIERCE COUNTY FINANCE | ATTN: MIKE LONERGAN | 950 FAWCETT AVENUE | SUITE 100 | TACOMA | WA | 98402 | | 253-798-7285 | 253-798-6699 | PCBUDGET@CO.PIERCE.WA.US |
| TOP 30 UNSECURED CREDITOR | PIERCE COUNTY ASSESSOR-TREASURER DBA PIERCE COUNTY FINANCE | ATTN: MIKE LONERGAN | PO BOX 11621 | | TACOMA | WA | 98411-6621 | | 253-798-7285 | 253-798-6699 | PCBUDGET@CO.PIERCE.WA.US |
| COUNSEL TO THE AD HOC GROUP OF TERM LENDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN, JAMES A. KEEFE | 1000 MAIN STREET | 36TH FLOOR | HOUSTON | TX | 77002 | | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM JKEEFE@PORTERHEDGES.COM |
| TOP 30 UNSECURED CREDITOR | PROJECT EVERGREEN WA LLC | ATTN: DREW WIDES | 30 N LASALLE STREET | | CHICAGO | IL | 60602 | | 833-695-5463 | | DREW.WIDES@BLUEOWL.COM |
| COUNSEL TO THE PROPOSED DIP LENDER | ROPES & GRAY LLP | ATTN : RYAN DAHL , DAN GWEN | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-596-9000 | 212-5969090 | RYAN.DAHL@ROPESGRAY.COM DANIEL.GWEN@ROPESGRAY.COM |
| COUNSEL TO THE AD HOC GROUP OF TERM LENDERS | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, DANIEL GWEN, MARGARET ALDEN | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-596-9000 | 212-596-9090 | RYAN.DAHL@ROPESGRAY.COM DANIEL.GWEN@ROPESGRAY.COM MARGARET.ALDEN@ROPESGRAY.COM |

In re: RunItOneTime LLC, *et al.*
Master Service List
Case No. 25-90191

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEBTORS | RUNITONETIME LLC | ATTN: GENERAL COUNSEL | 12530 NE 144TH STREET | | KIRKLAND | WA | 98304 | | | | |
| TOP 30 UNSECURED CREDITOR | RXBENEFITS, INC. | ATTN: SERENA BROOKS | 3700 COLONNADE PARKWAY | | BIRMINGHAM | AL | 35243 | | 205-980-8384 | 205-980-2354 | SBROOKS@RXBENEFITS.COM |
| TOP 30 UNSECURED CREDITOR | SONESTA RL HOTELS FRANCHISING, INC. | ATTN: GRENDA CABRERA | 400 CENTRE ST | | NEWTON | MA | 02458 | | 617-421-5400 | | GRENDA.CABRERA@SONESTA.COM |
| TOP 30 UNSECURED CREDITOR | SONESTA RL HOTELS FRANCHISING, INC. | ATTN: GRENDA CABRERA | PO BOX 830447 | | PHILADELPHIA | PA | 19182 | | 617-421-5400 | | GRENDA.CABRERA@SONESTA.COM |
| TOP 30 UNSECURED CREDITOR | STARBUCKS CORPORATION | ATTN: GENERAL COUNSEL | 2401 UTAH AVE S | MS: S-LA1 | SEATTLE | WA | 98134 | | 206-447-1575 | | ARINVOICE@STARBUCKS.COM |
| TOP 30 UNSECURED CREDITOR | STARBUCKS CORPORATION | ATTN: GENERAL COUNSEL | PO BOX 74008016 | | CHICAGO | IL | 60674 | | 206-447-1575 | | ARINVOICE@STARBUCKS.COM |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE STREET SUITE 230 | SLC | UT | 84114-2320 | | 801-366-0260 | | UAG@AGUTAH.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| TOP 30 UNSECURED CREDITOR | SUNIC'S INC. DBA SUN FOOD TRADING CO | ATTN: GENERAL COUNSEL | 4715 6TH AVE. S | | SEATTLE | WA | 98108 | | 206-682-8823 | | JOE@SUNFOODTRADING.COM |
| TOP 30 UNSECURED CREDITOR | SWIRE PACIFIC HOLDINGS, INC. DBA SWIRE COCA-COLA, USA | ATTN: GENERAL COUNSEL | 12634 SOUTH 265 W | | DRAPER | UT | 84020 | | 800-497-2042 | 801-816-5368 | SWIREARSUPPORT@SWIRECC.COM |
| TOP 30 UNSECURED CREDITOR | SWIRE PACIFIC HOLDINGS, INC. DBA SWIRE COCA-COLA, USA | ATTN: GENERAL COUNSEL | PO BOX 3743 | | SEATTLE | WA | 98214-3734 | | 800-497-2042 | 801-816-5368 | SWIREARSUPPORT@SWIRECC.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO DENVER | ATTN: GARY HOGAN | 16304 E. 32ND AVENUE | SUITE 38 | AURORA | CO | 80011 | | 303-298-0997 | 303-480-3994 | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO DENVER | ATTN: GARY HOGAN | PO BOX 5566 | | DENVER | CO | 80217 | | 303-298-0997 | 303-480-3994 | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO INTERMOUNTAIN | ATTN: GARY HOGAN | 9494 S. PROSPERITY ROAD | | WEST JORDAN | UT | 84081 | | 801-563-6300 | | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO INTERMOUNTAIN | ATTN: GARY HOGAN | PO BOX 190 | | WEST JORDAN | UT | 84084 | | 801-563-6300 | | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO SEATTLE | ATTN: GARY HOGAN | 22820 54TH AVENUE SOUTH | | KENT | WA | 98032 | | 206-622-2261 | | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | SYSCO SEATTLE | ATTN: GARY HOGAN | PO BOX 97054 | | KENT | WA | 98064 | | 206-622-2261 | | GARY.HOGAN@SYSCO.COM |
| TOP 30 UNSECURED CREDITOR | TEKLINKS INC DBA C SPIRE BUSINESS | ATTN: KELLY LUBER | 201 SUMMIT PKWY | | BIRMINGHAM | AL | 35209-4731 | | 601-255-0098 | | KJSMITH@CSPIRE.COM KLUBER@CSPIRE.COM |
| TOP 30 UNSECURED CREDITOR | TEKLINKS INC DBA C SPIRE BUSINESS | ATTN: KELLY LUBER | PO BOX 748168 | | ATLANTA | GA | 30374 | | 601-255-0098 | | KJSMITH@CSPIRE.COM KLUBER@CSPIRE.COM |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY | ONE SHORELINE PLAZA SOUTH TOWER | 800 N SHORELINE BLVD STE. 500 | CORPUS CHRISTI | TX | 78401 | | 361-888-3111 | 713-718-3300 | USATXS.ATTY@USDOJ.GOV |
| WASHINGTON STATE GAMING REGULATOR | WASHINGTON STATE GAMBLING COMMISSION | ATTN: TYSON WILSON | 4565 7TH AVENUE SE | | LACEY | WA | 98503 | | 360-486-3441 | | TYSON.WILSON@WSGC.WA.GOV |