# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | Case No. 25-90191 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## AD HOC GROUP OF TERM LENDERS' WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 12, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)

[Relates to Docket No. 93]

The Ad Hoc Group of Term Lenders (the "Ad Hoc Group") file this witness and exhibit list for the hearing to be held on August 12, 2025 at 9:00 a.m. (prevailing Central Time) before the Honorable Alfredo R. Perez, at the United States Bankruptcy Court for the Southern District of Texas, in Courtroom 400, 515 Rusk, Houston, Texas 77002.

## **WITNESSES**

The Ad Hoc Group may call any of the following witnesses at the hearing:

1. Any witness listed, offered, or called by any other party; and

2. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

**EXHIBITS**

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 2. | Any exhibit introduced by any other party | | | | |
| 3. | Rebuttal or impeachment exhibits as necessary | | | | |

The Ad Hoc Group reserves the right to amend, supplement, or delete any witnesses and exhibits prior to the hearing. The Ad Hoc Group reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Ad Hoc Group finally reserves the right to introduce exhibits previously admitted.

[*Remainder of the page intentionally left blank*]

Dated: August 8, 2025
      Houston, Texas

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
       sjohnson@porterhedges.com
       myoung-john@porterhedges.com
       jkeefe@porterhedges.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
Margaret Alden (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: ryan.dahl@ropesgray.com
       daniel.gwen@ropesgray.com
       margaret.alden@ropesgray.com

*Counsel to the Ad Hoc Group of Term Lenders*

**Certificate of Service**

    I certify that on August 8, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins