**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| RUNITONETIME LLC, *et al.*, | : | Case No. 25-90191 (ARP) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------- x

## <u>AFFIDAVIT OF SERVICE</u>

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On July 25, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) by the method set forth on the Master Service List attached hereto as **<u>Exhibit A</u>**, and (2) via First Class Mail and Email on the Landlords Service List attached hereto as **<u>Exhibit B</u>**:

- Motion of the Debtors for Entry of an Order Authorizing the Assumption of Master Lease with AG Park Place Investments 1 LLC and AG Park Place Investments 1 LLC 2 [Docket No. 83]

- Debtors' Motion to Seal Exhibit to Motion of the Debtors for Entry of an Order Authorizing the Assumption of Master Lease with AG Park Place Investments 1 LLC and AG Park Place Investments 1 LLC 2 [Docket No. 85]

*[Remainder of page intentionally left blank]*

---

[1]   A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/RunItOneTime.  The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

Dated: August 6, 2025

/s/ Ishrat Khan
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 6, 2025 by Ishrat Khan, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 90360

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO INTERESTED PARTY | 360TRAINING.COM | ATTN: AUSTIN VICTOR<br>6504 BRIDGE POINT PARKWAY<br>SUITE 100<br>AUSTIN TX 78730 | AUSTIN.VICTOR@360TRAINING.COM | Email |
| TOP 30 UNSECURED CREDITOR | AG PARK PLACE LLC - SERIES 1 | ATTN: BRIAN SHERER<br>245 PARK AVENUE<br>NEW YORK NY 10167 | BSHEARER@ANGELOGORDON.COM | Email |
| TOP 30 UNSECURED CREDITOR | ARISTOCRAT TECHNOLOGIES INC | ATTN: SETSUKO KENNEDY<br>10220 ARISTOCRAT WAY<br>LAS VEGAS NV 89135 | AMY.HOLT@ARISTOCRAT.COM | Email |
| TOP 30 UNSECURED CREDITOR | ARISTOCRAT TECHNOLOGIES INC | ATTN: SETSUKO KENNEDY<br>PO BOX 849540<br>LOS ANGELES CA 90084 | AMY.HOLT@ARISTOCRAT.COM | Email |
| TOP 30 UNSECURED CREDITOR | CANON FINANCIAL SERVICES, INC | ATTN: GENERAL COUNSEL<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0149 | ATSIVILASHVILI@CFS.CANON.COM | Email |
| TOP 30 UNSECURED CREDITOR | CITY OF CENTRAL | ATTN: GENERAL COUNSEL<br>141 NEVADA ST.<br>CENTRAL CITY CO 80247 | ADA@CITYOFCENTRAL.CO | Email |
| TOP 30 UNSECURED CREDITOR | CITY OF CENTRAL | ATTN: GENERAL COUNSEL<br>PO BOX 249<br>CENTRAL CITY CO 80427 | ADA@CITYOFCENTRAL.CO | Email |
| TOP 30 UNSECURED CREDITOR | CITY OF MOUNTLAKE TERRACE | ATTN: GENERAL COUNSEL<br>23204 58TH AVE W<br>MOUNTLAKE TERRACE WA 98043 | BUSINESSLICENSE@MLTWA.GOV | Email |
| TOP 30 UNSECURED CREDITOR | CITY OF MOUNTLAKE TERRACE | ATTN: GENERAL COUNSEL<br>PO BOX 3694<br>SEATTLE WA 98124 | BUSINESSLICENSE@MLTWA.GOV | Email |
| TOP 30 UNSECURED CREDITOR | CITY OF SHORELINE | ATTN: GENERAL COUNSEL<br>17500 MIDVALE AVENUE NSHORELINE, WA 98133-4905<br>SHORELINE WA 98133-4905 | MKING@SHORELINEWA.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | CITY OF SHORELINE | ATTN: GENERAL COUNSEL PO BOX 84226 SEATTLE WA 98124 | MKING@SHORELINEWA.GOV | Email |
| COLORADO GAMING REGULATOR | COLORADO DIVISION OF GAMING | ATTN: JOHN MADRUGA 1707 COLE BLVD SUITE 300 LAKEWOOD CO 80401 | DOR_GAMINGWEB@STATE.CO.US | Email |
| TOP 30 UNSECURED CREDITOR | DAVON EVANS DBA CLEANCO BINS, LLC | ATTN: DAVON EVANS 4547 RAINIER AVE SO SEATTLE WA 98118 | CLEANCOBINS@GMAIL.COM | Email |
| TOP 30 UNSECURED CREDITOR | EVERI GAMES INC | ATTN: GENERAL COUNSEL 7250 S TENAYA WAY SUITE 100 LAS VEGAS NV 89113 | ACCOUNTS.RECEIVABLE@EVERI.COM | Email |
| TOP 30 UNSECURED CREDITOR | EVERI GAMES INC | ATTN: GENERAL COUNSEL PO BOX 206206 DALLAS TX 75320 | ACCOUNTS.RECEIVABLE@EVERI.COM | Email |
| TOP 30 UNSECURED CREDITOR | GALAXY GAMING, INC | ATTN: GENERAL COUNSEL DEPT N811 SALT LAKE CITY UT 81430 | INFO@GALAXYGAMING.COM | Email |
| TOP 30 UNSECURED CREDITOR | GIBSON, DUNN & CRUTCHER LLP | ATTN: JEANETTE KRISE 333 SOUTH GRAND AVE LOS ANGELES CA 90071 | JKRISE@GIBSONDUNN.COM | Email |
| TOP 30 UNSECURED CREDITOR | HARRIS MANUFACTURING INC | ATTN: GENERAL COUNSEL 9143 PHILLIPS HWY STE 420 JACKSONVILLE FL 32256-1381 | SCOTT@HARRISMFG.COM | Email |
| COUNSEL TO PROJECT EVERGREEN WA LLC , PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR, KELLI S. NORFLEET,RE'NECIA SHERALD 1221 MCKINNEY STREET HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM KELLI.NORFLEET@HAYNESBOONE.COM RENECIA.SHERALD@HAYNESBOONE.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| PROPOSED COUNSEL TO THE DEBTORS | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER, PHILIP M. GUFFY<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTON.COM<br>ASHLEYHARPER@HUNTON.COM<br>PGUFFY@HUNTON.COM | Email |
| TOP 30 UNSECURED CREDITOR | IGT | ATTN: KYLE SALASKY<br>9295 PROTOTYPE DRIVE<br>RENO NV 89521 | MARIBEL.MANZANORUIZ@IGT.COM<br>KYLE.SALASKY@IGT.COM | Email |
| TOP 30 UNSECURED CREDITOR | INTERBLOCK USA LC | ATTN: MARIE MAGDALENO<br>711 PILOT ROAD SUITE A<br>LAS VEGAS NV 89119 | MARIE.MAGDALENO@INTERBLOCKGAMING.COM | Email |
| TOP 30 UNSECURED CREDITOR | INTERBLOCK USA LC | ATTN: MARIE MAGDALENO<br>PO BOX 511636<br>LOS ANGELES CA 90051-8191 | MARIE.MAGDALENO@INTERBLOCKGAMING.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | JEFDER MAINTENANCE SERVICES INC | ATTN: GENERAL COUNSEL<br>2345 WANDER ST<br>CHULA VISTA CA 91915-2415 | EFREN.DELGADO@SSIJEFDER.COM | Email |
| TOP 30 UNSECURED CREDITOR | KING COUNTY TREASURY | ATTN: GENERAL COUNSEL<br>201 S JACKSON ST #710<br>SEATTLE WA 98104 | ASSESSOR.INFO@KINGCOUNTY.GOV | Email |
| COUNSEL TO PROJECT EVERGREEN WA LLC , PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: CONNOR K CASAS<br>333 WEST WOLF POINT PLAZA<br>CHICAGO IL 60654 | CONNOR.CASAS@KIRKLAND.COM | Email |
| COUNSEL TO PROJECT EVERGREEN WA LLC , PROJECT EVERGREEN NV OWNER LLC, BLUE OWL | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: STEVEN N. SERAJEDDINI<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | STEVEN.SERAJEDDINI@KIRKLAND.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | KONE INC | ATTN: GENERAL COUNSEL<br>3333 WARRENVILLE RD<br>STE 700<br>LISLE IL 60532 | ACCOUNTSRECEIVABLE.SSC@KONE.COM | Email |
| TOP 30 UNSECURED CREDITOR | KONE INC | ATTN: GENERAL COUNSEL<br>P.O BOX 102425<br>PASADENA CA 91189 | ACCOUNTSRECEIVABLE.SSC@KONE.COM | Email |
| TOP 30 UNSECURED CREDITOR | KUO KAU PAPER PRODUCTS CO., LTD | ATTN: ANGEL OTSUKA<br>NO. 31, TIEN SHUI ROAD<br>TAIPEI CITY 10350 TAIWAN | ANGEL@QUEENPLAYINGCARD.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: ANDREW SORKIN<br>555 ELEVENTH STREET, NW<br>SUITE 1000<br>WASHINGTON DC 20004-1304 | ANDREW.SORKIN@LW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: JEFF BJORK, HELENA TSEREGOUNIS,ANDREW SORKIN,NICHOLAS MESSANA<br>355 SOUTH GRAND AVENUE<br>SUITE 100<br>LOS ANGELES CA 90071-1560 | JEFF.BJORK@LW.COM<br>HELENA.TSEREGOUNIS@LW.COM<br>ANDREW.SORKIN@LW.COM<br>NICHOLAS.MESSANA@LW.COM | Email |
| TOP 30 UNSECURED CREDITOR | LITTLER MENDELSON PC | ATTN: GENERAL COUNSEL<br>333 BUSH ST<br>SAN FRANCISCO CA 94104 | MMCCOLLOUGH@LITTLER.COM | Email |
| NEVADA GAMING REGULATOR | NEVADA GAMING CONTROL BOARD | ATTN: BARRY CHILTON<br>7 STATE OF NEVADA WAY<br>LAS VEGAS NV 89119 | BCHILTON@GCB.NV.GOV | Email |
| COUNSEL TO ALTER DMOUS (US) LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER<br>1550 LAMAR<br>SUITE 2000<br>HOUSTON TX 77010 | BOB.BRUNER@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO THE PREPETITION TERM LOAN AGENT, ALTER DOMUS (US) LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: STEPHEN CASTRO<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B RUFF, VIANEY GARZA<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | JAYSON.B.RUFF@USDOJ.GOV<br>VIANEY.GARZA@USDOJ.GOV | Email |
| TOP 30 UNSECURED CREDITOR | PALADIN TECHNOLOGIES INC. | ATTN: JESSICA DUENAS<br>13000 GREGG ST<br>POWAY CA 92064 | JDUENAS@PALADINTECHNOLOGIES.COM | Email |
| TOP 30 UNSECURED CREDITOR | PIERCE COUNTY ASSESSOR-TREASURER DBA PIERCE COUNTY FINANCE | ATTN: MIKE LONERGAN<br>950 FAWCETT AVENUE<br>SUITE 100<br>TACOMA WA 98402 | PCBUDGET@CO.PIERCE.WA.US | Email |
| TOP 30 UNSECURED CREDITOR | PIERCE COUNTY ASSESSOR-TREASURER DBA PIERCE COUNTY FINANCE | ATTN: MIKE LONERGAN<br>PO BOX 11621<br>TACOMA WA 98411-6621 | PCBUDGET@CO.PIERCE.WA.US | Email |
| COUNSEL TO THE AD HOC GROUP OF TERM LENDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN,JAMES A. KEEFE<br>1000 MAIN STREET<br>36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>JKEEFE@PORTERHEDGES.COM | Email |
| TOP 30 UNSECURED CREDITOR | PROJECT EVERGREEN WA LLC | ATTN: DREW WIDES<br>30 N LASALLE STREET<br>CHICAGO IL 60602 | DREW.WIDES@BLUEOWL.COM | Email |
| COUNSEL TO THE PROPOSED DIP LENDER | ROPES & GRAY LLP | ATTN : RYAN DAHL , DAN GWEN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RYAN.DAHL@ROPESGRAY.COM<br>DANIEL.GWEN@ROPESGRAY.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF TERM LENDERS | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL,DANIEL GWEN,MARGARET ALDEN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RYAN.DAHL@ROPESGRAY.COM<br>DANIEL.GWEN@ROPESGRAY.COM<br>MARGARET.ALDEN@ROPESGRAY.COM | Email |
| TOP 30 UNSECURED CREDITOR | RXBENEFITS, INC. | ATTN: SERENA BROOKS<br>3700 COLONNADE PARKWAY<br>BIRMINGHAM AL 35243 | SBROOKS@RXBENEFITS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | SONESTA RL HOTELS FRANCHISING, INC. | ATTN: GRENDA CABRERA<br>400 CENTRE ST<br>NEWTON MA 02458 | GRENDA.CABRERA@SONESTA.COM | Email |
| TOP 30 UNSECURED CREDITOR | SONESTA RL HOTELS FRANCHISING, INC. | ATTN: GRENDA CABRERA<br>PO BOX 830447<br>PHILADELPHIA PA 19182 | GRENDA.CABRERA@SONESTA.COM | Email |
| TOP 30 UNSECURED CREDITOR | STARBUCKS CORPORATION | ATTN: GENERAL COUNSEL<br>2401 UTAH AVE S<br>MS: S-LA1<br>SEATTLE WA 98134 | ARINVOICE@STARBUCKS.COM | Email |
| TOP 30 UNSECURED CREDITOR | STARBUCKS CORPORATION | ATTN: GENERAL COUNSEL<br>PO BOX 74008016<br>CHICAGO IL 60674 | ARINVOICE@STARBUCKS.COM | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE STREET SUITE 230<br>SLC UT 84114-2320 | UAG@AGUTAH.GOV | Email |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | SUNIC'S INC. DBA SUN FOOD TRADING CO | ATTN: GENERAL COUNSEL<br>4715 6TH AVE. S<br>SEATTLE WA 98108 | JOE@SUNFOODTRADING.COM | Email |
| TOP 30 UNSECURED CREDITOR | SWIRE PACIFIC HOLDINGS, INC. DBA SWIRE COCA-COLA, USA | ATTN: GENERAL COUNSEL<br>12634 SOUTH 265 W<br>DRAPER UT 84020 | SWIREARSUPPORT@SWIRECC.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | SWIRE PACIFIC HOLDINGS, INC. DBA SWIRE COCA-COLA, USA | ATTN: GENERAL COUNSEL PO BOX 3743 SEATTLE WA 98214-3734 | SWIREARSUPPORT@SWIRECC.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO DENVER | ATTN: GARY HOGAN 16304 E. 32ND AVENUE SUITE 38 AURORA CO 80011 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO DENVER | ATTN: GARY HOGAN PO BOX 5566 DENVER CO 80217 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO INTERMOUNTAIN | ATTN: GARY HOGAN 9494 S. PROSPERITY ROAD WEST JORDAN UT 84081 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO INTERMOUNTAIN | ATTN: GARY HOGAN PO BOX 190 WEST JORDAN UT 84084 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO SEATTLE | ATTN: GARY HOGAN 22820 54TH AVENUE SOUTH KENT WA 98032 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | SYSCO SEATTLE | ATTN: GARY HOGAN PO BOX 97054 KENT WA 98064 | GARY.HOGAN@SYSCO.COM | Email |
| TOP 30 UNSECURED CREDITOR | TEKLINKS INC DBA C SPIRE BUSINESS | ATTN: KELLY LUBER 201 SUMMIT PKWY BIRMINGHAM AL 35209-4731 | KJSMITH@CSPIRE.COM KLUBER@CSPIRE.COM | Email |
| TOP 30 UNSECURED CREDITOR | TEKLINKS INC DBA C SPIRE BUSINESS | ATTN: KELLY LUBER PO BOX 748168 ATLANTA GA 30374 | KJSMITH@CSPIRE.COM KLUBER@CSPIRE.COM | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY ONE SHORELINE PLAZA SOUTH TOWER 800 N SHORELINE BLVD STE. 500 CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| WASHINGTON STATE GAMING REGULATOR | WASHINGTON STATE GAMBLING COMMISSION | ATTN: TYSON WILSON 4565 7TH AVENUE SE LACEY WA 98503 | TYSON.WILSON@WSGC.WA.GOV | Email |

**<u>Exhibit B</u>**

Exhibit B

Landlords Service List

Served via First Class Mail and Email

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 30468887 | AG PARK PLACE INVESTMENTS 1 LLC | AG PARK PLACE INVESTMENTS 1 LLC 2 | C/O ANGELO, GORDON & CO., L.P. | ATTN: BRIAN SHEARER | 245 PARK AVENUE, 26TH FLOOR | NEW YORK | NY | 10167-0094 | BSHEARER@ANGELOGORDON.COM |
| 30468888 | AG PARK PLACE INVESTMENTS 1 LLC | AG PARK PLACE INVESTMENTS 1 LLC 2 | C/O ANGELO, GORDON & CO., L.P. | ATTN: MARK BERNSTEIN | 245 PARK AVENUE, 26TH FLOOR | NEW YORK | NY | 10167-0094 | MBERNSTEIN@ANGELOGORDON.COM |