## EXHIBIT A

**Declaration of Timothy A. ("Tad") Davidson II**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

```
------------------------------------------------------- x
                                      :
In re:                                :   Chapter 11
                                      :
RUNITONETIME LLC, et al.,             :   Case No. 25-90191 (ARP)
                                      :
            Debtors.¹                 :   (Jointly Administered)
                                      :
------------------------------------------------------- x
```

**DECLARATION OF TIMOTHY A. ("TAD") DAVIDSON II IN SUPPORT OF THE**
**APPLICATION TO EMPLOY AND RETAIN HUNTON ANDREWS KURTH LLP AS**
**BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**

I, Timothy A. ("Tad") Davidson II, hereby declare under penalty of perjury:

1.      I am a partner of the law firm of Hunton Andrews Kurth LLP ("***Hunton***" or the "***Firm***"), an international law firm with approximately 950 lawyers in nineteen offices, domestic and abroad, including offices in Houston, Texas located at 600 Travis Street, Suite 4200, Houston, Texas 77002, and I am the lead attorney from Hunton working on the above-captioned Chapter 11 Cases.[2]  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Texas; the United States Courts of Appeals for the Fifth Circuit and Third Circuit; and the United States Bankruptcy Courts for the Southern District of Texas, the Northern District of Texas, the Eastern District of Texas, and the Western District of Texas.  There are no disciplinary proceedings pending against me.

2.      I am fully familiar with the facts hereinafter stated, and am authorized to make this declaration (the "***Declaration***") on behalf of Hunton.   The information contained in this

---

[1]     A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2]     Capitalized terms used but not defined herein have the meanings given to them in the Application (defined below).

Declaration is of my own personal knowledge or derived from reviews performed by me or at my direction of the file in the Chapter 11 Cases, unless otherwise noted.

3.      I submit this Declaration in support of the *Application of Debtors to Employ and Retain Hunton Andrews Kurth LLP as Bankruptcy Co-Counsel for the Debtors and Debtors-in-Possession* (the "***Application***") and to provide certain disclosures under sections 327, 328, and 329(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Bankruptcy Local Rules for the Southern District of Texas (the "***Bankruptcy Local Rules***"), and the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***").

4.      I have read and am fully familiar with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Complex Case Procedures, and the Firm and I are sufficiently competent to handle whatever might be foreseeably expected of the Debtors' bankruptcy co-counsel in the Chapter 11 Cases.

### A.  Hunton's Disinterestedness

5.      To the best of my knowledge, each of the partners, counsel, and associates of Hunton do not have any conflicts or other relationships that might cause Hunton not to be disinterested or to hold or represent an interest adverse to the Debtors.

6.      Hunton and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest to the Debtors in connection with matters unrelated to the Debtors, the Chapter 11 Cases, or such entities claims against or interests in the Debtors.

7.      Hunton obtained from the Debtors and their representatives the names of the individuals and entities that may be parties in interest in the Chapter 11 Cases, and such parties are

2

listed on Schedule 1 attached hereto.  Hunton has searched its electronic database for connections with the persons and entities on Schedule 1.  Hunton maintains and systematically updates its conflicts check system in the regular course of business of the Firm, and it is the regular practice of the firm to make and maintain these records.  The conflict check system maintained by Hunton is designed to include every matter on which the Firm is now or has been engaged, the entity for which the Firm is now or has been engaged, and, in each instance, the identity of related parties and adverse parties and the attorney in the Firm that is knowledgeable about the matter.  It is the policy of Hunton that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict check system information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Hunton.

8.     A list of the parties-in-interest that Hunton submitted to its conflict database, under my direction and supervision, is attached hereto as Schedule 1.  Such list includes, among others:

- Debtors;

- Non-Debtor Affiliates;

- Debtors' Previous Names, Predecessors, and Related Entities;

- Debtors' Restructuring and Other Significant Professionals;

- Major Equity Holders;

- Current and Former Officers and Directors;

- Independent Directors;

- Trustees, Agents, and Other Secured Parties;

- Top 30 Unsecured Creditors;

- Material Suppliers and Vendors;

3

- Major Customers;

- Third-Party Administrators;

- Insurance Parties;

- Taxing and Other Governmental Authorities;

- Landlords;

- Litigation Counterparties and Their Counsel;

- Other Professionals Representing Parties;

- Unions;

- Utility Providers;

- United States Bankruptcy Judges for the Southern District of Texas (and Key Staff Members); and

- United States Trustee for the Southern District of Texas (and Key Staff Members).

9.       To the best of my knowledge, and except as may be disclosed in this Declaration and in Schedule 2, (i) Hunton has no connection with any of the parties listed in Schedule 1; (ii) Hunton is not a creditor, an equity security holder, or an insider of the Debtors; (iii) no Hunton attorneys are or were, within two years of the Petition Date, a director, officer, or employee of the Debtors; (iv) Hunton does not hold or represent any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

10.      Listed on Schedule 2 to this Declaration are the results of Hunton's connections searches.[3]   Based on the searches conducted to date and described herein, to the best of my

---

[3]    On Schedule 2, the term "Current Firm Client" means a client in an open matter to whom time was posted in the twelve (12) months before the Petition Date, and the term "Former Firm Client" means a client (other than a Current Firm Client) for whom time was posted within the thirty-six (36) months before the Petition Date.  As a general matter, the Firm discloses connections with Former Firm Clients for whom time was posted in the last thirty-six (36) months, but does not disclose connections if time was billed more than thirty-six (36) months before the Petition Date.

4

knowledge, neither I, Hunton, nor any partner, counsel, or associate of the Firm, has any connection with the Debtors, their creditors, or any other parties-in-interest, except as disclosed or otherwise described herein.  With respect to the connections disclosed on Schedule 2, all work performed for the Current and Former Firm Clients listed therein was on matters unrelated to the Debtors or the Chapter 11 Cases.

11.     Pursuant to Bankruptcy Rule 2016(b), Hunton has not shared nor agreed to share (i) any compensation it has received or may receive with another party or person in connection with the Chapter 11 Cases, other than with the partners, counsel, associates and contract attorneys associated with Hunton, or (ii) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

**B.  Compensation Received by Hunton from the Debtors**

12.     Hunton agrees to charge the Firm's standard hourly rates for work of this nature and for this type of matter, plus its customary reimbursements as charged to bankruptcy and non-bankruptcy clients.  Hunton's current 2025 hourly rates for professionals and paraprofessionals range approximately as follows:

| Position | 2025 Hourly Rate Range |
|---|---|
| Partners | $930 – $2,055 |
| Associates | $450 – $1,065 |
| Paraprofessionals | $295 – $580 |

13.     As of the Petition Date, the Debtors do not owe Hunton any amounts for legal services rendered before the Petition Date.  Before the Petition Date, the Debtors paid Hunton an aggregate amount of $368,184.00, which amount was comprised of: (i) an advance payment retainer in the amount of $250,000.00; and (ii) a prepayment for estimated court-filing fees, including court-filing fees attributable to the filing of voluntary petitions for each of the Debtors,

in the amount of $118,610.65.  Before the Petition Date, Hunton invoiced the Debtors and the Debtors paid Hunton the aggregate amount of $182,213.50 in fees for services performed and $118,610.65 in expenses incurred, including preparation for the commencement of and filing of the Chapter 11 Cases.  As of the Petition Date, Hunton holds $67,359.85 on account.

**C.  Professional Compensation**

14.    Through the Application, the Debtors request entry of an order authorizing the employment and retention of Hunton as their attorneys, pursuant to section 327(a) of the Bankruptcy Code, on rates, terms, and conditions consistent with what Hunton normally charges non-chapter 11 debtors and for legal services with respect to similarly complex corporate, securities, and litigation matters.

15.    Hunton intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with the Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Complex Case Procedures, the UST Guidelines (defined below), and any other applicable procedures or orders of the Court.

16.    The Debtors also have agreed to reimburse Hunton, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Hunton on the Debtors' behalf.  The Firm's disbursement policies pass through all out-of-pocket expenses at actual cost or at estimated actual costs when the actual cost is not readily ascertainable.  Hunton will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to other clients of Hunton.  Hunton will make every effort to minimize expenses in the Chapter 11 Cases.

17.    Hunton will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described by project category.

18.     Hunton will submit interim and final applications for compensation in accordance with any interim compensation order entered in the Chapter 11 Cases, sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Complex Case Procedures, and any further order of the Court in the Chapter 11 Cases.

**D.  Statement Regarding U.S. Trustee Guidelines**

19.     Hunton intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in Appendix B to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "***UST Guidelines***"), which became effective on November 1, 2013, both in connection with this Application and any fee applications to be filed by Hunton in the Chapter 11 Cases.

20.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the UST Guidelines:

| | |
|---|---|
| **Question:** | Did Hunton agree to any variations from, or alternatives to, Hunton's standard or customary billing arrangements for this engagement? |
| Response: | No. |
| **Question:** | Do any of the Hunton professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question:** | If you represented the Debtors in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If Hunton's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | Hunton's billing rates and material financial terms for its prepetition engagement of the Debtors are set forth in the Engagement Letter.  Hunton's billing rates and material financial terms for Hunton's representation of the Debtors have not changed postpetition. |

**Question:**   Have the Debtors approved Hunton's prospective budget and staffing plan, and, if so for what budget period?

Response:   Hunton has not prepared a budget and staffing plan.

## E.  Specific Disclosures

21.   Hunton discloses the following connections, each of which Hunton believes does not present an interest adverse to the Debtors:

- Joseph Buoni, partner at Hunton, served as a law clerk to the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas from 2009 to 2011.

- Ashley Harper, partner at Hunton, currently serves as a member on the Complex Case Committee for the United States Bankruptcy Court for the Southern District of Texas.  She was first appointed in January 2020, and her current term expires June 30, 2026.

- Catherine Rankin and Kaleb Bailey, associates at Hunton, served as judicial externs to the Honorable Marvin Isgur of the United States Bankruptcy Court for the Southern District of Texas in the summer of 2016 and summer of 2021, respectively, while in law school.

- Ropes & Gray LLP is co-counsel with Hunton for debtors in a different set of bankruptcy cases styled, *In re Cutera, Inc., et al.*, in the United States Bankruptcy Court for the Southern District of Texas under Case No. 25-90088 (ARP).

22.   Based on the foregoing and the search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (i) Hunton is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (ii) Hunton has no connection to the Debtors, the Debtors' creditors, or other parties in interest, except as may be disclosed herein.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 13, 2025

_/s/ Timothy A. ("Tad") Davidson II_
Timothy A. ("Tad") Davidson II
Partner
Hunton Andrews Kurth LLP

## SCHEDULE 1

## Potential Parties in Interest[1]

*[See attached.]*

---

[1] This list (and the categories contained herein) are for purposes of a conflicts check and should not be relied upon by any party as a list of creditors or for any other purpose.  As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible.  Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

1. **Debtors**

RUNITONETIME LLC
MAVERICK ELKO LLC
MAVERICK NV LLC
MAVERICK WENDOVER LLC
CCI LEASING LLC
WENDOVER TRANSPORTATION, LLC
UTAH TRAILWAYS CHARTER BUS
 COMPANY, LLC
CASINO CARAVANS, INC.
MAVERICK DESIGN LLC
E.GADS, LLC
MAVERICK COLORADO LLC
MAVERICK Z CASINOS LLC
COLORADO MG 1031 LLC
MAVERICK WASHINGTON LLC
MAVERICK GOLD LLC
MAVERICK ROMAN LLC
MAVERICK AMERICAN LLC
MAVERICK INDIANOLA LLC
MAVERICK CARIBBEAN LLC
MAVERICK WIZARDS LLC
MAVERICK EVERGREEN LLC
MAVERICK ALL STAR LLC
15743 AMBAUM LLC
MAVERICK ACQUISITIONS CANADA
 ULC
MYERS LLC
NEVADA GOLD & CASINOS, INC
SKYWAY CENTER LLC
THE ROYAL CLUB LIMITED
 LIABILITY COMPANY
GREAT AMERICAN GAMING
 CORPORATION
NG WASHINGTON II HOLDINGS, LLC
NG WASHINGTON, LLC
NG WASHINGTON III, LLC
NG WASHINGTON II, LLC
EVERGREEN ENTERTAINMENT
 CORPORATION
GRAND CENTRAL PROPERTIES
 TUKWILA LLC

GRAND CENTRAL CASINO, INC.
GRAND CENTRAL PROPERTIES
 TACOMA LLC
PAIR O' DICE INVESTMENTS LLC
GRAND CENTRAL PROPERTIES
 EVERETT LLC
WASHINGTON GAMING, INC.
14040 GAMING, LLC
GAMING CONSULTANTS, INC
GAMING MANAGEMENT, INC
PUGET SOUND GAMING, LLC
RIVERSIDE CASINO, INC
EPSTEIN GAMING LLC
LA CENTER GAMING, LLC
PETE'S FLYING ACES, INC.
TACOMA CASINO, L.L.C.
MAVERICK KIRKLAND LLC
MAVERICK KIRKLAND II LLC
MAVERICK TUKWILA LLC
MAVERICK LAKEWOOD LLC
MAVERICK YAKIMA LLC
WENDOVER RESORTS OPERATOR,
 LLC
RED GARTER OPERATOR, LLC
WENDOVER NUGGET OPERATOR, LLC
ELKO RESORTS OPERATOR, LLC
GOLD COUNTY OPERATOR, LLC
RED LION OPERATOR, LLC
HIGH DESERT OPERATOR, LLC
COLORADO RESORTS OPERATOR LLC
JOHNNY Z CASINO OPERATOR LLC
GRAND Z CASINO OPERATOR LLC
Z CASINO BLACK HAWK OPERATOR
 LLC
RUNITONETIME LLC
MAVERICK POKER OPERATOR LLC
RUNITONETIME TEXAS LLC
RUNITONETIME HOLDCO, INC.

2. **Non-Debtor Affiliates**

GRAND Z'S PROMOTIONAL
 ASSOCIATION, LLC
JAN'S TAVERN LLC
JOHNNY Z'S PROMOTIONAL
 ASSOCIATION, LLC

R PLACE TRUCK STOP JV, LLC
Z'S PROMOTIONAL ASSOCIATION,
 LLC
EGADS DE MEXICO SA DE CA

3.      **Debtors' Previous Names, Predecessors, and Related Entities**

EVERGREEN GAMING CORPORATION
MAVERICK LOUISIANA LLC
WENDOVER GAMING LLC
888 GAMING LLC
MAVERICK CASINOS LLC
MAVERICK GAMING HOLDCO, INC.
MAVERICK GAMING LLC

4.      **Debtors' Restructuring and Other Significant Professionals**

BUTLER SNOW LLP                             KROLL, LLC
GLC ADVISORS & CO., LLC                     LATHAM & WATKINS LLP
HUNTON ANDREWS KURTH LLP                    PORTAGE POINT PARTNERS LLP
KPMG LLP

5.      **Major Equity Holders**[1]

BORDEN LP

6.      **Current and Former Officers and Directors**

BACIGALUPI, JASON                           HUANG, AARON
BELL, JENNIFER                              MILLER, BRYAN
BELTRAM, JUSTIN                             PERSSON, ERIC
DAILEY, JOHN                                SEERY, JEFF
DOUGHTERTY, DENNIS

7.      **Independent Directors**

KELLER, TOBIAS
MCCALL, STEVE
PERKINS, LAWRENCE

8.      **Trustees, Agents, and Other Secured Parties**

4240944 MANITOBA LIMITED                    AG CENTRE STREET PARTNERSHIP,
ABBOTT ABBVIE MULTIPLE                       L.P.
 EMPLOYER PENSION PLAN TRUST                AG CORPORATE CREDIT
ABBOTT LABORATORIES ANNUITY                  OPPORTUNITIES FUND, L.P.
 RETIREMENT TRUST                           AG MM, L.P.
AG CATALOOCHEE, L.P.                        AG SUPER FUND MASTER, L.P.
AG CC FUNDING I, LTD.                       ALTER DOMUS (US) LLC
AG CC FUNDING II, LTD.                      AMCON DISTRIBUTING COMPANY
                                            ANGELO, GORDON & CO., L.P.

---

[1]   For purposes of this list, major equity holders are considered to be persons or entities who hold in excess of 1% of the Debtors' equity securities.  To the extent the identities of such holders are later revealed through other avenues, such as periodic securities filings, this list will be updated to reflect the names of such holders.

2

ANKURA TRUST COMPANY, LLC
BANK OF NEVADA
BARCLAYS BANK PLC
BLACKROCK
BLACKROCK CAPITAL ALLOCATION
  TERM TRUST
BLACKROCK COLLECTIVE FUND
BLACKROCK GLOBAL ALLOCATION
  FUND AUST
BLACKROCK GLOBAL ALLOCATION
  FUND, INC.
BLACKROCK GLOBAL ALLOCATION
  PORTFOLIO OF BLACKROCK SERIES
  FUND, INC.
BLACKROCK GLOBAL ALLOCATION
  V.I. FUND OF BLACKROCK
  VARIABLE SERIES FUNDS, INC.
BLACKROCK GLOBAL LONG/SHORT
  CREDIT FUND OF BLACKROCK
  FUNDS IV
BLACKROCK STRATEGIC GLOBAL
  BOND FUND, INC.
BLACKROCK TOTAL RETURN BOND
  FUND
BLACKROCK TOTAL RETURN FUND
  OF BLACKROCK BOND FUND, INC.
BLAIR FUNDING LLC
BRIGHTHOUSE FUNDS TRUST II -
  BLACKROCK BOND INCOME
  PORTFOLIO
BRUNSWICK BOWLING PRODUCTS,
  LLC
C T CORPORATION SYSTEM
CERBERUS CAPITAL MANAGEMENT,
  L.P.
CERBERUS CORPORATE CREDIT
  FUND, L.P.
CLIFFORD FAMILY TRUST
COMMERCE BANK OF WASHINGTON
BLACKROCK STRATEGIC INCOME
  OPPORTUNITIES PORTFOLIO OF
  BLACKROCK FUNDS V
CERBERUS CAPITAL MANAGEMENT,
L.P.
DEUTSCHE BANK AG NEW YORK
  BRANCH
DRYDEN 104 CLO, LTD.
DRYDEN 105 CLO, LTD.
DRYDEN 106 CLO, LTD.
DRYDEN 108 CLO, LTD.
DRYDEN 109 CLO, LTD.

DRYDEN 112 CLO, LTD.
DRYDEN 113 CLO, LTD.
DRYDEN 37 SENIOR LOAN FUND
DRYDEN 38 SENIOR LOAN FUND
DRYDEN 40 SENIOR LOAN FUND
DRYDEN 41 SENIOR LOAN FUND
DRYDEN 42 SENIOR LOAN FUND
DRYDEN 43 SENIOR LOAN FUND
DRYDEN 45 SENIOR LOAN FUND
DRYDEN 49 SENIOR LOAN FUND
DRYDEN 50 SENIOR LOAN FUND
DRYDEN 53 CLO, LTD.
DRYDEN 54 SENIOR LOAN FUND
DRYDEN 55 CLO, LTD.
DRYDEN 58 CLO, LTD.
DRYDEN 60 CLO, LTD.
DRYDEN 61 CLO, LTD.
DRYDEN 64 CLO, LTD.
DRYDEN 65 CLO, LTD.
DRYDEN 68 CLO, LTD.
DRYDEN 70 CLO, LTD.
DRYDEN 72 CLO, LTD.
DRYDEN 75 CLO, LTD.
DRYDEN 76 CLO, LTD.
DRYDEN 77 CLO, LTD.
DRYDEN 78 CLO, LTD.
DRYDEN 80 CLO, LTD.
DRYDEN 83 CLO, LTD.
DRYDEN 85 CLO, LTD.
DRYDEN 86 CLO, LTD.
DRYDEN 87 CLO, LTD.
DRYDEN 90 CLO, LTD.
DRYDEN 92 CLO, LTD.
DRYDEN 93 CLO, LTD.
DRYDEN 94 CLO, LTD.
DRYDEN 95 CLO, LTD.
DRYDEN 97 CLO, LTD.
DRYDEN 98 CLO, LTD.
FINANCE UNLIMITED, LLC
FIRST AMERICAN TITLE INSURANCE
  COMPANY
FIXED INCOME OPPORTUNITIES
  NERO, LLC
GBANK
GREAT ELM CAPITAL CORP.
GREAT ELM GROUP
GROOVE FINANCIAL SERVICES
HARTFORD LOW DURATION HIGH
  INCOME FUND
HG VORA CAPITAL MANAGEMENT,
  LLC

HG VORA OPPORTUNISTIC CAPITAL
 MASTER FUND LP
HG VORA SPECIAL OPPORTUNITIES
 MASTER FUND, LTD.
IMAGE FINANCE LLC
INTERNAL REVENUE SERVICE - CCP
 LIEN UNIT
JNL/BLACKROCK GLOBAL
 ALLOCATION FUND
KING STREET CAPITAL
 MANAGEMENT LP
KING STREET EUROPE
KITSAP BANK
LEXICON BANK
LVIP BLACKROCK GLOBAL
 ALLOCATION FUND
MIDOCEAN CREDIT CLO II
MIDOCEAN CREDIT CLO III
MIDOCEAN CREDIT CLO IX
MIDOCEAN CREDIT CLO VI
MIDOCEAN CREDIT CLO VIII
MIDOCEAN CREDIT CLO X
MIDOCEAN CREDIT FOCUS FUND I
 L.P.
MIDOCEAN CREDIT OPPORTUNITY
 MASTER FUND, L.P.
MIDOCEAN MULTI ASSET CREDIT
 FUND LP
MIDOCEAN PARTNERS
MULTI-CREDIT CAPITAL HOLDINGS 2
 LIMITED
NEVADA FIRST BANK
NEVADA STATE BANK
NEWARK BSL CLO 1, LTD.
NEWARK BSL CLO 2, LTD.
PERMIRA ADVISERS LLP
PRUDENTIAL BANK LOAN FUND OF
 THE PRUDENTIAL TRUST COMPANY
 COLLECTIVE TRUST

PGIM ETF TRUST - PGIM FLOATING
 RATE INCOME ETF
PRUDENTIAL FINANCIAL
PRUDENTIAL INVESTMENT
 PORTFOLIOS, INC. 14 - PGIM
 FLOATING RATE INCOME FUND
ROCKFORD TOWER CLO 2017-1, LTD.
ROCKFORD TOWER CLO 2017-2, LTD
ROCKFORD TOWER CLO 2017-3, LTD.
ROCKFORD TOWER CLO 2018-1, LTD.
ROCKFORD TOWER CLO 2018-2, LTD.
ROCKFORD TOWER CLO 2019-1, LTD.
ROCKFORD TOWER CLO 2019-2, LTD.
ROCKFORD TOWER CLO 2020-1, LTD.
ROCKFORD TOWER CLO 2021-1, LTD.
ROCKFORD TOWER CLO 2021-2, LTD.
ROCKFORD TOWER CLO 2021-3, LTD.
ROCKFORD TOWER CLO 2022-1, LTD.
ROCKFORD TOWER CREDIT FUNDING
 I, LTD.
STRATEGIC INCOME OPPORTUNITIES
 BOND FUND - (BLACKROCK)
TBK BANK, SSB
THE HARTFORD FLOATING RATE
 FUND
THE HARTFORD STRATEGIC INCOME
 FUND
TPG PARTNER HOLDINGS, U.S. BANK
 N.A.
WELLINGTON ASSET MANAGEMENT
WELLINGTON MULTI-SECTOR
 CREDIT FUND
WELLINGTON TRUST COMPANY,
 NATIONAL ASSOCIATION MULTIPLE
 COMMON TRUST FUNDS TRUST
 BANK LOAN PORTFOLIO
WELLS FARGO BANK, N.A.

9.   **Top 30 Unsecured Creditors**

AG PARK PLACE LLC - SERIES 1
ARISTOCRAT TECHNOLOGIES INC.
CANON FINANCIAL SERVICES, INC.
CITY OF CENTRAL
CITY OF MOUNTLAKE TERRACE
CITY OF SHORELINE
EVANS, DAVON D/B/A CLEANCO BINS
 LLC
EVERI GAMES INC

GALAXY GAMING
GIBSON, DUNN & CRUTCHER LLP
HARRIS MANUFACTURING INC.
IGT
INTERBLOCK USA LC
JEFDER MAINTENANCE SERVICES INC
KING COUNTY TREASURY
KONE INC.
KUO KAU PAPER PRODUCTS CO., LTD.

LITTLER MENDELSON PC
PALADIN TECHNOLOGIES INC.
PIERCE COUNTY ASSESSOR-TREASURER
  D/B/A PIERCE COUNTY FINANCE
PROJECT EVERGREEN WA LLC
RXBENEFITS, INC.
SONESTA RL HOTELS FRANCHISING,
  INC.
STARBUCKS CORP.

SUNIC'S INC. D/B/A SUN FOOD TRADING
  CO.
SWIRE PACIFIC HOLDINGS, INC. D/B/A
  SWIRE COCA-COLA, USA
SYSCO DENVER
SYSCO INTERMOUNTAIN
SYSCO SEATTLE
TEKLINKS INC D/B/A C SPIRE BUSINESS

## 10.   <u>Material Suppliers and Vendors</u>

BROADVIEW NETWORKS INC
1099 PRO LLC
1207 NORTH 152ND ST LLC DBA THE
  SEATTLE SCOTTISH RITE TEMPLE
192ND PACIFIC PROPERTIES
360TRAINING.COM, INC
A&I HARDWARE SERIES LLC
A.J.R. EQUITIES, INC.
A-1 ALCOHOL & DRUG COLLECTIONS
  LLC
AA SLOTS LLC DBA AA SLOT REPAIR
ABS BUSINESS DATA, LLC
ACCESS INFORMATION INTERMEDIATE
  HOLDINGS I LLC
ACRES 4.0
ADVANCED INVENTORY MANAGEMENT
  SOLUTIONS LLC
AGILYSYS, INC
AINSWORTH GAME TECHNOLOGY INC
AJNC INDUSTRIES LLC DBA CWF
ALERIO TECHNOLOGY GROUP
ALLITIX INC
ALPINE SPRINGS BOTTLED WATER, LLC
ALSCO - DENVER LINEN
AMAZON
AMERICAN AIR FILTER COMPANY DBA
  AAF INTERNATIONAL
AMERICAN HOTEL REGISTER COMPANY
AMERICAN PRINTING
AMY D. DIETTE
ANHEUSER-BUSCH SALES OF
  WASHINGTON INC
AP GAMING II, INC DBA AGS LLC
APEX BACK OFFICE SOLUTIONS INC
  DBA APEXBOS
APEX ENGINEERING LLC

ARMANDO MARQUEZ DBA MARQUEZ
  PRO PAINTING SERVICES
ARMOR HOLDCO, INC DBA EQUINITI
  TRUST COMPANY
AROMA EXPERIENCES LLC DBA AROMA
  IMPRESSIONS
ASCAP
AV HOOD CLEANING LLC
AVALON GAMING, INC
AVERO LLC
B.C. CORNER LLC
BAINBRIDGE DISPOSAL INC
BAIR DISTRIBUTING, INC
BAKER COMMODITIES, INC
BALDWIN, STEVEN W.
BEAR ROBOTICS, INC.
BELLISSIMO DISTRIBUTION LLC DBA
  GRECO AND SONS WASHINGTON
BELTRAM, BRANDON D/B/A SEE MORE
  LLC
BERRY ENTERPRISES INC DBA SIERRA
  ELECTRONICS
BEVERAGE DISTRIBUTORS COMPANY
  LLC
BEVERAGE MANAGEMENT SYSTEMS
  INC
BIG DOG ENTERTAINMENT LLC
BLACH DISTRIBUTING CO
BLACK DIAMOND EXCAVATING
BLACKLINE SYSTEMS INC
BLANKENSHIP EQUIPMENT REPAIR INC
BOTTLING GROUP LLC DBA PEPSI
  BEVERAGES COMPANY
BRADY COMPANIES LLC
BREAKTHRU BEVERAGE NEVADA LLC

BRIMSTONE FIRE SAFETY
  MANAGEMENT LLC
BROADCAST MUSIC, INC BMI
BUCKHEAD MEAT OF DENVER, INC.
BUNN-O-MATIC
BUTLER SNOW LLP
BUYERS EDGE PLATFORM LLC DBA
  BUYERS EDGE PLATFORM OPCO, LLC
C.H. ROBINSON COMPANY, INC.
CALVIN PERKINS DBA A-P
  MECHANICAL BULLS
CANADIAN ART PRINTS & WINN DEVON
  ART GROUP INC.
CANON SOLUTIONS AMERICA INC.
CAPITOL DISTRIBUTING
CARRIER CORPORATION
CASINO NETWORK
CGRS INC
CHEF WORKS, INC
CHIN FAMILY LTD LIABILITY
  PARTNERSHIP
CHRISTOPHERSEN INC.
CINTAS CORPORATION NO.2
CLASSIC PRODUCTS CORP.
CLAYTON ACQUARIUM CORPORATION
CLINTON GOLF MANAGEMENT
COCA-COLA BOTTLING CO, YAKIMA &
  TRI-CITIES, INC
COHNREZNICK LLP
COHO DISTRIBUTING
COLORADO DEPARTMENT OF LABOR
  AND EMPLOYMENT
COLORADO DEPT OF PUBLIC HEALTH &
  ENVIRONMENT
COLUMBIA BASIN LLC DBA
  NORTHWEST CONTAINER RENTALS
COMMERCIAL LIGHTING SUPPLY
COMMTRAK CORPORATION
CONCEPT 3
CONTEMPORARY INC.
COORS DISTRIBUTING
CORBY HALL
CORY SELLE
COVINGTON TRAVEL SERVICE INC DBA
  COVINGTON TRAVEL
CROPSTICKS INC
CROWN PAPER & SUPPLY
CSESCO INC
CUMMINS-ALLISON CORP
CUSTOM'S Y'S LLC DBA THREADS
DATA FINANCIAL INC

DE LAGE LANDEN FINANCIAL
  SERVICES, INC DBA CISCO SYSTEMS
  CAPITAL CORP
DE LAGE LANDON FINANCIAL
  SERVICES, INC DBA AS SERVICING
  AGENT FOR TOSHIBA FINANCIAL
DEL MONTE CAPITOL MEAT COMPANY,
  LLC DBA G&S PACKAGING SOLUTIONS
DELAHANT, JACK D/B/A SHADOW
  MOUNTAIN SIGN AND DESIGN
DENVER CUTLERY INC
DENVER SYRUP & BAR SUPPLY INC
DEPENDABLE JANITOR LLC
DESERT HILLS ELECTRIC, INC
DILLANOS COFFEE ROASTERS, INC
DONG HING MARKET
DOOR AND WINDOW GUARD SYSTEMS,
  INC. DBA DAWGS
DORMAKABA CANADA INC
DRAFT DOCTOR LLC
ECOLAB INC.
ECR SALES & SERVICE, INC
EDWARD DON & COMPANY HOLDINGS
  LLC
EE PRINTING LLC
ELITE MOBILE SHARPENING
ENVIRONMENTAL BIOTECH OF THE
  ROCKIES, INC. DBA BIOTECH
  SOLUTIONS INC.
EPD SERVICES INC
EQUIFAX INC. DBA PARADIGM
  NATIONAL CONSULTANTS
  LLC/HIRETECH
ERIC PERSSON
ERNST & YOUNG US LLP
ESPRESSO FIX
EVENTECTIVE INC.
EVERI PAYMENTS D/B/A CENTRAL
  CREDIT LLC
F&L MEARS INC DBA CASCADE SIGN &
  FABRICATION
FEDERAL BEVERAGE CONTROL OF
  COLORADO
FEDEX FREIGHT
FIRE PROTECTION INC
FIRST AMERICAN BANKCARD, INC.
FISHER & PHILLIPS LLP
FORMAGRID INC DBA AIRTABLE
FRESHAIR SENSOR LLC
FUNSPACE TECHNOLOGY COMPANY
  LIMITED

GAC MANAGEMENT LP
GAMETT & KING CPA
GAMING ARTS LLC
GARDA CL NORTHWEST, INC.
GCF BACKFLOW SERVICES
GEM STATE PAPER & SUPPLY CO
GENESIS CONSTRUCTION INC
GENESIS GAMING SOLUTIONS INC.
GENO ANTHONY RUSKE
GLACIER REFRIGERATION, INC
GOLDEN FORTUNE TECHNOLOGY CO.,
    LTD.
GOOD TO GO
GRAINGER
GRAPHIC CONTROLS ACQUISITION
    CORP. DBA GRAPHIC CONTROLS
GRAPHIC DISPLAY INC.
GREAT BASIN BEVERAGE LLC
GUARDIAN SECURITY SYSTEMS, INC
HD SUPPLY FACILITIES MAINTENANCE
    LTD
HOLD ON NOW, INC
HOLSINGER LAW LLC
HOME DEPOT CREDIT SERVICES
HONGYI FIRM CORPORATION
HOOD AND DUCT CLEANING LLC
HUGHES, EARL
HYPERION WHOLESALE
IMAGE 38
IMAGE MEDIA
INCREDIBLE TECHNOLOGIES INC
INFINITY FENCE, LLC
INSIDE TRACK LLC
INSIGHT ENTERPRISES INC
INTEGRATO, LLC
INTERSECTION MEDIA LLC
INTERSTATE FIRE SALES AND
    SERVICES, LLC DBA STATEFIRE DC
    SPECIALTIES
IRIS GROUP HOLDINGS LLC DBA
    EVERON, LLC
IRON CHEST GAMING
IRON MOUNTAIN
JAMES KING ROOFING LLC
JAMESON PEPPLE CANTU PLLC
J-CORP DEVELOPMENT, INC
JOE HAND PRODUCTIONS DBA ONTAP
    SPORTS
JOHNSON CONTROLS INC DBA
    SECURITY SOLUTIONS
KEC LLC

KIBBLE & PRENTICE HOLDING
    COMPANY DBA USI INSURANCE
    SERVICES NW
KING BEVERAGE INC
KING'S ORIENTAL FOODS CO., LTD DBA
    KING'S ORIENTAL FOODS
KKT CORPORATION DBA MONO
    ROOFTOP SOLUTIONS
KLAUDTS CASH REGISTER
KUBAT EQUIPMENT & SERVICE CO., INC
KUUSOFT SOFTWARE CORP DBA
    KUUSOFT CORP
LAKEWOOD CHAMBER OF COMMERCE
LAN INVESTMENTS LLC
LANDRY HOLDINGS LLC, DBA
    CASINOTECH
LARSEN, KELLY M D/B/A BLUEBIRD
    GRAPHICS
LAS VEGAS MUTUAL TRADING
LEHRER'S FLOWERS
LEI, YUZHEN D/B/A WU TRADING
LEWIS ROCA ROTHGERBER CHRISTIE
    LLP
LEXISNEXIS RISK SOLUTIONS FL INC
LIBERTY DISTRIBUTING, INC
LNW GAMING, INC FKA SG GAMING,INC
LOOMIS
LOTUS JUO DBA MINUTEMAN PRESS
    WESTMINSTER
LOUIE EAST LLC DBA EVERGREEN
    GRANITE & CABINET
LOUIE J LOPEZ DBA JENO'S
    REFRIGERATION LLC
LOWE'S COMPANIES, INC. DBA LOWE'S
    HOME CENTERS, LLC
LUCKY SEAFOOD, LLC
LYNCO DISTRIBUTION DBA LYNCO
    PRODUCTS
MARINESYNC CORPORATION
MCDONALD FARMS ENTERPRISES INC
MENDENHALL EQUIPMENT CO
MERIT ELECTRIC INC.
MERYDYAN TECHNOLOGIES LLC
MIDWEST MOTOR SUPPLY CO. INC DBA
    KIMBALL MIDWEST
MOOD MEDIA NORTH AMERICA
    HOLDINGS CORP DBA MUZAK DBA
    MOOD MEDIA
MOSS HOODS INC. D/B/A HOODZ OF
    DENVER
MOUNTAIN ALARM FIRE & SECURITY

MTECH MECHANICAL TECHNOLOGIES GROUP INC
MUNNWORKS LLC
NATHAN DREW DBA SEATTLE TINT & GRAPHICS
NATIONAL CONSTRUCTION RENTALS, INC DBA NATIONAL RENT A FENCE
NATURAL WAVE-RC INC
NEVADA BOARD FOR THE REGULATION OF LIQUEFIED PETROLEUM GAS DBA NEVADA LP-GAS BOARD
NEVADA BY PRODUCTS DBA RENO RENDERING COMPANY
NEVADA LOGOS, LLC
NEW CARBON COMPANY LLC DBA GOLDEN MALTED
NEW LEVEL RADIO INC
NORCO INC
NRT TECHNOLOGIES INC
NUCO2 INC
OFF MADISON AVE, LLC D/B/A LIGHTHOUSEPE
OFFICE DEPOT INC
OLYMPIC EAGLE DISTRIBUTING
ON-PRESS PRINTING SERVICES, INC.
ONSAGER, WERNER & OBERG PLC
ORC WATER PROFESSIONALS INC
OSLER HOSKIN & HARCOURT LLP
OTIS WORLDWIDE CORPORATION
OWEN GAUPE D/B/A PILGRIMS CLEANING SERVICE
PARADIGM TABLE GAMES INC
PARAMOUNT UNIFORM CO INC T/A FORMAL DIMENSIONS
PARTS TOWN LLC
PASSPORT TECHNOLOGY USA, INC
PATRIOT CORPORATION
PATRIOT GAMING & ELECTRONICS INC
PITNEY BOWES DBA PURCHASE POWER
POS SUPPLY SOLUTIONS INC
PRECISION POWER
PRINCESS SWEETS AND BALLOON DECOR
PRINT N COPY CENTER INC
PUGET SOUND REGIONAL FIRE AUTHORITY
QUALITY KARAOKE CORPORATION
QUANTUM ELECTRIC, LLC
RAMBLIN EXPRESS INC
RASCAL SERVICES LLC

RED BULL DISTRIBUTION COMPANY INC
REFRIGERATION UNLIMITED LLC DBA SEA TEMP
RELLS FIRE PROTECTION INC
RELX INC. DBA LEXISNEXIS, A DIVISION OF RELX INC.
REPUBLIC NATIONAL DISTRIBUTING CO LLC
RISE & SHINE BAKERY LLC
RISING GLORY INTERNATIONAL CO., LTD
ROBERT PARKER DBA CASCADE PACIFIC VENTURES LLC
ROGER FULLER DBA DYNASTY GAMES
ROGERS, SCOTT
ROLLINS, INC. DBA ORKIN, LLC
RON DAWSON DBA KATCHEES BUSINESS FORMS, ETC
ROXIE GLASS INC DBA ROXY GLASS
ROYAL BUYING GROUP INC
ROYAL CREST DAIRY INC
RUBY MOUNTAIN NATURAL SPRING WATER
RW SMITH & CO DBA TRIMARK
SAUNDERS OUTDOOR ADVERTISING
SCHINDLER ELEVATOR CORPORATION
SCIENTIFIC GAMING BALLY GAMING INC/ BALLY TECHNOLOGIES
SEGA SAMMY CREATION USA INC
SELECT PORTFOLIO SERVICING INC
SERTA SIMMONS BEDDING LLC
SFP HOLDING INC
SIB DEVELOPMENT & CONSULTING , INC. DBA SIB FIXED COST REDUCTION COMPANY LLC
SIERRA MEAT COMPANY
SIGNS PLUS
SILVER STATE STAMPEDE ASSOCIATION INC.
SK PRODUCE CO INC DBA ASIA DISCOUNT CENTER
SNOHOMISH HEALTH DISTRICT
SNO-KING AMATEUR HOCKEY
SNYDER SERVICES, INCORPORATED DBA SNYDER MECHANICAL
SO LLC D/B/A EAGLE PROMOTION
SOFTWARE ONE INC
SOTF LLC DBA SUPPLIES ON THE FLY
SOURCE 4 INDUSTRIES, INC

SOUTHERN GLAZER'S WINE & SPIRITS
  OF NEVADA DBA SOUTHERN GLAZER'S
  WINE AND SPIRITS OF NEVADA LLC
SOUTHERN GLAZER'S WINE & SPIRITS
  OF WASHINGTON
SOUTHERN IDAHO RV & MARINE, LLC
SPECIALTY GIFTS & DESIGNS
SPORTS DIRECT, LLC
SPORTSCARDS OF WASHINGTON INC.
  DBA MILL CREEK SPORTS
STANDARD TEXTILE COMPANY INC
STAPLES BUSINESS CREDIT
STERICYCLE DBA SHRED-IT
STEVE BEYER PRODUCTIONS, INC.
STRATEGY9 INC
SUNKIST GRAPHICS INC.
SUNSET & GREEN VALLEY INC DBA
  LEE'S DISCOUNT LIQUOR
SUTTON, JANETTE
SUZOHAPP GAMING SOLUTIONS INC
SYSCO GUEST SUPPLY, LLC D/B/A
  GUEST WORLDWIDE
SYSTECH SOLUTIONS, INC.
TCS JOHN HUXLEY AMERICA INC
TED ALEXANDER VEACH DBA VEACH
  CONSULTING ENGINEERS LLC
TERRY'S PUMPIN & POTTIES
THE ADT SECURITY CORPORATION DBA
  ADT COMMERCIAL LLC
THE CHEFS' WAREHOUSE WEST COAST,
  LLC
THE ODOM CORPORATION
THE PRINTER INC
THREE BROTHERS PRINTING
THYSSENKRUPP ELEVATOR
  CORPORATION

TJOSSEM PROPERTIES VI, LLC
TKS SERVICES
TRUE WORLD FOODS SEATTLE LLC
TRUVANTIS, INC.
UPS SUPPLY CHAIN SOLUTIONS INC
VESTIS F/K/A ARAMARK
VITAL RECORDS HOLDINGS, LLC DBA
  VRC COMPANIES
VOGUE LINEN SUPPLY & UNIFORM
  RENTAL
VSR INDUSTRIES INC
WALTER E NELSON OF WESTERN
  WASHINGTON
WASHINGTON ALARM INC
WATERTECH, INCORPORATED
WESTERN MECHANICAL CONTRACTORS
WESTERN NEVADA SUPPLY CO
WESTERN PAPER DISTRIBUTORS
WHITE IVORY ELEPHANT
  TECHNOLOGIES CORPORATION
WIRETECH LLC
WORLD TAVERN ENTERTAINMENT
WORLD TRAVEL INC
WORLD WIDE WEB DISTRIBUTION DBA
  PREMIER HOTEL AND CASINO
  PRODUCTS
WYLIE EDWARDSON D/B/A ALL SEASON
  CARPET CLEANING
XPRESSHRED LLC
YOUNG ELECTRIC SIGN COMPANY
  D/B/A YESCO OUTDOOR MEDIA
YOUNGS MARKET COMPANY
ZKG LLC DBA CLEAN-MART
ZUVID SURVEILLANCE

## 11.   <u>**Major Customers**</u>

4WALL ENTERTAINMENT
ACCEL ENTERTAINMENT
AGS LLC
BALLYS TWIN RIVER
BOYD DEVELOPMENT
CANNERY CASINO
CARMA
CRANE CONSTRUCTION COMPANY, LLC
FHR COLORADO LLC
FIT FACTORY EVENTS USA D/B/A COOL
  EVENTS, LLC
GILA RIVER RESORTS AND CASINOS

GOLDEN CIRCLE
GRAND CASINO
GRATON
IMC CONSTRUCTION
INTERNATIONAL GAME TECHNOLOGY
JUNIOR ACHIEVEMENT OF SOUTHERN
  NEVADA
KONAMI GAMING, INC.
LIGHT & WONDER
PENN NATIONAL GAMING INC.
POTAWATOMI HOTEL CASINO
RED 7 VISUALS

RED ROCK CASINO
RESORT WORLD LAS VEGAS, LLC
S.A. RECYCLING
SAMS TOWN HOTEL AND CASINO
SAN MANUEL IND.BINGO & CASINO
SPOTLIGHT 29 CASINO
SPRINGS PRESERVE
SUZOHAPP GAMING SOLUTIONS INC
TCS JOHN HUXLEY AMERICA INC
THE AGENCY

THE D CASINO
THE GROVE MART - LAKE BLUFF
THE GROVE MART ELGIN
THE POINT CASINO & HOTEL
THE WHITING-TURNER CONTRACT CO.
TRI-LOGISTICS
TRUFUSION
TWIN PINES CASINO & HOTEL
VENETIAN HOTEL AND CASINO

## 12.    Third-Party Administrators

CNA INSURANCE
DELTA DENTAL OF WASHINGTON
OPTUM BANK
PALOCITY HOLDING CORPORATION
PRUDENTRX
SYMETRA

SYMETRA LIFE INSURANCE COMPANY
UMR
VOYA RETIREMENT INSURANCE AND
 ANNUITY COMPANY D/B/A VOYA
 FINANCIAL
VSP

## 13.    Insurance Parties

AFCO CREDIT CORPORATION
AFFILIATED FM INSURANCE
 COMPANY
ALLIED WORLD SURPLUS LINES
 INSURANCE COMPANY
AMERICAN BANKERS
AMERICAN CASUALTY COMPANY OF
 READING, PENNSYLVANIA
ARCH SPECIALTY INSURANCE
 COMPANY
ASPEN SPECIALTY INSURANCE CO
AXIS SURPLUS INSURANCE
 COMPANY
CHUBB INSURANCE COMPANY
COBBS ALLEN CAPITAL, LLC D/B/A
 CAC SPECIALTY
CONTINENTAL CASUALTY COMPANY
CRUM & FORSTER SPECIALTY
 INSURANCE COMPANY
ENDURANCE AMERICAN SPECIALTY
 INSURANCE COMPANY
EVEREST NATIONAL INSURANCE
 COMPANY
GOTHAM INSURANCE COMPANY
GREAT AMERICAN INSURANCE
 COMPANY
LEXINGTON INSURANCE COMPANY

LLOYDS OF LONDON
NATIONAL FIRE INSURANCE
 COMPANY OF HARTFORD
NATIONAL INDEMNITY COMPANY
NAUTILUS INSURANCE COMPANY
QBE SPECIALTY INSURANCE
 COMPANY
SECURITY NATIONAL INSURANCE
 COMPANY
SOMPO
TECHNOLOGY INSURANCE
 COMPANY, INC
THE CONTINENTAL INSURANCE
 COMPANY
TRAVELERS CASUALTY AND SURETY
 COMPANY OF AMERICA
UNDERWRITERS AT LLOYDS
USI INSURANCE SERVICES
VALLEY FORGE INSURANCE
 COMPANY
WESTCHESTER SURPLUS LINES
 INSURANCE COMPANY
WESTERN WORLD INSURANCE
 COMPANY
AMERICAN BANKERS INSURANCE
 COMPANY OF FLORIDA
AMERICAN BANKERS ASSOCIATION

10

14. **Taxing and Other Governmental Authorities**

BENTON COUNTY (WA, USA)
CITY OF BLACK HAWK
CITY OF ELKO (NV, USA)
CITY OF KENNEWICK (WA, USA)
CITY OF KENT - UTILITY BILLING
CITY OF KIRKLAND - UTILITY
  BILLING
CITY OF LAKEWOOD (WA, USA)
CITY OF PASCO (WA, USA)
CITY OF SEATAC (WA, USA)
CITY OF TUKWILA (WA, USA)
CITY OF WENDOVER
CITY OF WEST WENDOVER (NV, USA)
CITY OF YAKIMA (WA, USA)
COLORADO DEPARTMENT OF
  GAMING
COLORADO DEPARTMENT OF
  REVENUE
DEPARTMENT OF THE TREASURY -
  INTERNAL REVENUE SERVICE

ELKO COUNTY (NV, USA)
FRANKLIN COUNTY (WA, USA)
GILPIN COUNTY (CO, USA)
ILLINOIS DEPARTMENT OF REVENUE
KING COUNTY (WA, USA)
KITSAP COUNTY (WA, USA)
NEVADA DEPARTMENT OF REVENUE
NEVADA DEPARTMENT OF
  TAXATION
NEVADA GAMING CONTROL BOARD
PIERCE COUNTY
SILVER DOLLAR METROPOLITAN
  DISTRICT
SNOHOMISH COUNTY (WA, USA)
TOOLE COUNTY (UT, USA)
WASHINGTON DEPARTMENT OF
  REVENUE
WASHINGTON STATE GAMBLING
  COMMISSION
YAKIMA COUNTY (WA, USA)

15. **Landlords**

BLUE OWL CAPITAL INC.
PROJECT EVERGREEN NV OWNER
  LLC
1207 LLC PARKING
1207 NORTH 152ND ST LLC DBA THE
  SEATTLE SCOTTISH-RITE TEMPLE
192ND PACIFIC PROPERTIES AND ROY
  R. TOLAND AND AUBREY V.
  TOLAND, HUSBAND AND WIFE
BC CORNER LLC
CHIN FAMILY PARTNERSHIP I, AS
  SUCCESSOR-IN-INTEREST TO CHIN
  PARTNERSHIP
DCR PROPERTY MANAGEMENT
GAC MANAGEMENT LLC
HEMMAT, ALLEN AND HEMMAT,
  SHARON
HILINE
KENNEWICK MINI STORAGE
LAN INVESTMENTS LLC

LIFEPOINT RCCH TRIOS HEALTH
LN BLACKRIVER
NELSON BUSINESS PARK LLC
OLD 99 PROPERTY GROUP LLC
PARKER, ROBERT DBA CASCADE
  PACIFIC VENTURES LLC
SAMANIEGO, SIMON
SCHNITZER PROPERTIES - NEVADA,
  LLC (F/K/A HARSCH INVESTMENT
  PROPERTIES-NEVADA, LLC)
SELECT PORTFOLIO SERVICING INC
SNO-KING AMATEUR HOCKEY
  ASSOCIATION, INC.
TCW LLC
TJOSSEM PROPERTIES VII, LLC
WALLACE PROPERTIES - MILL
  CREEK, LLC AS SUCCESSOR-IN-
  INTEREST TO TRI WEST NORTH
  CREEK PARTNERSHIP, ET AL.
WOODMONT 7 LLC

16.    **Litigation Counterparties and Their Counsel**

BIRKLAND, CHRISTA
BRINKMAN, LANDON
CHANN, SOPHIPHAL
CLARENCE, SADIE
CURRAN LAW FIRM P.S.
DAVIES, JENNIFER
ENRIQUEZ, HECTOR
GMC 220TH LLC
GREEN & NORWOOD PLLC
KELLY, RAEANNE
LAYBOURN, MATTHEW
LE, THUY
LEEDY, SUE
LITTLE 3100, LLC
LITTLE FAMILY, LLC
LYNCH, TYLER

NEVADA EQUAL RIGHTS
  COMMISSION
NEVADA OSHA
NIKAZY, KIMBERLY
NYANNOR, OKYEREMAH
PATRIARCA, ALBERT
SATTER, GABRIEL
SMALL BUSINESS ADMINISTRATION
  OF THE UNITED STATES OF
  AMERICA
STEVENS, TIFFANY
THAI, AIMEE
TOUCH, KIM
UNITED STATES OF AMERICA
WHITEHALL, JOEL
WOODMONT 5, LLC
WYBLE, KEVIN

17.    **Other Professionals Representing Parties**

BROWNSTEIN HYATT FABER
  SCHRECK, LLP
DENTONS
NORTON ROSE FULBRIGHT

ORRICK, HERRINGTON & SUTCLIFFE
  LLP
PORTER HEDGES
ROPES & GRAY LLP
WOMBLE BOND DICKINSON LLP

18.    **Unions**

TEAMSTERS LOCAL UNION NO. 117
TEAMSTERS LOCAL UNION NO. 38
TEAMSTERS LOCAL UNION NO. 760
TEAMSTERS LOCAL UNION NO. 839

19.    **Utility Providers**

ALDERWOOD WATER &
  WASTEWATER DISTRICT
BASIN DISPOSAL INC
BENTON PUD
BLACK HAWK CENTRAL CITY
  SANITATION DISTRICT
BROADVIEW NETWORKS INC
CASCADE NATURAL GAS
  CORPORATION
CENTRACOM INTERACTIVE
CENTURYLINK
CHARTER COMMUNICATIONS DBA
  SPECTRUM BUSINESS
CITY OF RENTON UTILITY DIVISION

CITY OF SEATTLE PUBLIC UTILITIES
CITY OF TACOMA DBA TACOMA
  PUBLIC UTILITIES
COMCAST HOLDINGS CORPORATION
  DBA COMCAST BUSINESS
  COMMUNICATIONS, LLC
CONSOLIDATED MUTUAL WATER
COUNTY OF KITSAP DBA KITSAP
  COUNTY PUBLIC WORKS
COUNTY OF PIERCE
DIRECTV
DISRUPTIVE REVENUES INC DBA
  DISRUPTIVE REVENUES OF

TACOMA LLC DBA SMASH MY TRASH
ELKO SANITATION COMPANY INC
FRANKLIN PUD
FRONTIER COMMUNICATIONS
GOTO TECHNOLOGIES USA, INC.
GRANITE TELECOMMUNICATIONS
GREAT PLAINS COMMUNICATIONS HOLDINGS LLC
HAROLD LEMAY ENTERPRISES, INC
HIGHLINE WATER DISTRICT
HYGIENE PROPANE SERVICES
KIVA ENERGY, INC
LAKEVIEW LIGHT & POWER
LAKEWOOD WATER DISTRICT
LAS VEGAS VALLEY WATER DISTRICT
MIDWAY SEWER DISTRICT
MITSUBISHI HC CAPITAL AMERICA DBA GROOVE ENTERTAINMENT TECH FINANCIAL SERVICES DBA CPA CUSTOMER PAY
MOON SECURITY SERVICES INC
NELSON BUSINESS PARK LLC
NETFORTRIS ACQUISITION COMPANY

NORTHSHORE UTILITY DISTRICT
NV ENERGY
PACIFICORP DBA PACIFIC POWER/ ROCKY MOUNTAIN POWER
PUGET SOUND ENERGY
RECOLOGY KING COUNTY
REPUBLIC SERVICES INC
SEATTLE CITY LIGHT
SILVERDALE WATER DISTRICT
SKYWAY WATER & SEWER DISTRICT
SNOHOMISH COUNTY PUD
SOUTHWEST GAS CORPORATION
SOUTHWEST GAS TRANSPORATION
SYMMETRY ENERGY SOLUTIONS LLC DBA CENTERPOINT ENERGY
TIGER NATURAL GAS INC
WALLACE PROPERTIES/MILLCREEK
WASTE MANAGEMENT
WELLS RURAL ELECTRIC COMPANY
WESTERN STATES PROPANE
WOODINVILLE WATER DISTRICT
XCEL ENERGY
YAKIMA WASTE SYSTEMS INC
ZIPLY FIBER

20. **United States Bankruptcy Judges for the Southern District of Texas (and Key Staff Members)**

CASTRO, ANA
CHAVEZ, JEANNIE
CONRAD, TRACEY
HOLDEN, SHANNON
HOUSE, AKEITA
ISGUR, MARVIN
JACKSON, AARON
LAWS, TYLER

LILA, YESENIA
LOPEZ, CHRISTOPHER M.
NORMAN, JEFFREY P.
PEREZ, ALFREDO R.
RODRIGUEZ, EDUARDO V.
SALDANA, ROSARIO
THOMAS-ANDERSON, SIERRA

21. **United States Trustee for the Southern District of Texas (and Key Staff Members)**

BARCOMB, ALICIA
CALUZA, ALETHEA
CHILTON, SAMANTHA
EPSTEIN, KEVIN M.
GARZA, VIANEY
GERHARD, IVETTE
HERSH, SUSAN B.
JIMENEZ, ANDREW
MOTTON, LINDA
NGUYEN, HA

OTTO, GLENN
RIVERA, YASMINE
RUFF, JAYSON B.
SALL, MILLIE APONTE
SAMKO-YU, ALINA
SIMMONS, CHRISTY
SMITH, GWEN
TRAVIS, CHRISTOPHER R.
WHITWORTH, JANA

## SCHEDULE 2

## Parties in Interest Connections List[1]

| Name of Entity Searched | Role[2] | Relationship with the Firm |
|---|---|---|
| KPMG LLP | Debtors' Restructuring and Other Significant Professionals | Current Firm Client |
| AFCO Credit Corporation | Insurance Parties | Affiliate of Former Firm Client |
| Affiliated FM Insurance Company | Insurance Parties | Affiliate of Current Firm Client and Affiliate of Former Firm Client |
| Allied World Surplus Lines Insurance Company | Insurance Parties | Affiliate of Current Firm Client |
| American Bankers | Insurance Parties | Affiliate of Current Firm Clients and Affiliate of Former Firm Clients |
| Blue Owl Capital Inc. | Landlords | Current Firm Client |
| Select Portfolio Servicing Inc | Landlords | Current Firm Client and Affiliate of Current Firm Client |
| Amazon | Material Suppliers and Vendors | Current Firm Client and Affiliate of Current Firm Client |
| American Air Filter Company DBA AAF International | Material Suppliers and Vendors | Affiliate of Former Firm Client |
| Bellissimo Distribution LLC dba Greco and Sons Washington | Material Suppliers and Vendors | Affiliate of Former Firm Client |
| Bottling Group LLC DBA Pepsi Beverages Company | Material Suppliers and Vendors | Affiliate of Current Firm Clients |
| Broadcast Music, Inc. BMI | Material Suppliers and Vendors | Affiliate of Current Firm Client and Affiliate of Former Firm Client |
| Buckhead Meat of Denver, Inc. | Material Suppliers and Vendors | Former Firm Client |
| C.H. Robinson Company, Inc. | Material Suppliers and Vendors | Affiliate of Former Firm Client |

---

[1] All work performed for the Current and Former Firm Clients listed here is on matters unrelated to the Debtors or the Chapter 11 Cases.

[2] Parties in Interest listed herein are only listed once to the extent such party is included in multiple categories on Schedule 1. Each category in which such party appears is listed in the "Role" column separated by a semi-colon.

| Name of Entity Searched | Role[2] | Relationship with the Firm |
|---|---|---|
| Carrier Corporation | Material Suppliers and Vendors | Affiliate of Current Firm Client and Affiliate of Former Firm Client |
| Coca-Cola Bottling Co, Yakima & Tri-Cities, Inc | Material Suppliers and Vendors | Affiliate of Current Firm Clients |
| CohnReznick LLP | Material Suppliers and Vendors | Current Firm Client and Affiliate of Current Firm Client |
| De Lage Landen Financial Services, Inc DBA CISCO SYSTEMS CAPITAL CORP | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| Del Monte Capitol Meat Company, LLC DBA G&S Packaging Solutions | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| Ernst & Young US LLP | Material Suppliers and Vendors | Current Firm Client and Affiliate of Former Firm Client |
| Everi Payments d/b/a Central Credit LLC | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| FEDEX FREIGHT | Material Suppliers and Vendors | Former Firm Client |
| Garda CL Northwest, Inc. | Material Suppliers and Vendors | Affiliate of Current Firm Clients |
| HD Supply Facilities Maintenance Ltd | Material Suppliers and Vendors | Affiliate of Former Firm Client |
| Iron Mountain | Material Suppliers and Vendors | Current Firm Client and Affiliate of Current Firm Client |
| JOHNSON CONTROLS INC DBA Security Solutions | Material Suppliers and Vendors | Current Firm Client |
| Kibble & Prentice Holding Company DBA USI Insurance Services NW | Material Suppliers and Vendors | Affiliate of Former Firm Clients |
| LexisNexis Risk Solutions FL Inc | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| Lowe's Companies, Inc. DBA Lowe's Home Centers, LLC | Material Suppliers and Vendors | Current Firm Client and Affiliate of Current Firm Clients |
| National Construction Rentals, Inc DBA National Rent A Fence | Material Suppliers and Vendors | Former Firm Client |
| NuCO2 Inc | Material Suppliers and Vendors | Former Firm Client |
| Office Depot Inc | Material Suppliers and Vendors | Existing Firm Client |
| Osler Hoskin & Harcourt LLP | Material Suppliers and Vendors | Current Firm Client |
| RELX Inc. DBA LexisNexis division of RELX Inc. | Material Suppliers and Vendors | Affiliate of Current Firm Client |

| Name of Entity Searched | Role[2] | Relationship with the Firm |
|---|---|---|
| SOTF LLC dba Supplies on the Fly | Material Suppliers and Vendors | Affiliate of Former Firm Clients |
| Southern Glazer's Wine & Spirits of Nevada DBA Southern Glazer's Wine and Spirits of Nevada LLC | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| Stericycle DBA Shred-It | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| Sysco Guest Supply, LLC d/b/a Guest Worldwide | Material Suppliers and Vendors | Affiliate of Former Firm Client |
| The Chefs' Warehouse West Coast, LLC | Material Suppliers and Vendors | Affiliate of Current Firm Client |
| UPS Supply Chain Solutions Inc | Material Suppliers and Vendors | Affiliate of Current Firm Clients |
| Norton Rose Fulbright | Other Professionals Representing Parties | Current Firm Client |
| Ropes & Gray LLP | Other Professionals Representing Parties | Current Firm Client |
| Angelo, Gordon & Co., L.P. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Client |
| Ankura Trust Company, LLC | Trustees, Agents, and Other Secured Parties | Former Firm Client |
| Barclays Bank PLC | Trustees, Agents, and Other Secured Parties | Affiliate of Former Firm Client |
| BlackRock | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Collective Fund | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Capital Allocation Term Trust | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| Blackrock Global Allocation Collective Fund | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Global Allocation Fund Aust | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Global Allocation Fund, Inc. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Global Allocation Portfolio of BlackRock Series Fund, Inc. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |

3

| Name of Entity Searched | Role[2] | Relationship with the Firm |
|---|---|---|
| BLACKROCK GLOBAL ALLOCATION V.I. FUND OF BLACKROCK VARIABLE SERIES FUNDS, INC. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Global Long/Short Credit Fund of BlackRock Funds IV | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Strategic Global Bond Fund, Inc. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Strategic Income Opportunities Portfolio of BlackRock Funds V | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Total Return Bond Fund | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| BlackRock Total Return Fund of BlackRock Bond Fund, Inc. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| Cerberus Capital Management, L.P. | Trustees, Agents, and Other Secured Parties | Former Firm Client |
| Deutsche Bank AG New York Branch | Trustees, Agents, and Other Secured Parties | Current Firm Client |
| First American Title Insurance Company | Trustees, Agents, and Other Secured Parties | Affiliate of Current Firm Client |
| GBank | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Client |
| King Street Capital Management LP | Trustees, Agents, and Other Secured Parties | Current Firm Client |
| Kitsap Bank | Trustees, Agents, and Other Secured Parties | Current Firm Client |
| Nevada State Bank | Trustees, Agents, and Other Secured Parties | Current Firm Client |
| TBK Bank, SSB | Trustees, Agents, and Other Secured Parties | Current Firm Client |
| TPG Partner Holdings, U.S. Bank N.A. | Trustees, Agents, and Other Secured Parties | Former Firm Client and Affiliate of Current Firm Client |
| Wells Fargo Bank, N.A. | Trustees, Agents, and Other Secured Parties | Current Firm Client and Affiliate of Current Firm Clients |
| Ballys Twin River | Major Customers | Affiliate of Current Firm Client |

4

| Name of Entity Searched | Role[2] | Relationship with the Firm |
|---|---|---|
| Red Rock Casino | Major Customers | Affiliate of Current Firm Client |
| Springs Preserve | Major Customers | Current Firm Client |
| Optum Bank | Third-Party Administrators | Affiliate of Former Firm Client |
| Gibson, Dunn & Crutcher LLP | Top 30 Unsecured Creditors | Former Firm Client |
| Harris Manufacturing Inc. | Top 30 Unsecured Creditors | Affiliate of Current Firm Client |
| Sonesta RL Hotels Franchising, Inc. | Top 30 Unsecured Creditors | Affiliate of Current Firm Client |
| Starbucks Corp. | Top 30 Unsecured Creditors | Current Firm Client |
| Sysco Seattle | Top 30 Unsecured Creditors | Affiliate of Current Firm Client |
| Charter Communications DBA Spectrum Business | Utility Providers | Current Firm Client |
| Comcast Holdings Corporation DBA Comcast Business Communications, LLC | Utility Providers | Affiliate of Former Firm Client |
| Las Vegas Valley Water District | Utility Providers | Affiliate of Current Firm Client |
| NV Energy | Utility Providers | Affiliate of Former Firm Client |
| PacifiCorp DBA Pacific Power/Rocky Mountain Power | Utility Providers | Affiliate of Former Firm Client |
| Republic Services Inc | Utility Providers | Current Firm Client and Affiliate of Current Firm Clients |
| Symmetry Energy Solutions LLC dba CENTERPOINT ENERGY | Utility Providers | Current Firm Client and Affiliate of Former Firm Client |
| Waste Management | Utility Providers | Current Firm Client and Affiliate of Current Firm Clients |
| Xcel Energy | Utility Providers | Affiliate of Current Firm Clients and Affiliate of Former Firm Client |

5