IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
:
In re: : Chapter 11
:
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
:
Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------ x

**DEBTORS' WITNESS AND EXHIBIT LIST**

The debtors-in-possession in the above-captioned cases (collectively, the "***Debtors***") file this Witness and Exhibit List for the hearing to be held on **August 19, 2025, at 2:00 p.m. (prevailing Central Time)** (the "***Hearing***").

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1. Tom Studebaker, Managing Director, Portage Point Partners;

2. Michael Sellinger, Managing Director, GLC Advisors & Co.;

3. Mack Rossoff, Senior Advisor, GLC Advisors & Co.;

4. Any witness called or listed by any other party; and

5. Rebuttal witnesses as necessary.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration of Michael Sellinger in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 20] | | | | |
| 2. | DIP Credit Agreement | | | | |
| 3. | Declaration of Mack Rossoff in Support of Debtors' Emergency Motion for Entry of Orders (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of certain or All of the Debtors' Assets, and (III) Granting Related Relief [Docket No. 132] | | | | |
| 4. | Bidding Procedures | | | | |
| 5. | Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases | | | | |
| 6. | Form of Asset Purchase Agreement | | | | |
| 7. | Declaration of Tom Studebaker in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing (*to come*) | | | | |
| 8. | Revised DIP Budget (*to come*) | | | | |
| | Any documents filed in the above-captioned bankruptcy case | | | | |
| | Any exhibit listed or introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

The Debtors reserve their right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated: August 15, 2025　　　Respectfully submitted,
　　　　Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
　　　　ashleyharper@hunton.com
　　　　pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
　　　　helena.tseregounis@lw.com
　　　　nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
　　　　andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II