IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | ) ) ) | Case No. 25-90191 (ARP) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 19, 2025, AT 2:00 P.M. (CENTRAL)**

[Relates to Docket Nos. 19 & 93]

The Official Committee of Unsecured Creditors (the "Committee") files this witness and exhibit list for the hearing to be held on August 19, 2025, at 2:00 p.m. (Central) before the Honorable Alfredo R. Perez, at the United States Bankruptcy Court for the Southern District of Texas, in Courtroom 400, 515 Rusk, Houston, Texas 77002.

## WITNESSES

The Committee may call any of the following witnesses at the hearing:

1. Michael Sellinger;

2. Mack Rossoff;

3. Tom Studebaker;

4. Any witness listed, offered, or called by any other party; and

5. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

**EXHIBITS**

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 2. | Any exhibit introduced by any other party | | | | |
| 3. | Rebuttal or impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The Committee reserves the right to amend, supplement, or delete any witnesses and exhibits prior to the hearing. The Committee reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Committee finally reserves the right to introduce exhibits previously admitted.

Dated: August 15, 2025

Respectfully submitted,

**MORRISON & FOERSTER LLP**

*/s/ Lorenzo Marinuzzi*

Lorenzo Marinuzzi (Texas Bar No. 24146890)
300 Colorado Street, Suite 1800
Austin, TX 78701, USA
Telephone: 512-617-0650
Facsimile: (737) 910-0730
Email: lmarinuzzi@mofo.com


- *and* -


Doug Mannal (*pro hac vice* motion pending)
Theresa Foudy (*pro hac vice* motion pending)
Benjamin Butterfield (*pro hac vice* motion pending)
Raff Ferraioli (*pro hac vice* motion pending)

250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: dmannal@mofo.com
tfoudy@mofo.com
bbutterfield@mofo.com
rferraioli@mofo.com


*Proposed Counsel to the Official Committee
of Unsecured Creditors*