IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | Case No. 25-90191 (ARP) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the Official Committee of Unsecured Creditors, by and through their proposed counsel, Morison & Foerster LLP, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

        Bryan Kotliar (*pro hac vice* motion pending)

        **MORRISON & FOERSTER LLP**
        250 West 55th Street
        New York, NY 10019
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900
        E-mail: bkotliar@mofo.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

1

includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated: August 18, 2025

        Respectfully submitted,

        **MORRISON & FOERSTER LLP**

        */s/ Lorenzo Marinuzzi*
        Lorenzo Marinuzzi (Texas Bar No. 24146890)
        300 Colorado Street, Suite 1800
        Austin, TX 78701, USA
        Telephone: 512-617-0650
        Facsimile: (737) 910-0730
        Email: lmarinuzzi@mofo.com

        *- and -*

        Doug Mannal (admitted *pro hac vice*)
        Theresa Foudy (admitted *pro hac vice*)
        Benjamin Butterfield (admitted *pro hac vice*)
        Raff Ferraioli (admitted *pro hac vice*)
        250 West 55th Street
        New York, NY 10019
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900
        E-mail: dmannal@mofo.com
                tfoudy@mofo.com
                bbutterfield@mofo.com
                rferraioli@mofo.com

        *Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2025 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Lorenzo Marinuzzi*
Lorenzo Marinuzzi