IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------------------------------- x
: 
In re: : Chapter 11
: 
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
: 
Debtors.[1] : (Jointly Administered)
: 
--------------------------------------------------------- x

**ORDER GRANTING DEBTORS' MOTION TO SEAL
EXHIBIT TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE ASSUMPTION OF MASTER LEASE WITH AG PARK
PLACE INVESTMENTS 1 LLC AND AG PARK PLACE INVESTMENTS 1 LLC 2**
**[Relates to Docket No. 85]**

Upon consideration of *Motion of the Debtors for Entry of an Order Authorizing the Assumption of Master Lease with AG Park Place Investments 1 LLC and AG Park Place Investments 1 LLC 2* (the "***Motion***")[2], and upon all of the proceedings had before this Court, it is hereby

**ORDERED THAT:**

1. The Debtors are authorized to file under seal an unredacted version of the Master Lease.

2. The unredacted Master Lease shall remain confidential and under seal, and shall not be made available to anyone without the consent of the Debtors or further order of the Court.

3. The Debtors are authorized to file a redacted version of the Master Lease with the Motion.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2

4. The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 19, 2025

*Alfredo R Pérez*
Alfredo R Pérez
United States Bankruptcy Judge