United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 19, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-90191** |
| **RUNITONETIME LLC,** | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

## ORDER VACATING ORDER

The Order entered at ECF No. 152 is vacated.

SIGNED 08/19/2025

_____

Alfredo R Pérez
United States Bankruptcy Judge