IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
In re:                                                    : Chapter 11
                                                          :
RUNITONETIME LLC, *et al.*,                               : Case No. 25-90191 (ARP)
                                                          :
Debtors.[1]                                               : (Jointly Administered)
                                                          :
------------------------------------------------------------ x

**AGENDA OF DEBTORS FOR MATTERS
SET FOR HEARING ON AUGUST 27, 2025**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **August 27, 2025, at 2:00 p.m. (prevailing Central Time)**.

**A. Motions**

1. ***DIP Financing/Cash Collateral Motion***. <u>Emergency</u> Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing and Use of cash Collateral and (II) Granting Related Relief [Docket No. 19]

   **Status**: This matter is going forward on an uncontested basis. The Debtors received certain informal comments from the Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases (the "***Committee***") and worked collaboratively with proposed counsel to the Committee and counsel to the DIP Lenders to resolve these comments. The Debtors intend to file a revised form of order addressing these comments under certificate of no objection.

2. ***Bid Procedures Motion***. Debtors' <u>Emergency</u> Motion for Entry of Orders (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Certain or All of the Debtors' Assets, and (III) Granting Related Relief [Docket No. 93]

   **Status:** This matter is going forward. The Debtors received certain informal comments from the Committee and worked collaboratively with proposed counsel

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

to the Committee and counsel to the DIP Lenders to resolve these comments, and the motion is uncontested by the Committee. The Debtors intend to file a revised form of order addressing these comments prior to the hearing.

B. **Related Documents**

1. ***Bid Procedures Declaraion***. Declaration of Mack F. Rossoff in Support of Debtors' Emergency Motion for Entry of Orders (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of certain or All of the Debtors' Assets, and (III) Granting Related Relief [Docket No. 132]

2. ***Debtors' Amended Witness and Exhibit List***. [Docket No. 163]

C. **Additional Matters**

1. ***Master Lease Assumption Motion***. Motion of the Debtors for Entry of an Order Authorizing the Assumption of Master Lease with AG Park Place Investments 1 LLC and AG Park Place Investments 1 LLC 2 [Docket No. 83].

    **Status:** This matter is not set for hearing but is uncontested. The Debtors received certain informal comments from the Committee and worked collaboratively with proposed counsel to the Committee to resolve these comments. The Debtors intend to file a revised form of order addressing these comments under certificate of no objection.

    [*Remainder of this page intentionally left blank.*]

Dated: August 26, 2025
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
ashleyharper@hunton.com
pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
helena.tseregounis@lw.com
nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
