IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING THE ASSUMPTION OF MASTER LEASE WITH AG PARK PLACE
INVESTMENTS 1 LLC AND AG PARK PLACE INVESTMENTS 1 LLC 2**
**[Relates to Docket No. 83]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1. On July 25, 2025, the above-captioned debtors in possession (collectively, the "***Debtors***") filed the *Motion of the Debtors for Entry of an Order Authorizing the Assumption of Master Lease with AG Park Place Investments 1 LLC and AG Park Place Investments 1 LLC 2* [Docket No. 83] (the "***Motion***").

2. The deadline to file objections to the Motion passed on August 15, 2025 (the "***Objection Deadline***"), and the Debtors extended the Objection Deadline solely as to the Official Committee of Unsecured Creditors (the "***Committee***") through the date of the hearing on the Motion.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

3. The undersigned represents to the Court that counsel has reviewed the Court's docket and no objections or other responses to the Motion have been filed, and the Debtors are unaware of any other objection to the Motion. The Debtors conferred with counsel for the Committee and received informal comments from the Committee.

4. The Debtors attach hereto the (a) revised proposed order and (b) redline reflecting changes from the original proposed order. The revisions reflected in the redline resolve all comments, and the Committee does not oppose entry of the revised proposed order.

5. Accordingly, the Debtors respectfully request that the Court enter the revised proposed order attached hereto.

*[Remainder of page left blank intentionally]*

Dated: August 27, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       helena.tseregounis@lw.com
       nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
       andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

    I certify that on August 27, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                            */s/ Timothy A. ("Tad") Davidson II*
                                            Timothy A. ("Tad") Davidson II