IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
                                              :

In re:                                        :    Chapter 11

RUNITONETIME LLC, *et al.*,            :    Case No. 25-90191 (ARP)

                Debtors.[1]              :    (Jointly Administered)

------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING
FINAL ORDER (I) AUTHORIZING POSTPETITION FINANCING
AND USE OF CASH COLLATERAL AND (II) GRANTING RELATED RELIEF**
**[Relates to Docket Nos. 19, 65, 110]**

Pursuant to the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1. On July 14, 2025, the above-captioned debtors in possession (collectively, the "***Debtors***") filed the *Emergency Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing and Use of Cash Collateral and (II) Granting Related Relief* [Docket No. 19] (the "***Motion***").

2. On July 16, 2025, the Court entered the first interim order [Docket No. 65] (the "***First Interim Order***"), and on August 6, 2025, the Court entered a second interim order [Docket No. 110] (the "***Second Interim Order***") approving the Motion on an interim basis after considering the evidence submitted and arguments made at the interim hearings held on July 15 and August 6, 2025 (the "***Interim Hearings***").

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

3. The Debtors conferred with the U.S. Trustee, the Official Committee of Unsecured Creditors, and the DIP Agent (collectively, the "**Parties**"), and none of the Parties oppose entry of a final order on the Motion (the "**Final DIP Order**").

4. The Debtors attach hereto the (a) proposed Final DIP Order and (b) redline reflecting changes from the Second Interim Order.

5. Accordingly, the Debtors respectfully request that the Court enter the proposed Final DIP Order attached hereto.

*[Remainder of page left blank intentionally]*

Dated: August 27, 2025
Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
ashleyharper@hunton.com
pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
helena.tseregounis@lw.com
nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                              */s/ Timothy A. ("Tad") Davidson II*
                                              Timothy A. ("Tad") Davidson II