# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Wednesday, August 27, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Benjamin | Butterfield | Morrison and Foerster, LLP | Committee of Creditors |
| Tad | Davidson | Hunton Andrews Kurth LLP | RunItOneTime LLC et al. |
| Raff | Ferraioli | Morrison and Foerster, LLP | Committee of Creditors |
| David | Forsh | Raines Feldman Littrell LLP | Eric Persson |
| Theresa | Foudy | Morrison and Foerster, LLP | Committee of Creditors |
| Philip | Guffy | Hunton Andrews Kurth LLP | RunItOneTime LLC et al. |
| Daniel | Gwen | Ropes & Gray LLP | Ad Hoc Group |
| Daniel | Gwen | Ropes & Gray LLP | Ad Hoc Group |
| John | Higgins | Porter Hedges LLP | Ad Hoc Group of Term Lenders |
| Anthony | Joseph | Latham & Watkins LLP | Debtors |
| Sage | Knapp | Jones Walker LLP | Aristocrat Technologies, Inc. |
| Bryan | Kotliar | Morrison and Foerster, LLP | Committee of Creditors |
| Kim | Lewinski | Dykema Gossett, PLLC | GAC Management, LP |
| Doug | Mannal | Morrison and Foerster, LLP | Committee of Creditors |
| Lorenzo | Marinuzzi | Morrison and Foerster, LLP | Committee of Creditors |
| Nicholas | Messana | Latham & Watkins LLP | Debtors |
| Amy | Quartarolo | Latham & Watkins LLP | Debtors |
| Faye | Rasch | Wenokur Riordan | Expresso Products Direct |
| Jayson | Ruff | US DOJ | US Trustee |
| Helena | Tseregounis | Latham & Watkins LLP | Debtors |
| Megan | Young-John | Porter Hedges LLP | Ad Hoc Group of Term Lenders |