IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RUNITONETIME LLC, *et al.*, | : | Case No. 25-90191 (ARP) |
| Debtors.[1] | : | (Jointly Administered) |

## NOTICE OF FILING OF DEBTORS' STALKING HORSE DESIGNATION

On August 1, 2025, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Emergency Motion For Entry of Orders (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Certain or All of the Debtors' Assets, and (III) Granting Related Relief* [Docket No. 93] (the "**Bidding Procedures Motion**").

On August 28, 2025, the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**") entered the *Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 178] (the "**Bidding Procedures Order**").[2]

In accordance with the Bidding Procedures Order, the Debtors, in consultation with the Consultation Parties and in the exercise of their business judgment, hereby designate Maverick Gaming LLC ("**EP BidCo**"), a Nevada limited liability company managed by and affiliated with Eric Persson (the "**Supporting Shareholder**"), as a stalking horse bidder (the "**Stalking Horse Bidder**" and the bid submitted by EP BidCo, the "**Stalking Horse Bid**") for the Acquired Assets, as such term is defined in the Stalking Horse Agreement (as defined herein) (such assets, the "**Subject Assets**") pursuant to and as set forth in the Asset Purchase Agreement among EP BidCo, as buyer, and certain Debtors, as sellers (the "**Sellers**" and Debtor RunItOneTime LLC, the "**Seller Representative**"), dated September 4, 2025 (the "**Stalking Horse Agreement**") a true and correct copy of which is attached hereto as **Exhibit 1**. The Stalking Horse Bid is subject to higher or better offers in accordance with the terms of the Bidding Procedures and the Bidding Procedures Order.

---

[1]   A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98304.

[2]   Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order or the Stalking Horse Agreement (as defined below), as applicable.

The Stalking Horse Agreement provides for, among other things, a base purchase price of $13 million, *plus* (a) the Cure Costs, (b) the Net Working Capital Adjustment, and (c) the assumption by the Buyer of the Assumed Liabilities, as well as other terms and consideration set forth in greater detail in the Stalking Horse Agreement. Pursuant to the Bidding Procedures Order and the Stalking Horse Agreement, the Debtors have agreed to provide the following bid protections (the "***Bid Protections***"):

(i)  an expense reimbursement of $150,000; and

(ii) a required minimum overbid for the Acquired Assets of $16 million (with subsequent bidding increments of not less than $500,000), based on a valuation of $3 million for the non-cash components of the Stalking Horse Bid and other economic arrangements incorporated into the Stalking Horse Agreement and Ancillary Documents. These non-cash components and arrangements include, without limitation, (A) entry into the Earnout Agreement, (B) entry into the Shareholder Services Agreement governing the Supporting Shareholders' continued support of the Debtors' operations and (C) entry into the Intellectual Property Assignment Agreement.

Objections to the Debtors' designation of the Stalking Horse Bidder, including objections to the Bid Protections, and to the Debtors entry into the Stalking Horse Agreement (a "***Stalking Horse Objection***"), shall (a) be in writing, (b) comply with the applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, the Complex Case Procedures, the Bidding Procedures, and the Bidding Procedures Order, (c) state with particularity the legal and factual basis for the objection(s) and the specific ground(s) therefor, and (d) be filed with the Court by no later than **September 10, 2025, at 4:00 p.m. (prevailing Central Time)** (the "***Stalking Horse Objection Deadline***").

**If no Stalking Horse Objection is timely filed (or if a Stalking Horse Objection is timely filed but consensually resolved prior to a hearing on such objection), then the Debtors' designation of the Stalking Horse Bidder, selection of the Stalking Horse Bid, entry into the Stalking Horse Agreement, and the Bid Protections being offered to the Stalking Horse Bidder shall be deemed approved without need for any further action or approval by the Court.**

**If any objection is filed to the Debtors' designation of a Supporting Shareholder Stalking Horse Bid, in any respect, including with respect to the Supporting Shareholder Bid Protections, such objection shall be heard by the Court on September 12, 2025, at 1:00 p.m. (prevailing Central Time).**

[*Remainder of this page left intentionally blank.*]

Dated: September 4, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Email:  jeff.bjork@lw.com
       helena.tseregounis@lw.com
       nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  ray.schrock@lw.com
       andrew.sorkin@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on September 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
