IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

--------------------------------------------------------- x
: 
In re: : Chapter 11
:
RUNITONETIME LLC, *et al.*, : Case No. 25-90191 (ARP)
:
Debtors.[1] : (Jointly Administered)
:
--------------------------------------------------------- x

**NOTICE OF SALE HEARING TO BE HELD ON NOVEMBER 19, 2025, AT 9:30 A.M.**

A hearing seeking approval of the Sale[2] of certain assets (the "***Sale Hearing***") will be held on **November 19, 2025 at 9:30 a.m. (prevailing Central Time)** before the Honorable Alfredo R. Perez, United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

At the Sale Hearing, the Debtors will seek approval of the Sale of the following Designated Selected Assets (as defined in the *Notice of Successful Bidders and Backup Bidder of Certain of the Debtors' Assets* [Docket No. 603]): Epstein Gaming (Goldie's), certain player tracking software and related IP assets known as "Sonoma," and the EGads! Business.

You may participate in the Sale Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in-facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694.

Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RunItOneTime/. The Debtors' mailing address is 12530 NE 144th Street, Kirkland, Washington 98034.

[2] Capitalized terms used but not defined herein have the meanings given to them in the *Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 178] (the "***Bidding Procedures Order***").

All documents filed in the Chapter 11 Cases, including the Bidding Procedures Order, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims, balloting, and noticing agent, Kroll Restructuring Administration LLC, in connection with the Chapter 11 Cases: https://restructuring.ra.kroll.com/RunItOneTime/. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 12, 2025 Respectfully submitted,
 Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
 ashleyharper@hunton.com
 pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Nicholas J. Messana (California Bar No. 332355)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
 helena.tseregounis@lw.com
 nicholas.messana@lw.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew Sorkin (NY Bar No. 4597944)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
 andrew.sorkin@lw.com

*Attorneys for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on November 12, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                       /s/ *Timothy A. ("Tad") Davidson II*
                                                       Timothy A. ("Tad") Davidson II